4.

# Exhibit D

After Recording Return to:
OneWest Bank FSB
888 East Walnut Street
Pasadena, CA 91101



20100204000502
TITLE COURT SE ADT
PAGE-001 OF 001   14.00
02/04/2010 12:13
KING COUNTY, WA

7523.21352/McDONALD, JAMES B.

## Assignment of Deed of Trust

For Value Received, the undersigned as Beneficiary, hereby grants, conveys, assigns and transfers to **OneWest Bank, FSB**, whose address is 888 East Walnut Street, Pasadena, CA 91101, all beneficial interest under that certain deed of trust, dated 01/08/07, executed by James B. McDonald, a single man, Grantors, to Pacific Northwest Title Insurance Co., Inc., Trustee, and recorded on 01/10/07, under Auditor's File No. 20070110002077, records of King County, Washington.

Together with note or notes therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: January 27, 2010

Mortgage Electronic Registration Systems, Inc. "MERS"

By: _____
Title: Brian Burnett   Assistant Vice President

STATE OF  Texas
COUNTY OF Travis     ) ss.

I certify that I know or have satisfactory evidence that: __Brian Burnett__ is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument, on oath stated that (he/she) was authorized to execute the instrument and acknowledged it as the __Assistant Vice President__ of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "MERS" to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: Jan. 27, 2010

_____
NOTARY PUBLIC in and for the State of Texas
Residing at  Travis
My commission expires  11/10/10


ALEX MCBRIDE
Notary Public, State of Texas
My Commission Expires
November 10, 2010

10-CV-01952-JY