Brian Burnett - LinkedIn                                   http://www.linkedin.com/pub/brian-burnett/5/b26/77

# Brian Burnett
AVP - Foreclosure at OneWest Bank

Austin, Texas Area

|  |  |
|---|---|
| Current | • AVP - Foreclosure at OneWest Bank |
| Past | • Senior Vice President, Loss Mitigation at MOS Group Inc.<br>• Process Engineering Specialist at Law Office of Marshall Watson<br>• Owner at Aflac<br>2 more... |
| Education | • University of Nevada-Las Vegas |
| Recommendations | 7 recommendations |
| Connections | 181 connections |
| Industry | Banking |

Exhibit E



10-CV-01952-MAN

## Brian Burnett's Summary

Experience working in mortgage servicing, investor relations, default servicing, judicial/non judicial firms, outsourcing, mortgage insurance, foreclosures, bankruptcy, loss mitigatioin, associate development, training, human relations.

Accomplished - reduced timelines and cost through process analysis, implementing procedural changes, and placing strong leaders into essential roles to support the growth of the company.

### Brian Burnett's Specialties:
Leadership and associate development, processes analysis, loss and exposure reduction.

## Brian Burnett's Experience

### AVP - Foreclosure
**OneWest Bank**
(Privately Held; Banking industry)
August 2009 — Present (1 year 2 months)

### Senior Vice President, Loss Mitigation
**MOS Group Inc.**
(Privately Held; Financial Services industry)
January 2009 — July 2009 (7 months)

> MOS Recovery's challenge is recouping lost monies for their clients. MOS Recovery helps the client and borrower achieve a satisfactory solution to their delinquency

### Process Engineering Specialist
**Law Office of Marshall Watson**