Case 2:10-cv-01952-RSL   Document 1-9   Filed 12/03/10   Page 1 of 3

Avoiding Foreclosure - Does Freddie Mac Own Your Mortgage?                    Page 1 of 2

Go straight to content.

**Exhibit H**

- Home |
- Terms and Conditions |
- Privacy Policy





10-CV-01952-PET

Freddie Mac: Avoiding Foreclosure
Steps You Can Take Today to Protect Your Home

# Does Freddie Mac Own Your Mortgage?

Call your servicer -- the organization to which you make your mortgage payments -- immediately if you are having difficulty paying your mortgage on time. The telephone number and mailing address of your mortgage servicer should be listed on your monthly statement. There are also a number of organizations that may be able to help you.

Your servicer should be able to tell you if your mortgage is owned by Freddie Mac. If you wish, you may conduct a search using the secured look-up tool below. **Please enter your information carefully** -- a spelling error or other small mistake could cause an uncertain result. Abbreviations, typos, or including the "Street Type" in the "Street Name" field can lead to incorrect results.

## Self-Service Lookup

\* Indicates required fields

| | | |
|---|---|---|
| First Name * | James | |
| Last Name * | McDonald | |
| House Number * | 14840 | |
| Street Name * | 119th | Do not include "Street", "Avenue", "Drive", etc. in this form field. |
| Street Suffix | Other | |
| Unit Number | | |
| City * | kirkland | |
| State * | WA | |
| Zip Code * | Format: ##### 98034 | |
| Last 4 Digits of Social Security Number * | Enter last 4 digits only. Format: #### Why do we ask for Social Security? | |
| Verification * | ☑ By checking this box and clicking on the button below to submit this information, I confirm I am the owner of this property or have the consent of the owner to lookup this information. | |

https://ww3.freddiemac.com/corporate/                                              9/19/2010

Case 2:10-cv-01952-RSL   Document 1-9   Filed 12/03/10   Page 2 of 3

Avoiding Foreclosure - Does Freddie Mac Own Your Mortgage?                     Page 2 of 2

[Submit]   [Clear]

Do you know what information you should have in front of you when you call your servicer? Freddie Mac offers a variety of tips, information and resources for homeowners at http://www.freddiemac.com/avoidforeclosure/stop_foreclosure.html.

© Freddie Mac

Go straight to content.

- Home |
- Terms and Conditions |
- Privacy Policy



Freddie Mac
How to Get Help with Your Mortgage

# Yes. Our records show that Freddie Mac is the owner of your mortgage.

En Español

## What to Do Next

1. **For help with your mortgage, contact your lender and let them know you would like to pursue assistance through the federal Making Home Affordable program.**

   (Your lender is the company to which you make your mortgage payments, and may also be referred to as a mortgage servicer.) Your lender can help you determine if you are eligible for the Making Home Affordable Program.

   a. **Through the Making Home Affordable program**, there are several options available to you:

      - A **Home Affordable Modification** to help you obtain more affordable mortage payments if you're behind in making your mortgage payments or believe you may be soon.

      - A **Home Affordable Refinance** to better position you for long-term homeownership success if you have been making timely mortgage payments but have been unable to refinance due to declining property values.

      - A **short sale** or **"deed-in-lieu of foreclosure"** to transition to more affordable housing if it is not realistic for you to keep your home.

   Freddie Mac is working with our mortgage servicers (your lenders) to offer these solutions to eligible borrowers with Freddie Mac-owned mortgages. *Because Freddie Mac does not work directly with consumers, you will need to work with your lender to determine your best foreclosure prevention option.*

   b. **If you are not eligible for the Making Home Affordable program**, don't give up! Ask your lender about other options to make your payments more affordable

https://ww3.freddiemac.com/corporate/fm_owned.html                                        9/19/2010