UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JAMES MCDONALD,                     )      No. C10-1952RSL
                                    )
            Plaintiff,              )
     v.                             )      TEMPORARY STAY OF
                                    )      FORECLOSURE AND ORDER
ONEWEST BANK, FSB, *et al.*,        )
                                    )
            Defendants.             )
_____)

Plaintiff James McDonald seeks an order temporarily restraining defendants from foreclosing on his house until his Deed of Trust Act claim can be resolved. Defendant Northwest Trustee Services, after consultation with OneWest Bank, FSB, has agreed to postpone the foreclosure sale until January 7, 2011, to determine whether plaintiff has reinstated payment and/or is eligible for modification of the loan. The parties are hereby ORDERED to notify the Court regarding the status of their discussions and the scheduled sale on or before January 4, 2011.

Dated this 6th day of December, 2010.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

TEMPORARY STAY OF FORECLOSURE AND ORDER