AO-WAWD 440 (Rev. 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

DEC 15 2010    LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                            DEPUTY

James McDonald
_____
Plaintiff
          v.
Northwest Trustee Services
_____
Defendant

Civil Action No.

10-CV-1952 JCR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Northwest Trustee Services
13555 SE 36th St, Suite 100
Bellevue WA 98006

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) — or ___ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/3/10

_____
Signature of Clerk or Deputy Clerk

10-CV-01952-RPLY

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* Northwest Trustee Services
was received by me on *(date)* Dec 3rd 2010 .

☒ personally served the summons on the individual at *(place)* Northwest Trustee Services
on *(date)* Dec 3rd 2010 ; or
Stamped attached.

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 20.00 for travel and $ 60.00 for services, for a total of $ 80.00 .

I declare under penalty of perjury that this information is true.

Date: 12-9-2010

_____
*Server's signature*

James M Seyler
*Printed name and title*

108 S Jackson St Suite 200
Seattle, WA 98104
*Server's address*

Additional information regarding attempted service, etc: