AO-WAWD 440 (Rev. 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

DEC 15 2010  LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

~~One West B~~ James McDonald )
_____ )
            Plaintiff            )
                                 )   Civil Action No.
One West Bank                    )
_____ )   10-CV-1952 JCR
            Defendant            )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
One West Bank
888 E Walnut St
Pasadena, CA 91101

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it) — or ___ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/3/10                    _____
                                 *Signature of Clerk or Deputy Clerk*

10-CV-01952-REQ

AO-WAWD 440 (Rev. 3/10) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* One West Bank
was received by me on *(date)* 12-3-2010.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Certified mail on 12-9-2010 copy of Receipt attached.

My fees are $ _____ for travel and $ 25.00 for services, for a total of $ 25.00.

I declare under penalty of perjury that this information is true.

Date: 12-9-2010

_____
Server's signature

James M Seyler
Printed name and title

108 S Jackson St Suite 200
Seattle, WA 98104
Server's address

Additional information regarding attempted service, etc:

