

Heidi E. Buck
Attorney

phone - 425.213.5534
fax - 425.502.0761
hbuck@rcolegal.com

13555 SE 36th St., Ste. 300
Bellevue, WA 98006

phone - 425.458.2121
fax - 425.458.2131
www.rcolegal.com

January 3, 2011

The Honorable Judge Robert S. Lasnik
United States District Court
700 Stewart Street
Seattle, WA 98101-4439

Re: *James McDonald v. OneWest Bank, FSB, et al.*
    **Cause Number: C10-1952RSL**

Dear Judge Lasnik:

This firm represents Defendants OneWest Bank, FSB, Northwest Trustee Services, Inc., and Mortgage Electronic Registration Systems, Inc.

As you know, you entered an Order of Temporary Stay of Foreclosure on December 6, 2010. This was after Defendant Northwest Trustee Services, Inc. agreed to voluntarily postpone the trustee's sale, which was previously set for December 10, 2011, in order to accommodate plaintiff James McDonald's representations that he intended to reinstate and/or payoff the loan. The sale is now set for January 7, 2011. The Order instructs the parties to notify the court of the status of discussion prior to the January 7, 2011 sale date.

Since entry of the December 6, 2010, Order of Temporary Stay of Foreclosure, Defendant Northwest Trustee Services has not received any communication from Plaintiff regarding reinstatement or payoff and has not received any funds from Plaintiff in furtherance of such reinstatement or payoff. Similarly, Defendant OneWest Bank has received no communication from Plaintiff in furtherance of a modification request or regarding reinstatement or payoff.

In order to allow for the court to hold a hearing on Plaintiff's Motion for Temporary Restraining Order, Defendants have agreed to postpone the trustee's sale to January 21, 2011. In light of this, I propose the following briefing schedule for the motion and hearing for TRO.

**Wednesday, January 12, 2011:** Defendants' Response due
**Monday, January 17, 2011:** Plaintiff's Reply due
**Tuesday, January 18, 2011:** Hearing on Plaintiff's Motion for Temporary Restraining Order.

Please do no hesitate to contact me if you or your staff has any questions.

Sincerely,

ROUTH CRABTREE OLSEN, P.S.

Heidi E. Buck, Attorney