# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>        Plaintiff,<br><br>v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>        Defendants. | No. C10-1952 RSL<br><br>**NOTICE OF APPEARANCE OF DEFENDANTS ONEWEST BANK AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |

TO:       James McDonald, *Pro Se*;

AND TO:   The Clerk of the Court:

PLEASE TAKE NOTICE that Heidi E. Buck of Routh Crabtree Olsen, P.S., without waiving defenses of lack of subject matter or personal jurisdiction, improper venue, insufficiency of service of process, or any other valid defense, hereby appears for Defendants OneWest Bank and Mortgage Electronic Registration Systems, Inc. in the above-entitled action. You are further notified that service of all pleadings, notices, documents or other papers herein, except original process, shall be served upon said Defendant by service upon the undersigned at:

//

//

NOTICE OF APPEARANCE OF DEFENDANTS ONEWEST BANK AND MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. – PAGE 1 OF 3

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1   //

Heidi E. Buck
Routh Crabtree Olsen, P.S.
13555 SE 36th St., Suite 300
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

DATED this _3rd_ day of January, 2011.

ROUTH CRABTREE OLSEN, P.S.

_/s/ Heidi E. Buck_
Heidi E. Buck, WSBA #41769
Of Attorneys for Defendants OneWest Bank, and Mortgage Electronic Registration Systems, Inc.
NOTICE OF APPEARANCE OF DEFENDANTS ONEWEST BANK AND MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. – PAGE 2 OF 3

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

**Declaration of Service**

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. That on January 3, 2011, I caused a copy of the **Notice of Appearance of Defendants OneWest Bank and Mortgage Electronic Registration System, Inc.** to be served to the following in the manner noted below:

| | |
|---|---|
| James McDonald, *Pro Se*<br>14840 119th PL NE<br>Kirkland, WA 98034 | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 3rd day of January, 2011

_____
Tommy Kwong, Paralegal

NOTICE OF APPEARANCE OF DEFENDANTS
ONEWEST BANK AND MORTGAGE ELECTRONIC
REGISTRATION SYSTEM, INC. – PAGE 3 OF 3

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131