UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD, <br><br> Plaintiff, <br> v. <br><br> ONEWEST BANK, FSB, *et al.*, <br><br> Defendants. | No. C10-1952RSL <br><br> BRIEFING SCHEDULE AND NOTICE OF HEARING |

On December 3, 2010, plaintiff James McDonald filed a motion for temporary restraining order to keep defendants from foreclosing on his house until his Deed of Trust Act claim could be resolved. Defendant Northwest Trustee Services, after consultation with defendant OneWest Bank, FSB, agreed to postpone the foreclosure sale until January 7, 2011, to see if the parties could resolve this dispute. As of January 3, 2011, plaintiff had not contacted Northwest Trustee Services or OneWest Bank, FSB, regarding modification of the loan or reinstatement of payments.

Defendants have again agreed to postpone the foreclosure sale so that plaintiff's request for a restraining order can be briefed and heard in an orderly fashion. The foreclosure sale is now scheduled for Friday, January 21, 2011. Defendants shall file a response to the motion for temporary restraining order on or before January 12, 2011. Plaintiff shall filed his reply on or before January 17, 2011. Oral argument on plaintiff's motion for temporary

BRIEFING SCHEDULE AND
NOTICE OF HEARING

1  restraining order shall be heard on January 18, 2011, at 1:30 pm on the fifteenth floor of the
2  United States Courthouse, 700 Stewart Street, Seattle, WA  98101.
3
4           Dated this 4th day of January, 2011.
5                                    _____
6                                    Robert S. Lasnik
                                     United States District Judge

BRIEFING SCHEDULE AND
NOTICE OF HEARING                         -2-