The Honorable Robert S Lasnik

JAMES MCDONALD
14840 119th PL NE
Kirkland, WA 98034
Phone (425) 210-0614
In Pro Per

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

In Re: )   NO.: C10-1952RSL
)
)
JAMES MCDONALD )
        Plaintiff )
    v )   Motion to Disqualify and Remove Counsel
ONEWEST BANK, FSB, et al., )
        Defendants. )
)



10-CV-01952-JGM

TO:   CLERK OF THE U.S. DISTRICT COURT
        HEIDI E. BUCK, Attorney for Defendants

COMES NOW, JAMES MCDONALD, and moves this Court for an entry of an Order disqualifying Heidi Buck and Routh Crabtree Olsen, P.S., hereafter referred to as RCO from representing OneWest Bank, FSB, MERS and Northwest Trustee Services in this case.

**FACTS**

On or about January 7, 2011 Plaintiff received notification that RCO had been retained to represent Defendants OneWest Bank, FSB and MERS in this matter.

RCO lists Stephen Routh as the governing person with the Washington Department of Licenses and the Secretary of State (Exhibits ROC-A & ROC-B). Northwest Trustee Services lists Stephen Routh and David Fenell as the governing person(s) with the same departments (Exhibits ROC-C & ROC-D). Therefore both companies are owned in part or whole by Stephen Routh. All employees directly or indirectly report to Stephen Routh. Both companies are located at 3535 Factoria Blvd, SE in Bellevue, WA.

Motion for Removal of Opposing Counsel   -1-   James McDonald
14840 119th PL NE, Kirkland, WA 98034
Phone: (425) 210-0614

On or about January 15th, RCO caused to be sent to Plaintiff a letter identifying themselves as a "debt collector" for Defendant OneWest Bank (Exhibit ROC-E).

RCW 61.24.010(4) states "The trustee or successor trustee has a duty of good faith to the borrower, beneficiary and grantor". Northwest Trustee Services/RCO is in violation of this duty of good faith due to a serious conflict of interest. Stephen Routh obtains income for representing OneWest Bank and MERS for debt collection, legal representation and trustee services. There can be no good faith to all entities when Stephen Routh's companies are ganging up" with one party against another. By representing Defendants OneWest Bank, FSB and MERS RCO is only further breaking the duty of good faith and must be removed.

Further, as the process of discovery commences it is highly probable that employees of RCO may need to be depositioned. While respecting the lawyer/client relationship it is the plaintiffs intent to fully explore their role as a "debt collector", show the processes and validations of debt RCO commences and potentially add them as a defendant in the lawsuit. Any and all employees will be considered for potential depositions including Ms. Buck. An attorney cannot act as both counsel and witness. Therefore Northwest Trustee Services needs to obtain outside and unaffiliated counsel.

## CONCLUSION

THEREFORE, James McDonald requests this Court enter an order removing the opposing counsel from representing the defendants in this matter.

DATED this 10 day of January, 2011.

*/s/ James McDonald*
James McDonald
Pro Se

Motion for Removal of Opposing Counsel    -2-    James McDonald
14840 119th PL NE, Kirkland, WA 98034
Phone: (425) 210-0614

Exhibit ROC-A

# Search
BUSINESS & PROFESSIONAL LICENSES

**License Details**

**License Information:**
- **Entity Name:** ROUTH CRABTREE OLSEN, P.S.
- **Firm Name:** ROUTH CRABTREE OLSEN, PS
- **License Type:** Washington State Business
- **Entity Type:** Professional Service Corporation
- **UBI:** 601840737    Business ID:001    Location ID:0002
- **Status:** To check the status of this company, go to Secretary of State.

**Location Address:**
13555 SE 36TH STE #120
BELLEVUE, WA, 98006

**Mailing Address:**
13555 SE 36TH STE #120
BELLEVUE, WA, 98006

**Governing People:**
STEPHEN ROUTH

**Registered Trade Names:**
ROUTH CRABTREE FENNELL, P.S.
ROUTH & FENNELL, P.S.
ROUTH CRABTREE FENNELL
ROUTH CRABTREE & FENNELL

Information Current as of 01/10/2011 4:50AM Pacific Time

[New Search]

Use of lists of individuals provided on this site for commercial purposes is prohibited under Chapter 42.56 of the Revised Code of Washington.

*This site is limited to searching for business and professional licenses issued by the Department of Licensing or through the Master License Service. See Other Licenses for information on licenses issued by other agencies.

Home | Privacy | Privacy | Conditions of Use | Conditions of Use | Other Licenses | Contact Us | Copyright © 2011 DOL

Exhibit ROC-B

# Corporations Division

| | | | | | |
|---|---|---|---|---|---|
| Home | Search | Apostilles | Domestic Partnerships | Awards Program | Public Notices |

Contact Us | Connect: 

# Corporations

SEARCH

## Corporations Division - Registration Data Search

Neither the State of Washington nor any agency, officer, or employee of the State of Washington warrants the accuracy, reliability, or timeliness of any information in the Public Access System and shall not be liable for any losses caused by such reliance on the accuracy, reliability, or timeliness of such information. While every effort is made to ensure the accuracy of this information, portions may be incorrect or not current. Any person or entity who relies on information obtained from the System does so at his or her own risk.

### ROUTH CRABTREE OLSEN, P.S.

| | |
|---|---|
| UBI Number | 601840737 |
| Category | PRO |
| Profit/Nonprofit | Profit |
| Active/Inactive | Active |
| State Of Incorporation | WA |
| WA Filing Date | 12/24/1997 |
| Expiration Date | 12/31/2011 |
| Inactive Date | |

**Registered Agent Information**

| | |
|---|---|
| Agent Name | LANCE E OLSEN |
| Address | 13555 SE 36TH ST STE 300 |
| City | BELLEVUE |
| State | WA |
| ZIP | 98006 |

**Special Address Information**

| | |
|---|---|
| Address | |
| City | |
| State | |
| Zip | |

**Governing Persons**

| Title | Name | Address |
|---|---|---|
| Secretary | ROUTH , STEPHEN | 13555 SE 36TH ST STE 300 BELLEVUE , WA |
| Treasurer | ROUTH , STEPHEN | 13555 SE 36TH ST STE 300 BELLEVUE , WA |
| President | ROUTH , STEPHEN | 13555 SE 36TH ST STE 300 BELLEVUE , WA |

Purchase Documents for this Corporation »

« Return to Search List

Translate our site into:

Phone Numbers | Privacy Policy | Accessibility
Washington Secretary of State · Corporations Division
801 Capitol Way South
PO Box 40234, Olympia WA 98504-0234
(360) 725-0377

Select Language
Powered by Google™ Translate

*Exhibit ROC-C*

# Search
### BUSINESS & PROFESSIONAL LICENSES

**License Details**

**License Information:**
- **Entity Name:** NORTHWEST TRUSTEE SERVICES PLLC
- **Firm Name:** NORTHWEST TRUSTEE SERVICES PLLC
- **License Type:** Washington State Business
- **Entity Type:**
- **UBI:** 602073255    Business ID:001    Location ID:0002
- **Status:** To check the status of this company, go to Secretary of State.

**Location Address:**
3535 FACTORIA BLVD SE # 200
BELLEVUE, WA, 98006

**Mailing Address:**
3535 FACTORIA BLVD SE # 200
BELLEVUE, WA, 98006

**Governing People:**
DAVID FENELL
STEPHEN D ROUTH

**Registered Trade Names:**
NORTHWEST TRUSTEE SERVICES PLLC

Information Current as of 01/10/2011 4:50AM Pacific Time

[ New Search ]

Use of lists of individuals provided on this site for commercial purposes is prohibited under Chapter 42.56 of the Revised Code of Washington.

*This site is limited to searching for business and professional licenses issued by the Department of Licensing or through the Master License Service. See Other Licenses for information on licenses issued by other agencies.

Home | Privacy | Privacy | Conditions of Use | Conditions of Use | Other Licenses | Contact Us | Copyright © 2011 DOL

Exhibit ROC-D

Contact Us | Connect:

# Corporations Division

SEARCH

| Home | Search | Apostilles | Domestic Partnerships | Awards Program | Public Notices |

## Corporations Division - Registration Data Search

Neither the State of Washington nor any agency, officer, or employee of the State of Washington warrants the accuracy, reliability, or timeliness of any information in the Public Access System and shall not be liable for any losses caused by such reliance on the accuracy, reliability, or timeliness of such information. While every effort is made to ensure the accuracy of this information, portions may be incorrect or not current. Any person or entity who relies on information obtained from the System does so at his or her own risk.

### NORTHWEST TRUSTEE SERVICES PLLC

| | |
|---|---|
| UBI Number | 602073255 |
| Category | PLC |
| Profit/Nonprofit | Profit |
| Active/Inactive | Inactive |
| State Of Incorporation | WA |
| WA Filing Date | 10/16/2000 |
| Expiration Date | 10/31/2004 |
| Inactive Date | 04/29/2004 |

**Registered Agent Information**

| | |
|---|---|
| Agent Name | M GAIL RYDER |
| Address | 777 108TH AVE NE STE 1900 PO BOX C-90016 |
| City | BELLEVUE |
| State | WA |
| ZIP | 980099016 |

**Special Address Information**

| | |
|---|---|
| Address | |
| City | |
| State | |
| Zip | |

**Governing Persons**

| Title | Name | Address |
|---|---|---|
| Manager | FENELL, DAVID | BELLEVUE, WA |
| Member | ROUTH, STEPHEN | BELLEVUE, WA |

« Return to Search List

Phone Numbers | Privacy Policy | Accessibility
Washington Secretary of State · Corporations Division
801 Capitol Way South
PO Box 40234, Olympia WA 98504-0234
(360) 725-0377

Translate our site into:
Select Language
Powered by Google Translate

http://www.sos.wa.gov/corps/search_detail.aspx?ubi=602073255   1/10/2011

Exhibit ROC-E

# ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Blvd. SE, Suite 200
Bellevue, WA 98006
Telephone (425) 458-2121 ♦ Facsimile (425) 283-0938
www.rcolegal.com

THIS OFFICE IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. THE FOLLOWING LETTER IS A DISCUSSION OF ALTERNATIVES TO FORECLOSURE. IT IS OUR UNDERSTANDING THAT YOU ARE NOT CURRENTLY IN BANKRUPTCY. IF YOU ARE IN BANKRUPTCY, THEN PLEASE DISREGARD THIS LETTER IN ITS ENTIRETY AND HAVE YOUR ATTORNEY CONTACT OUR OFFICE AS SOON AS POSSIBLE.

Jan 15, 2010

Re: Property: 14840 119th Place Northeast, Kirkland, WA 98034
Loan No.: 1009111244
Our File No.: 7523.21352

Dear Homeowner:

Please be advised that **Routh Crabtree Olsen, P.S.** is working with OneWest Bank FSB to help you keep your home. We represent your mortgage company and have received notice to commence foreclosure proceedings against your property. It is OneWest Bank FSB's mission to attempt to work out a solution to your loan situation, and they have asked us to open a line of communication with you.

## WE WANT YOU TO BE ABLE TO KEEP YOUR HOME!

You may be eligible for certain opportunities that will help you stay in your home. You may have had an unexpected expense or a circumstance beyond your control that has forced you to miss some mortgage payments. OneWest Bank FSB would like to discuss your situation with you to determine what you can do to bring your loan current.

These alternatives are voluntary and could include:

- **Forbearance Plan:** An agreement to temporarily let you pay less than the full amount of your mortgage payment, or pay nothing at all, during the forbearance period. Your lender may consider a forbearance when you can show that funds from a bonus, tax refund, or other source of future income will let you bring the mortgage current or qualify you for a repayment plan or loan modification at the end of the forbearance period.
- **Reinstatement of Your Loan:** You would pay the total amount past due in one lump sum by a specified date.
- **Repayment Plan:** An agreement that gives you a fixed amount of time to repay the amount you are behind by combining a portion of what is past due with your regular mortgage payment. At the end of the repayment period you will have gradually paid back the amount of your mortgage that was delinquent.

- **Modification:** This is a written agreement between you and the lender that permanently changes the terms of the loan that in some instances may make your payments more affordable. Common loan modifications include:
    1. **Adding missed payments to your existing loan balance**
    2. **Making an adjustable-rate mortgage into a fixed-rate mortgage**
    3. **Extending the number of years you have to pay to a longer term**

## WHAT IF YOU CAN NO LONGER AFFORD TO KEEP YOUR HOME?

If you cannot or do not want to keep your home, your lender can work with you to avoid foreclosure. This can help reduce the negative effect on your credit reputation. There are several different ways this might occur depending on your financial circumstances:

- **Deed in Lieu of Foreclosure:** Under certain circumstances, you would voluntarily transfer ownership of your property to the lender in exchange for cancellation of your mortgage debt. In most cases, you must attempt to sell your home for its fair market value for at least 90 days. You would be given a specific period of time to relocate. This option may not be available to you if there are other liens or judgments on your home.
- **Short Payoff:** If you can sell your house but the sales proceeds are less than the total amount you owe on your mortgage, your lender may agree to a short payoff and write off the portion of your mortgage that exceeds the net proceeds from the sale.
- **Assumption of Your Loan:** This option permits a qualified buyer to take over your mortgage debt and pay the payments, even if the mortgage is non-assumable.

### HOW DO YOU TAKE ADVANTAGE OF THESE ALTERNATIVES?

Complete the enclosed two-page financial form and return it in the enclosed self-addressed envelope. Time is of the essence; this information will enable us to determine what option is best suited to keep your account from being foreclosed upon. Please return the requested information via fax at (425) 283-0938, or mail to:

Routh Crabtree Olsen, P.S.
Attention: Antoinette Bartlein
P.O. Box 4143
Bellevue, WA 98009-4143

**Please note that the foreclosure action will continue whether or not the form is completed and returned. The foreclosure action will continue unless your lender determines that you are eligible for one of these alternatives and an agreement is signed. You also have the right and should seek the advice of an attorney.**

We hope that you will complete the enclosed forms so that we can work with you to consider alternatives to the pending foreclosure of your property.

Sincerely,
**ROUTH CRABTREE OLSEN, P.S.**

JAMES MCDONALD
14840 119th PL NE
Kirkland, WA 98034
Phone (425) 210-0614
In Pro Per

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

In Re:                                      )    NO.: C10-1952RSL
                                            )
                                            )
JAMES MCDONALD                              )
            Plaintiff                       )    Certificate of Mailing
        v                                   )    Motion to Disqualify and Remove Counsel
ONEWEST BANK, FSB, et al.,                  )
            Defendants.                     )
                                            )

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury of the laws of the State of Washington that I mailed a true and correct copy of the Notice of Motion for Removal of Opposing Counsel, Motion for Removal of Opposing Counsel and Proposed Order Granting Removal of Opposing Counsel by James McDonald, postage pre-paid, regular first class or priority mail on the 10 day of January, 2011 to the parties listed on the attached motion.

DATED this 10 day of January, 2011.

By: _____
                                    James McDonald
                                    Pro Se

Certificate of Mailing                -1-                    James McDonald

                                              14840 119th PL NE, Kirkland, WA 98034

                                                        Phone: (425) 210-0614

1 | Routh Crabtree Olsen, P.S.
2 | 13555 SE 36th St, Suite 300
3 | Bellevue, WA 98006

Certificate of Mailing       -2-       James McDonald

14840 119th PL NE, Kirkland, WA 98034

Phone: (425) 210-0614


JAMES MCDONALD
14840 119th PL NE
Kirkland, WA 98034
Phone (425) 210-0614
In Pro Per

_____ FILED      _____ ENTERED
_____ LODGED    _____ RECEIVED

JAN 10 2011   LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:                                    )     NO.: C10-1952RSL
                                          )
JAMES MCDONALD                            )
          Plaintiff                       )     Notice of
    v                                     )     Motion to Disqualify and Remove Counsel
ONEWEST BANK, FSB, et al.,                )
          Defendants.                     )
                                          )

-----------------------------------------

PLEASE TAKE NOTICE THAT James McDonald, Debtor and Pro Se, will bring before the above Court located at 700 Stewart Street, Seattle, WA 98101, a motion to remove opposing counsel from the civil case.

IF YOU OPPOSE the Motion, you must file your written response with the Court Clerk, serve two copies on the Judge's chambers, and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is January 31st, 2011.

IF NO REPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, and strike the hearing.

DATED this 10 day of January, 2011.

*/s/ James McDonald*
James McDonald, Pro Se

Notice of Motion to Remove Opposing Counsel     -1-                  James McDonald
                                                          14840 119th PL NE, Kirkland, WA 98034
                                                                      Phone: (425) 210-0614