JAMES MCDONALD
14840 119th PL NE
Kirkland, WA 98034
Phone (425) 210-0614
In Pro Per



10-CV-01952-MAN

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>JAMES MCDONALD<br>    Plaintiff<br>v<br>ONEWEST BANK, FSB, *et al.*,<br>    Defendants. | NO.: C10-1952RSL<br><br>PROPOSED<br>ORDER GRANTING REMOVAL OF OPPOSING COUNSEL ROUTH, CRABTREE & OLSEN, P.S. |

This matter came before the Court upon James McDonald's (PLAINTIFF)'s motion for removal of opposing counsel. The Court considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion that the removal of the opposing counsel should occur.

IT IS THEREFORE ORDERED that pursuant to RCW 61.24.010(4) that OneWest Bank FSB seek alternate counsel as Routh Crabtree Olsen, P.S. has a conflict of interest in representing the Defendants. It is also ordered that Routh Crabtree Olsen, P.S. compensate PLAINTIFF for any reasonable fee associated with the Motion for Removal of Opposing Counsel. It is further ordered that the order shall be effective immediately and the order shall be effective as to any chapter under which the present case may be converted absent further order of this Court.

Dated this _____ day of _____, 20___

_____
Robert S. Lasnik, United States District Judge

Proposed Order for Removal Of Opposing Attorney  -1-

James McDonald
14840 119th PL NE, Kirkland WA 98034
Phone: 425-210-0614

1 | **Presented by:**

_____
James McDonald
Pro Se

Proposed Order for Removal Of Opposing Attorney -2-   James McDonald
14840 119th PL NE, Kirkland WA 98034
Phone: 425-210-0614