1
2
3
4
5

The Honorable Judge Robert S. Lasnik

6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8   JAMES MCDONALD,

9                          Plaintiff,

10              v.

11  ONEWEST BANK, FSB, NORTHWEST
    TRUSTEE SERVICES, INC., MORTGAGE
12  ELECTRONIC REGISTRATION SYSTEMS,
    INC., INDYMAC BANK FSB, DOES 1-50,
13
14                         Defendants.
15

No.  C10-1952 RSL

**ORDER DENYING PLAINTIFF'S**
**REQUEST FOR TEMPORARY**
**RESTRAINING ORDER**

**NOTE ON MOTION CALENDAR:**
January 18, 2011

16          THIS MATTER came on for consideration this date upon Plaintiff's Complaint which

17  contains a request for Temporary Restraining Order. The Court considered the Complaint, the

18  Opposition of Defendants and supporting Declarations and Exhibits attached thereto, and the

19  records filed herein.  Finding that Plaintiff has no legal or equitable grounds that warrants entry

20  of a temporary restraining order; now, therefore, it is hereby

21          ORDERED that Plaintiff's request for Temporary Restraining Order is denied.

22  //
23  //
24  //
25  //
26  ///

DEFENDANTS OPPOSITION TO PLAINTIFFS'
MOTION FOR TEMPORARY RESTRAINING ORDER
. – PAGE 1 OF 2
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

ALTERNATIVELY, IT IS ORDERED that Plaintiff's request for Temporary Restraining Order is granted on the condition of Plaintiff depositing into the court registry a security in the amount of $10,000.00 and making payments in the amount of $2,347.56 into the court registry on the 19th of every month while the Order is in effect.


DONE IN OPEN COURT this _____ day of _____, 2010.


_____
Honorable Judge Robert S. Lasnik

Presented by:


**ROUTH CRABTREE OLSEN, P.S.**

_____
Heidi E. Buck, WSBA No. 41769
Of Attorneys for Defendants OneWest
Bank, Mortgage Electronic Registration
Systems, Inc., and Northwest Trustee
Services, Inc.

DEFENDANTS OPPOSITION TO PLAINTIFFS'
MOTION FOR TEMPORARY RESTRAINING ORDER
. – PAGE 2 OF 2
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131