UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHIGNTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>          Plaintiff,<br><br>     v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>          Defendants. | Case No: C10-1952 RSL<br><br>**DECLARATION OF SERVICE** |

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent be a witness herein.

2. That on January 12, 2011, I caused a copy of **Defendants OneWest, MERS, and Northwest Trustee Services, Inc.'s Opposition to Plaintiff's Request for Temporary Restraining Order, Declaration of Vonnie McElligott in Support of Defendants' Opposition to Plaintiff's Request for TRO, [Proposed] Order Denying Plaintiff's Request for**

DECLARATION OF SERVICE - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

**Temporary Restraining Order, and this Declaration of Service** to be served to the following in the manner noted below:

James McDonald, *Pro Se*          [ ] US Mail, Postage Prepaid
14840 119th PL NE          [ ] Hand Delivery
Kirkland, WA 98034              [X] Overnight Mail
                                [ ] Facsimile

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this ___12th___ day of January, 2011.

_____
Tommy Kwong, Paralegal

DECLARATION OF SERVICE - 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131