The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JAMES MCDONALD,

    Plaintiff,

v.

ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,

    Defendants.

No. C10-1952 RSL

**ORDER STRIKING PLAINTIFF'S MEMORANDUM TO JUDGE REGARDING TRO HEARING**

    THIS MATTER came on for consideration this date upon Defendants Motion to Strike Plaintiff's Memorandum to Judge Regarding TRO Hearing. The Court considered such motion, and finds that Plaintiff's Memorandum to Judge Regarding TRO Hearing is over length, untimely, and should be stricken from the record; now, therefore, it is hereby

    ORDERED that Plaintiff's Memorandum to Judge Regarding TRO Hearing is stricken from the record.

//
//
//
//
///

1

2      DONE IN OPEN COURT this _____ day of _____, 2011.

3

4

5                                          _____
                                           Honorable Judge Robert S. Lasnik
6

7  Presented by:

8

9  **ROUTH CRABTREE OLSEN, P.S.**

10

11  _____
    Heidi E. Buck, WSBA No. 41769
12  Of Attorneys for Defendants OneWest
    Bank, Mortgage Electronic Registration
13  Systems, Inc., and Northwest Trustee
    Services, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER STRIKING PLAINTIFF'S MEMORANDUM
TO JUDGE REGARDING TRO HEARING
. – PAGE 2 OF 2
CASE NO. C10-1952 RSL