# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHIGNTON
## AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>        Plaintiff,<br><br>v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>        Defendants. | Case No: C10-1952 RSL<br><br>**DECLARATION OF SERVICE** |

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent be a witness herein.

2. That on January 19, 2011, I caused a copy of **Defendants' Motion to Strike Plaintiff's Memorandum to Judge Regarding TRO Hearing, Proposed Order Striking Plaintiff's Memorandum to Judge Regarding TRO Hearing, and this Declaration of Service** to be served to the following in the manner noted below:

DECLARATION OF SERVICE - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

| | | |
|---|---|---|
| 1 | James McDonald, *Pro Se* | [X] US Mail, Postage Prepaid |
| 2 | 14840 119th PL NE | [ ] Hand Delivery |
|   | Kirkland, WA 98034 | [ ] Overnight Mail |
| 3 | | [ ] Facsimile |

    I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 19th day of January, 2011.

_____
Tommy Kwong, Paralegal

DECLARATION OF SERVICE - 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131