The Honorable Judge Robert S. Lasnik

1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8  JAMES MCDONALD,

9              Plaintiff,

10       v.

11  ONEWEST BANK, FSB, NORTHWEST
    TRUSTEE SERVICES, INC., MORTGAGE
12  ELECTRONIC REGISTRATION SYSTEMS,
    INC., INDYMAC BANK FSB, DOES 1-50,

13

14              Defendants.

15

No.  C10-1952 RSL

**ORDER DENYING PLAINTIFF'S**
**MOTION TO REMOVE AND**
**DISQUALIFY COUNSEL AND**
**AWARDING DEFENDANTS'**
**ATTORNEYS' FEES**

16       THIS MATTER came on for consideration this date upon Plaintiff's Motion to

17  Disqualify and Remove Counsel. The Court considered such motion and the Opposition of

18  Defendants and supporting Declaration in support thereof, and the records filed herein.  Finding

19  that there is no legal or factual basis to grant Plaintiff's Motion and Defendants are entitled to an

20  award of attorneys' fees in the amount of $350.00; now, therefore, it is hereby

21       ORDERED that Plaintiff's Motion to Disqualify and Remove Counsel is denied and

22  Defendants are awarded attorneys' fees in the amount of $350.00.

23

         DONE IN OPEN COURT this _____ day of _____, 2010.

24

25

26

                                        _____
                                        Honorable Judge Robert S. Lasnik

ORDER DENYING PLAINTIFF'S MOTION
TO DISQUALIFY AND REMOVE COUNSEL
– PAGE 1 OF 2, CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  Presented by:

2

3  **ROUTH CRABTREE OLSEN, P.S.**

4

5  Heidi E. Buck, WSBA No. 41769
   Of Attorneys for Defendants OneWest
6  Bank, Mortgage Electronic Registration
   Systems, Inc., and Northwest Trustee
7  Services, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING PLAINTIFF'S MOTION
TO DISQUALIFY AND REMOVE COUNSEL
– PAGE 2 OF 2, CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131