The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>　　　　　　Defendants. | No. C10-1952 RSL<br><br>**DECLARATION OF DEFENDANTS' COUNSEL, HEIDI E. BUCK, IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY AND REMOVE COUNSEL** |

Heidi E. Buck declares as follows:

　　1.　　I am the attorney for OneWest Bank, FSB ("OneWest"), Mortgage Electronic Registration Systems Inc. ("MERS"), and Northwest Trustee Services, Inc. ("NWTS") (collectively "Defendants") herein and am competent to testify in the above-entitled action, and have personal knowledge of the matters referred to herein.

　　2.　　Routh Crabtree Olsen, P.S. employs me as an associate attorney. RCO is a law firm licensed under UBI Number 601840737.

　　3.　　RCO represents its client, Northwest Trustee Services, Inc., in the matter of McDonald v. OneWest Bank, FSB, et al., Cause No. C10-1952-RSL. NWTS is a corporation licensed under UBI Number 602376725.[1]

---

[1] I obtained this information from the Washington State Secretary of State's website, found at http://www.sos.wa.gov/corps/search_results.aspx?search_type=simple&criteria=all&name_type=contains&name=northwest+trustee+services+&ubi=.

DECLARATION OF HEIDI E. BUCK
. – PAGE 1 OF 2
CASE NO. C10-1952 RSL

4. RCO also represents OneWest Bank, FSB and Mortgage Electronic Registration Systems, Inc. in the above referenced matter.

5. Prior to undertaking representation of OneWest, MERS, and NWTS, I undertook an investigation to determine whether Rule 1.7 prevented joint representation in this matter.

6. My investigation led to the conclusion that no conflict of interest existed between the prospective clients in this case. My investigation further led to the conclusion that even if a conflict did arise, I would be able to provide competent and diligent presentation to each affected client; the representation was not prohibited by law; and the representation did not involve the assertion of a claim by one client against another client represented by the lawyer in the same litigation or other proceeding before a tribunal.

7. Additionally, I obtained informed consent from each of the affected clients, in writing, prior to undertaking the multiple representation.

8. Defendants incurred approximately $350.00 in attorneys' fees and costs in responding to the present motion.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. This declaration was executed this 27th day of January, 2011, at Bellevue, Washington.

_____
Heidi E. Buck, Declarant