UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHIGNTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>　　　　　Defendants. | Case No:  C10-1952 RSL<br><br>**DECLARATION OF SERVICE** |

The undersigned makes the following declaration:

　　1.　　I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent be a witness herein.

　　2.　　That on January 27, 2011, I caused a copy of **Defendants' Opposition to Plaintiff's Motion to Disqualify and Remove Counsel, Declaration of Defendants' Counsel, Heidi E. Buck, In Support of Defendants' Opposition to Plaintiff's Motion to Disqualify and Remove Counsel, Proposed Order Denying Plaintiff's Motion to Remove and**

DECLARATION OF SERVICE - 1

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1   **Disqualify Counsel and Awarding Defendants' Attorneys' Fees, and this Declaration of**

2   **Service** to be served to the following in the manner noted below:

3
    James McDonald, *Pro Se*                    [X] US Mail, Postage Prepaid
4   14840 119th PL NE                       [ ] Hand Delivery
    Kirkland, WA 98034                           [ ] Overnight Mail
5                                                [ ] Facsimile

6

7           I declare under the penalty of perjury under the laws of the State of Washington that the

8   foregoing is true and correct.

9   Signed this 27th day of January, 2011.

10

11

12                                        Tommy Kwong, Paralegal

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF SERVICE - 2

ROUTH
CRABTREE
OLSEN, P.S.
| 13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131