UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                                      )
JAMES MCDONALD,                              )          No. C10-1952RSL
                                                                      )
                              Plaintiff,             )
            v.                                                )          ORDER RENOTING MOTION
                                                                      )          ON COURT'S CALENDAR
ONEWEST BANK, FSB, *et al.*,             )
                                                                      )
                              Defendants.        )
_____)

On February 12, 2011, plaintiff James McDonald filed a "Motion for Declaratory Judgment" and noted it on the Court's calendar for March 15, 2011. Dkt. # 32. Pursuant to Local Civil Rule 7(d)(3), all motions seeking dispositive relief are to be noted for consideration on the fourth Friday after filing and service. The Clerk of Court is therefore directed to renote plaintiff's "Motion for Declaratory Judgment" to Friday, March 11, 2011. The parties need not appear on that date: if the Court wants oral argument, it will be scheduled separately.

Plaintiff is reminded that when the aggregate submittal to the court (*i.e.*, the motion, any declarations and exhibits, the proposed order, and the certificate of service) exceeds **50** pages in length, a paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office for chambers by 10:30 am the next business day after filing. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers." Local Rule 10(e)(8). Plaintiff is further advised that he should

ORDER RENOTING MOTION
ON COURT'S CALENDAR

1  review the local rules of this district
2  (http://www.wawd.uscourts.gov/referencematerials/localrules.htm) for the procedures governing
3  his submissions to the Court and the Federal Rules of Civil Procedure for information regarding
4  the discovery options available to him.

   Dated this 14th day of February, 2011.

   *Robert S. Lasnik* (signature)
   Robert S. Lasnik
   United States District Judge