The Honorable Robert S Lasnik

JAMES MCDONALD
14840 119th PL NE
Kirkland, WA 98034
Phone (425) 210-0614
In Pro Per

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

In Re:

JAMES MCDONALD
       Plaintiff
       v
ONEWEST BANK, FSB, *et al.*,
       Defendants.

NO.: C10-1952RSL

Ex Parte Motion to Enforce Court Order on Preliminary Injunction

TO:   CLERK OF THE U.S. DISTRICT COURT
       HEIDI E. BUCK, Attorney for Defendants

COMES NOW Plaintiff James McDonald to submit this Ex Parte Motion to Enforce the Court's Order and ruling on granting the Temporary Restraining Order and Preliminary Injunction.

Plaintiff has performed as ordered by the Court by paying into the Court Registry the required amount on or before the 15th of the Month.

On or about February 1, 2011 Plaintiff received a Notice of Postponement from Defendant Northwest Trustee Services with a postponement date of February 18, 2011. (EXHIBIT 1)

Defendant Northwest Trustee Services has NOT complied with the Courts order for all foreclosure activities to be halted. They merely postponed the auction until Friday, February 18, 2011. Plaintiff verified on the foreclosure website Northwest Trustee utilizes to publicize their auctions and as of the date this Motion is submitted the auction has not been cancelled (EXHIBIT 2). Plaintiff has waited to file this Ex Parte Motion to give them time to cancel the sale but as of the date of filing they have not.

Defendant Northwest has not halted its activities as required by the Court and instead has an active foreclosure listed and scheduled. Not only is this against Court order but it causes undue stress and harassment for the Plaintiff. The Plaintiff had an individual show up at his residence asking to see the house in case he wanted to bid on it. While Northwest Trustee cannot control unrelated people's actions by them listing the property as an active foreclosure they are opening the doors for people to harass the Plaintiff.

Wherefore the Plaintiff moves the Court for the following:
1. To order Defendant Northwest Trustee to CANCEL the foreclosure auction as there is no reason to believe this lawsuit will turn in the defendants' favor before the 120 day maximum extension has expired as per RCW 61.24 et seq. In the unlikely event Defendants prevail in the end this will simply allow their time requirements for initiating a new foreclosure auction to commence much sooner so is to their benefit as well.
2. To order sanctions against Defendant Northwest Trustee in the sum of $7,500 or whatever amount the Court deems proper to be paid to the Plaintiff for violating the Court Order on the Temporary Restraining Order and Preliminary Injunction.

Proposed Order is attached.


Dated: February 15, 2011



                                                                        James McDonald
                                                                        Pro Se

# EXHIBIT 1
# Notice of Postponement

Northwest Trustee Services Inc.
PO Box 997
Bellevue, WA 98009-0997



M1242039
7523.21352 M VM
WAPostponement

US POSTAGE
FIRST-CLASS MAIL        $0.44⁰
ZIP 98006  1/31/2011    HASLER



019H13101151

001533
JAMES B. MCDONALD
14840 119TH PLACE NORTHEAST
KIRKLAND WA 98034

Northwest Trustee Services, Inc.
PO Box 997
Bellevue, WA 98009-997

## Notice of Postponement
Required under RCW 61.24.040(6)(a)

Please be advised that:

    The Trustee's Sale under that certain Deed of Trust in which James B. McDonald, a single man, as grantor Mortgage Electronic Registration Systems, Inc., is Beneficiary, dated 01/08/2007, and recorded on 01/10/2007 under King County Auditor's File No. 20070110002077, has been postponed from 01/28/2011 to 02/18/2011 at 10:00 a.m. at The northwest corner of the ground level parking area located under the Pacific Corporate Center building, 13555 SE 36th Street, Bellevue.

The trustee's rules of auction may be accessed at www.northwesttrustee.com and are incorporated by this reference. You may also access sale status at www.northwesttrustee.com and www.USA-Foreclosure.com.

Date: January 28, 2011

                                            Mailed by or on behalf of
                                            **Northwest Trustee Services, Inc.,**
                                            **Trustee**

**File No:** 7523.21352
**Client:** OneWest Bank, FSB
**Borrower:** McDONALD, JAMES B.



# EXHIBIT 2
# FORECLOSURE WEBSITE



## Foreclosure Properties for ZIP Code 98034 (filtered by sale date)

Displaying foreclosure properties 1 - 10 of the 14 found.

**Filter the results by city:**
Select city (optional)

**Filter the results by ZIP code:**
Select ZIP code (optional)

**Filter the results by current sale date:**
02/18/2011   Clear

☐ Show only active sales
  Show only Hot Properties
  Show only listings with minimum bid
  Show only Commercial properties

Loading map...

More results:
1 **2**

| Trustee Number | Property Address | City | State | Zipcode | Status | Original Sale Date | Previous Postponed Date | Current Sale Date |
|---|---|---|---|---|---|---|---|---|
|  |  | Kirkland | WA | 98034 |  | 11/19/2010 | 01/14/2011 | 02/18/2011 |
|  |  | Kirkland | WA | 98034 |  | 12/10/2010 | 01/28/2011 | 02/18/2011 |



JAMES MCDONALD
14840 119th PL NE
Kirkland, WA 98034
Phone (425) 210-0614
In Pro Per

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re: ) NO.: C10-1952RSL
)
)
JAMES MCDONALD )
       Plaintiff )
v ) ORDER GRANTING PLAINTIFF'S MOTION
ONEWEST BANK, FSB, *et al.*, ) FOR TEMPORARY RESTRAINING ORDER
       Defendants. ) AND PRELIMINARY INJUNCTION
)

This matter came before the Court upon James McDonald's (PLAINTIFF)'s ex parte motion to enforce court order regarding the preliminary injunction and temporary restraining order. The Court considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion that the temporary restraining order and preliminary injunction should be granted until such a time that the Court renders a final judgment.

IT IS THEREFORE ORDERED that:
1. To order Defendant Northwest Trustee to CANCEL the foreclosure auction as there is no reason to believe this lawsuit will turn in the defendants' favor before the 120 day maximum extension has expired as per RCW 61.24 et seq. In the unlikely event Defendants prevail in the end this will simply allow their time requirements for initiating a new foreclosure auction to commence much sooner so is to their benefit as well.
2. To order sanctions against Defendant Northwest Trustee in the sum of $7,500 or whatever amount the Court deems proper to be paid to the Plaintiff for violating the Court Order on the Temporary Restraining Order and Preliminary Injunction.

It is further ordered that the order shall be effective immediately and the order shall be effective as to any chapter under which the present case may be converted absent further order of this Court.

Dated this _____ day of _____, 20__

_____
Robert S. Lasnik, United States District Judge

Proposed Order for Enforcement Court Order    -1-    James McDonald
14840 119th PL NE, Kirkland WA 98034
Phone: 425-210-0614

**Presented by:**

_____
James McDonald
Pro Se

1  JAMES MCDONALD
   14840 119th PL NE
2  Kirkland, WA 98034
   Phone (425) 210-0614
3  In Pro Per

4                          UNITED STATES DISTRICT COURT

5                          WESTERN DISTRICT OF WASHINGTON

6                                     AT SEATTLE

7

8  In Re:                              )    NO.: C10-1952RSL
                                       )
9                                      )
   JAMES MCDONALD                      )
10              Plaintiff              )    Declaration of Service
           v                           )
11 ONEWEST BANK, FSB, *et al.*,        )
                Defendants.            )
12                                     )
   ---------------------------------------
13

14                              CERTIFICATE OF Service

15     I hereby certify under penalty of perjury of the laws of the State of Washington that I

16 electronically sent a true and correct copy of the Plaintiffs Ex Parte Motion to Enforce Court Order,

17 by James McDonald, on the 14 day of February, 2011 to the parties listed below.

18     DATED this 1 day of February, 2011.

19
                                                    By: _____
20
                                                                    James McDonald
21                                                                          Pro Se
22

23

24 Routh Crabtree Olsen, P.S.

25 13555 SE 36th St, Suite 300

26 Bellevue, WA 98006

27

28
Certificate of Service              -1-                    James McDonald
                                                14840 119th PL NE, Kirkland, WA 98034
                                                           Phone: (425) 210-0614