1  The Honorable Judge Robert S. Lasnik
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>　　　　　Defendants. | No. C10-1952 RSL<br><br>**DECLARATION OF HEIDI E. BUCK IN SUPPORT OF DEFENDANT NWTS' RESPONSE TO PLAINTIFF'S MOTION TO ENFORCE COURT ORDER ON PRELIMINARY INJUNCTION** |

Heidi E. Buck declares as follows:

　　1.　　I am the attorney for OneWest Bank, FSB ("OneWest"), Mortgage Electronic Registration Systems Inc. ("MERS"), and Northwest Trustee Services, Inc. ("NWTS") (collectively "Defendants") herein and am competent to testify in the above-entitled action, and have personal knowledge of the matters referred to herein. I make this Declaration in support of Defendant NWTS' Response to Plaintiff's Motion to Enforce Court Order on Preliminary Injunction.

　　2.　　Following entry of the Preliminary Injunction, Defendants postponed the trustee's sale to February 18, 2011.

//

///

3. Defendants will continue to postpone the trustee's sale while the Preliminary Injunction is in effect.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. This declaration was executed this 15th day of February, 2011, at Bellevue, Washington.

_____
Heidi E. Buck, Declarant

DECLARATION OF HEIDI E. BUCK
. – PAGE 2 OF 2
CASE NO. C10-1952 RSL