The Honorable Robert S Lasnik

JAMES MCDONALD
14840 119th PL NE
Kirkland, WA 98034
Phone (425) 210-0614
In Pro Per

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

In Re: ) NO.: C10-1952RSL
)
)
JAMES MCDONALD )
     Plaintiff )
          v )  Motion to Strike Declaration of Heidi Buck
ONEWEST BANK, FSB, et al., )  Response to Plaintiff's Motion to Enforce
     Defendants. )
)

TO:   CLERK OF THE U.S. DISTRICT COURT
      HEIDI E. BUCK, Attorney for Defendants

COMES NOW PLAINTIFF, James McDonald, and moves the court to strike the Declaration of Heidi Buck in support of Defendant's Response to Plaintiff's Motion to Enforce TRO.

### I. FACTS

1.1 Heidi Buck, as attorney for Defendants OneWest, MERS and Northwest Trustee executed a Declaration in Support of Defendant's Response to Plaintiff's Motion to Enforce the Court Order for Preliminary Injunction on February 15, 2011.

### II. ARGUMENT

2.1 Opposing Counsel is testifying to facts beyond her personal knowledge and cannot guarantee the actions or intentions of her clients. She does not have first hand knowledge of the facts and therefore lacks competence to testify to any fact or intention that she learned from others. Further she cannot be considered as competent under the advocate-witness rule. As per the case law below, an attorney cannot

provide testimony unless all other sources are exhausted. Counsel has not proven that she has no other witness to call to make this declaration and instead presumes to testify herself. *United States V. Armedo-Sarmiento*, 545 F.2d 785 (2d Cir. 1976); UNITED STATES V. JOHNSTON, 664 F.2d 152 (7th Cir. 1981); UNITED STATES V. BUCKHANON, 505 F.2d 1079 (8th Cir. 1974); UNITED STATES V WEST 680 F.2d 652 (9th Cir. 1982); *LAU AH YEW V DULLES*, 257 F.2d 744 (9th Cir. 1979).

### III. CONCLUSION

For the foregoing reasons Plaintiff requests the Court order to Strike the Declaration of Heidi Buck and the accompanying Response to Plaintiff's Motion to Enforce Court Order in its entirety as it heavily relies on the opposing counsel's testimony.

**DATED February 16, 2011**

James McDonald
Pro Se

Motion to Strike Declaration of Heidi Buck         -2-                    James McDonald
                                                                          14840 119th PL NE, Kirkland, WA 98034
                                                                          Phone: (425) 210-0614

1  JAMES MCDONALD
   14840 119th PL NE
2  Kirkland, WA 98034
   Phone (425) 210-0614
3  In Pro Per

4                    UNITED STATES DISTRICT COURT

5                    WESTERN DISTRICT OF WASHINGTON

6                              AT SEATTLE

7

8  In Re:                              )    NO.: C10-1952RSL
                                       )
9                                      )
   JAMES MCDONALD                      )
10              Plaintiff              )    Declaration of Service
             v                         )
11 ONEWEST BANK, FSB, et al.,          )
                Defendants.            )
12                                     )
   ------------------------------------
13

14                         CERTIFICATE OF Service

15     I hereby certify under penalty of perjury of the laws of the State of Washington that I

16 electronically sent a true and correct copy of the Plaintiffs Motion to Strike Declaration of Heidi

17 Buck, by James McDonald, on the 16 day of February, 2011 to the parties listed below.

18     DATED this 16 day of February, 2011.

19

20                                              By: _____

21                                                              James McDonald
                                                                         Pro Se
22

23

24 Routh Crabtree Olsen, P.S.

25 13555 SE 36th St, Suite 300

26 Bellevue, WA 98006

27

28
   Certificate of Service              -1-                    James McDonald
                                                14840 119th PL NE, Kirkland, WA 98034
                                                              Phone: (425) 210-0614