The Honorable Robert S Lasnik

JAMES MCDONALD
14840 119th PL NE
Kirkland, WA 98034
Phone (425) 210-0614
In Pro Per

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| In Re:<br><br>JAMES MCDONALD<br>Plaintiff<br>v<br>ONEWEST BANK, FSB, *et al.*,<br>Defendants. | NO.: C10-1952RSL<br><br>Motion to Withdraw Plaintiff Motion for Declaratory Judgment |

TO: CLERK OF THE U.S. DISTRICT COURT
HEIDI E. BUCK, Attorney for Defendants

COMES NOW Plaintiff James McDonald and makes this motion to withdraw his motion for declaratory judgment. Upon further review of FCRP it is clear that the appropriate steps have not been taken and Plaintiff wishes to prevent the Court from wasting its valuable time. Plaintiff will initiate the proper procedures for obtaining the Discovery items in the proper order.

Dated March 2nd, 2011

James McDonald
Pro Se

**JAMES MCDONALD**
**14840 119th PL NE**
**Kirkland, WA 98034**
**Phone (425) 210-0614**
**In Pro Per**

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

| | |
|---|---|
| **In Re:** | **NO.: C10-1952RSL** |
| **JAMES MCDONALD** Plaintiff | |
| **v** | **Declaration of Service** |
| **ONEWEST BANK, FSB, *et al.*,** Defendants. | |

**CERTIFICATE OF Service**

**I hereby certify under penalty of perjury of the laws of the State of Washington that I electronically sent a true and correct copy of the Plaintiffs Motion to Withdraw Motion for Declaratory Judgment, by James McDonald, on the 3rd day of March, 2011 to the parties listed below.**

**DATED this 3rd day of March, 2011.**

**By:** ______________________

**James McDonald**
**Pro Se**

**Routh Crabtree Olsen, P.S.**

**13555 SE 36th St, Suite 300**

**Bellevue, WA 98006**