UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
JAMES MCDONALD,                    )   No. C10-1952RSL
                                   )
                Plaintiff,         )
        v.                         )   ORDER GRANTING PLAINTIFF'S
                                   )   MOTION TO WITHDRAW
ONEWEST BANK, FSB, *et al.*,       )
                                   )
                Defendants.        )
_____)

      This matter comes before the Court on plaintiff James McDonald's "Motion to Withdraw Plaintiff['s] Motion for Declaratory Judgment." Dkt. # 41. The motion to withdraw is GRANTED. The Clerk of Court is directed to remove "Plaintiff's Motion for Declaratory Judgment" (Dkt. # 32) from the Court's calendar.

      Dated this 8th day of March, 2011.

                                                                   Robert S. Lasnik
                                                    United States District Judge