The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>　　　　　Defendants. | No. C10-1952 RSL<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel for non-governmental party Mortgage Electronic Registration Systems, Inc. ("MERS"), submits the following statement:

The parent corporation of Defendant MERS is MERSCORP, Inc. There is no publicly held corporation owning 10% or more of its stock.

DATED this 30th day of March, 2011.

　　　　　　　　　　　　　　　　　　ROUTH CRABTREE OLSEN, P.S.

　　　　　　　　　　　　　　　　　　_/s/ Heidi E. Buck_
　　　　　　　　　　　　　　　　　　Heidi E. Buck, WSBA No. 41769
　　　　　　　　　　　　　　　　　　Of Attorneys for Defendant Mortgage
　　　　　　　　　　　　　　　　　　Electronic Registration Systems, Inc.

---

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT MERS – PAGE 1 OF 1
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131