The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>　　　　　　Defendants. | No. C10-1952 RSL<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.** |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel for non-governmental party Defendant Northwest Trustee Services, Inc. ("NWTS"), submits the following statement:

There is no parent corporation of Defendant NWTS and no publicly held corporation owning 10% or more of its stock.

DATED this 30th day of March, 2011.

ROUTH CRABTREE OLSEN, P.S.

_/s/_

Heidi E. Buck, WSBA No. 41769
Of Attorneys for Defendant Northwest Trustee Services, Inc.

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT NWTS – PAGE 1 OF 1
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131