The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>    Plaintiff,<br><br>v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>    Defendants. | No. C10-1952 RSL<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ONEWEST BANK, FSB** |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel for non-governmental party OneWest Bank, FSB, submits the following statement:

OneWest Bank Group LLC is the parent company of Defendant OneWest Bank, FSB. No publicly held corporation owns 10% or more of its stock.

DATED this 30th day of March, 2011.

                                                                                   **ROUTH CRABTREE OLSEN, P.S.**

                                                                                   Heidi E. Buck, WSBA No. 41769
                                                                                   Of Attorneys for Defendant OneWest Bank

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT ONEWEST BANK. – PAGE 1 OF 1
CASE NO. C10-1952 RSL

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131