1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHIGNTON**
**AT SEATTLE**

JAMES MCDONALD,                       )
      Plaintiff,     )
          )
  v.                                      )
          )
ONEWEST BANK, FSB, NORTHWEST )
TRUSTEE SERVICES, INC., MORTGAGE )
ELECTRONIC REGISTRATION          )
SYSTEMS, INC., INDYMAC BANK FSB, )
DOES 1-50,                            )
          )
     Defendants.    )
          )

Case No: C10-1952 RSL

**DECLARATION OF SERVICE**

The undersigned makes the following declaration:

  1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent be a witness herein.

  2. That on March 30, 2011, I caused a copy of **Corporate Disclosure Statement of Defendant Mortgage Electronic Registration Systems, Inc., Corporate Disclosure Statement of Defendant Northwest Trustee Services, Inc., Corporate Disclosure Statement of Defendant OneWest Bank, FSB, and this Declaration of Service** to be served to the following in the manner noted below:

DECLARATION OF SERVICE - 1

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

James McDonald, *Pro Se*
14840 119th PL NE
Kirkland, WA 98034

[X] US Mail, Postage Prepaid
[ ] Hand Delivery
[ ] Overnight Mail
[ ] Facsimile

    I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 30th day of March, 2011.

Tommy Kwong, Paralegal

DECLARATION OF SERVICE - 2

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131