UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHIGNTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>    Plaintiff,<br><br>v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>    Defendants. | Case No: C10-1952 RSL<br><br>**DECLARATION OF SERVICE** |

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent be a witness herein.

2. That on April 1, 2011, I caused a copy of **Defendant Northwest Trustee Services, Inc.'s Initial Disclosures, Defendants OneWest and MERS' Initial Disclosures, and this Declaration of Service** to be served to the following in the manner noted below:

//

//

DECLARATION OF SERVICE - 1

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  //

2  James McDonald, *Pro Se*　　　　　　　　　[X] US Mail, Postage Prepaid
3  14840 119th PL NE　　　　　　　　　　　　[ ] Hand Delivery
　  Kirkland, WA 98034　　　　　　　　　　　　[ ] Overnight Mail
4  　　　　　　　　　　　　　　　　　　　　　　　[ ] Facsimile

5

6  　　　I declare under the penalty of perjury under the laws of the State of Washington that the

7  foregoing is true and correct.

8  Signed this 1st day of April, 2011.

9

10  　　　　　　　　　　　　　　　　　　　　_____
11  　　　　　　　　　　　　　　　　　　　　Tommy Kwong, Paralegal

DECLARATION OF SERVICE - 2

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131