**JAMES MCDONALD**
14840 119th PL NE
Kirkland, WA 98034
Phone (425) 210-0614
In Pro Per

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:              )<br>                     )<br>                     )<br>JAMES MCDONALD       )<br>        Plaintiff    )<br>    v                )<br>ONEWEST BANK, FSB, *et al.,*  )<br>        Defendants.  )<br>                     )<br>------------------------------------ | NO.: **C10-1952RSL**<br><br>PROPOSED<br>ORDER GRANTING Compel to Produce |

    This matter came before the Court upon James McDonald's (PLAINTIFF)'s Motion to Compel to Produce. The Court considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion that the Court should Compel the Defense to Produce all items requested by Plaintiff in his First Request to Produce dated April 4, 2011.

    IT IS THEREFORE ORDERED that the Defendants produce within 14 days of this order all of the documentation and records requested within Plaintiff's First Request to Produce.

    IT IS FURTHER ORDERED that the deadline to end discovery be rescheduled for September 7, 2011 and the deadline to amend complaint be extended to August 8, 2011.

    IT IS ALSO ORDERED that any and all motions or any other matters brought before this Court by the Defense be automatically stayed until after the documents and records be produced.

    Dated this _____ day of _____, 20__

                                                _____
                                                **Robert S. Lasnik, United States District Judge**

1  **Presented by:**

2

3

4                                                                                    **/s/ James McDonald -**
                                                                                       **James McDonald**
5                                                                                                **Pro Se**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28