*Sub(2)Subpoenas Iss.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 13 2011  JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

James McDonald
Plaintiff(s),

v.

Onewest Bank et al
Defendant(s).

Case No. C10-1952-RSL

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Please issue two subpoenas

10-CV-01952-APPR

Dated 5/13/11

Signature

For:

**PRAECIPE**