**JAMES MCDONALD**
14840 119th PL NE
Kirkland, WA 98034
Phone (425) 210-0614
In Pro Per

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: )<br>)<br>)<br>JAMES MCDONALD )<br>         Plaintiff )<br>    v )<br>ONEWEST BANK, FSB, *et al.,* )<br>         Defendants. )<br>) | NO.: **C10-1952RSL**<br><br>PROPOSED<br>ORDER Denying Motion For Protective Order |

This matter came before the Court upon Defendant's Motion for Protection Order. The Court considered the motion and any opposition thereto and the matters on record. It appears that based on the reasons and arguments given in Plaintiff's Response to the Motion for Protection Order that the Court denies with Prejudice the Defendants Motion for Protection Order.

IT IS THEREFORE ORDERED that the Defendants and their Counsel are in contempt of this Court per FCRP 37(b)(2)(A)(vii).

IT IS FURTHER ORDERED that Defendants and their Counsel pay the Plaintiff $2,500 in sanctions as allowed by FCRP 37(b)(2)(C).

Dated this _____ day of _____, 20__

_____
**Robert S. Lasnik, United States District Judge**

**Presented by:**

| | |
|---|---|
| Proposed Order for Motion for Protection Order    -1- | James McDonald<br>14840 119th PL NE, Kirkland WA 98034<br>Phone: 425-210-0614 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**/s/ James McDonald -**
**James McDonald**
**Pro Se**

Proposed Order for Motion for Protection Order     -2-                    James McDonald
                                                                          14840 119th PL NE, Kirkland WA 98034
                                                                          Phone: 425-210-0614