The Honorable Judge Robert S. Lasnik

1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD, | No. C10-1952 RSL |
| Plaintiff, | **DECLARATION OF HEIDI E. BUCK IN SUPPORT OF DEFENDANTS ONEWEST, MERS, AND NWTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |
| v. | |
| ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50, | |
| Defendants. | |

HEIDI E. BUCK declares as follows:

    1.  I am the attorney for Defendants OneWest Bank, FSB ("OneWest"), Mortgage Electronic Registration Systems Inc. ("MERS"), and Northwest Trustee Services, Inc. ("NWTS") (collectively "Defendants") and am competent to testify in the above-entitled action, and have personal knowledge of the matters referred to herein.

    2.  Neither the Plaintiff in the present action, James McDonald, nor any representative of the Plaintiff has made any effort to meet or confer with me concerning disclosure or discovery prior to filing a Motion to Compel Discovery on May 5, 2011.

//

//

///

DECLARATION OF HEIDI E. BUCK
- 1 of 2
CASE NO. C10 – 1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1    3.  Neither the Plaintiff in the present action, James McDonald, nor any representative of

2    the Plaintiff has conferred, with me, by telephone or in person regarding Defendants' discovery

3    responses prior to or since the filing of the Plaintiff's Motion to Compel discovery on May 5,

4    2011.

5        I declare under penalty of perjury under the laws of the State of Washington that the

6    foregoing is true and correct.

7        DATED this ___ day of May, 2011.

8

9                                          ROUTH CRABTREE OLSEN, P.S.

10

11                              By: /s/ Heidi E. Buck

12                                   Heidi E. Buck, WSBA No. 41769
                                     Attorneys for Defendants OneWest,
13                                   MERS, and Northwest Trustee
                                     Services, Inc.
14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF HEIDI E. BUCK
- 2 of 2
CASE NO. C10 – 1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131