

Shawn T. Hynes, Counsel
Deutsche Bank AG, New York Branch
Legal Department
60 Wall Street
New York, NY 10005
Tel: (212) 250-3138
Shawn.hHynes@db.com

May 20, 2011

**VIA FEDERAL EXPRESS**
James McDonald
14840 119th Street PLPlace NE
Kirkland, WA 98034

Re: **James MacDonald v. OneWest Bank**

Dear Mr. McDonald:

    I write on behalf of Deutsche Bank National Trust Company ("DBNTC") in response to the above-referenced subpoena directed to "Deutsche Bank" dated May 13, 2011 (the "Subpoena").

    Enclosed please find documents stamped CONFIDENTIAL and bearing Bates number DBNTC 00001-DBNTC 00002 containing information about the loans for James B. McDonald. Please note that DBNTC does not have any information pertaining to Form 1034 or 1036 authorizing documents to be released to OneWest, nor do we have a list of identification numbers associated with the note.

    Please also note that DBNTC acted as the Custodian for several trusts, of which these loans were a part of, and DBNTC's role with respect to these trusts is very limited. Please find information below setting forth regarding the relevant trust, and the respective servicer to with whom the loan files are serviced with, and the contact for the servicer.

| Property Address | Borrower | Loan Number | Servicer | Servicer Contact | DB's Role |
|---|---|---|---|---|---|
| 14840 119th Pl NE Kirkland WA, 98034 | James B. McDonald | 125049243 | OneWest Bank/Freddie Mac | 888 E Walnut St. 4th Fl Pasadena CA 91101 Maria Sykes | Custodian |



    Please be advised that, based on DBNTC's limited role, we believe that the servicer would be more able to provide further information regarding the above-referenced loan and/or trust, if necessary.

    Please call me or my paralegal, Haleh Rashidi at (904) 520-5230, if you wish to discuss this matter further. Thank you.

Sincerely,

Shawn T. Hynes

Enclosure

## Complete Loan File Information

| | | | |
|---|---|---|---|
| Loan Number: | 00000000000125049243 | Issue: IN010C | Subpool: IN070227 |
| Secondary Loan Number: | 00000000000332479455 | | |
| Borrower: | JAMES B MCDONALD | | |
| Address: | 14840 119TH PL NE | MIN: | 100055401250492438 |
| | KIRKLAND WA 98034 | MOM IND: | |

## Loan File Withdrawal Information

Loan Number: 00000000000125049243            Item: FILE            Issue: IN010C

Current Withdrawal Information:            Sent To:

| | | | |
|---|---|---|---|
| Reason: | FORECLOSURE | ONEWEST BANK | |
| Withdrawn on: | 10/6/2010    by tedtnan | 888 E WALNUT ST, 4TH FL | |
| Air Bill Number: | 1ZR4A6911350860453 | MS: HQ-04-06 | |
| Transmittal: | 1255752 | PASADENA CA 91101 | |
| Transmitted on: | 10/6/2010 | Attention: | MARIA SYKES |
| Comment: | | Authorized by: SANDRA SCHNEIDER | |

## Alternate Numbers

| Alternate Loan Number | Delivery Company | Loan Delivery Date |
|---|---|---|
| 00000000000332479455 | | 1/11/2007 00:00:00 |
| 00000000001009111244 | | 1/11/2007 00:00:00 |

## Classification Attribute Changes

| Classification Attribute | Previous Value | Changed By | Changed On |
|---|---|---|---|
| loan_type | | bionreg | 1/11/2007 08:43:44 |
| loan_state | | bionreg | 1/11/2007 08:43:44 |
| group_code | | bionreg | 1/11/2007 08:43:44 |
| product_type | | bionreg | 1/11/2007 08:43:44 |
| loan_delivery_date | Jan 11 2007 8:42:3 | bionreg | 1/11/2007 08:44:05 |
| loan_type | | bionreg | 1/11/2007 08:46:16 |
| loan_state | WET | bionreg | 1/11/2007 08:46:16 |
| group_code | ELGBL | bionreg | 1/11/2007 08:46:16 |
| product_type | RES | bionreg | 1/11/2007 08:46:16 |
| issue_id | IMIM0C | bionreg | 1/11/2007 08:48:17 |
| issue_id | IMMS0C | nguymar | 1/11/2007 10:02:50 |
| issue_id | IMML0C | nguymar | 1/16/2007 10:48:17 |
| loan_type | | bionreg | 1/16/2007 11:28:15 |
| loan_state | WET | bionreg | 1/16/2007 11:28:15 |
| group_code | ELGBL | bionreg | 1/16/2007 11:28:15 |
| product_type | RES | bionreg | 1/16/2007 11:28:15 |
| issue_id | IMIM0C | nguymar | 1/16/2007 11:55:20 |
| loan_type | | gimaraf | 1/17/2007 08:40:56 |
| loan_state | DRY | gimaraf | 1/17/2007 08:40:56 |
| group_code | ELGBL | gimaraf | 1/17/2007 08:40:56 |
| product_type | RES | gimaraf | 1/17/2007 08:40:56 |
| issue_id | IN06GW | nguymar | 1/17/2007 11:02:17 |
| issue_id | IMIM0C | gimaraf | 1/17/2007 12:30:16 |
| loan_type | NLF | gimaraf | 1/18/2007 12:57:21 |
| loan_state | DRY | gimaraf | 1/18/2007 12:57:21 |
| group_code | ELGBL | gimaraf | 1/18/2007 12:57:21 |
| product_type | RES | gimaraf | 1/18/2007 12:57:21 |
| loan_type | | nguymar | 2/22/2007 09:36:58 |
| loan_state | DRY | nguymar | 2/22/2007 09:36:58 |
| group_code | ELGBL | nguymar | 2/22/2007 09:36:58 |
| product_type | RES | nguymar | 2/22/2007 09:36:58 |
| issue_id | IN051C | gimaraf | 2/27/2007 13:41:49 |
| issue_id | IN051C | gimaraf | 2/27/2007 13:43:46 |
| loan_type | s09 | YOSHTOM | 6/6/2007 07:30:17 |
| loan_state | DRY | YOSHTOM | 6/6/2007 07:30:17 |
| group_code | ELGBL | YOSHTOM | 6/6/2007 07:30:17 |
| product_type | RES | YOSHTOM | 6/6/2007 07:30:17 |
| issue_id | IN010C | nguymar | 9/24/2007 12:17:50 |
| loan_type | | YOSHTOM | 3/31/2009 08:26:19 |

CONFIDENTIAL

DBNTC 00001

## Complete Loan File Information

### Classification Attribute Changes

| Classification Attribute | Previous Value | Changed By | Changed On |
|---|---|---|---|
| loan_state | DRY | YOSHTOM | 3/31/2009 08:26:19 |
| group_code | ELGBL | YOSHTOM | 3/31/2009 08:26:19 |
| product_type | RES | YOSHTOM | 3/31/2009 08:26:19 |

### Loan File Inventory History

| Change Type | Attribute Item | Attribute Status | Changed By | Changed On | Current Attribute Status |
|---|---|---|---|---|---|
| C | MORTG | CU | orozmar | 3/27/2007 08:38:27 | O |
| C | TITLE | PTR | monther | 4/9/2007 11:46:50 | O |

### Loan File Transactions

| Transaction Issue | Attribute Item | Transaction | Transaction Date | Billable Amount | Created By | Billed |
|---|---|---|---|---|---|---|
| IMML0C | FILE | INITIAL LOAN REVIEW | 1/16/2007 07:17:30 | | madrdor | |
| IN010C | MORTG | TRAILING DOCS FILE | 3/27/2007 08:38:27 | | orozmar | |
| IN010C | TITLE | TRAILING DOCS FILE | 4/9/2007 11:46:50 | | monther | |
| IN010C | FILE | WITHDRAWAL OF FILE FOR SERVICING | 10/6/2010 12:11:17 | $0.00 | tedtnan | |

### Loan File Request History - eRequest Version 2

| Request ID | Request Type | Item | Requested by/on | Item Status | Trans ID | Tracking Num | Completed by/on | Reject Reason |
|---|---|---|---|---|---|---|---|---|
| 131549247 | Withdrawal | FILE | GARCIAC 10/05/2010 1:22:41 PM | Completed | 1255752 | 1ZR4A6911350860453 | tedtnan 10/06/2010 | |

CONFIDENTIAL

DBNTC 00002