**The Honorable Robert S Lasnik**

**JAMES MCDONALD**
**14840 119th PL NE**
**Kirkland, WA 98034**
**Phone (425) 210-0614**
**In Pro Per**

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

| | |
|---|---|
| In Re: ) | NO.: **C10-1952RSL** |
| ) | |
| **JAMES MCDONALD** ) | |
|       Plaintiff ) | |
|    v ) | **Declaration of James McDonald in support** |
| **ONEWEST BANK, FSB,** *et al.,* ) | **of Plaintiff's Motion for Leave to Supplement** |
|       Defendants. ) | **Information** |
| ) | |

**James McDonald declares as follows:**

1. I am the Plaintiff in the above listed action and am representing myself as *pro se*. I am competent to testify in the above-titled action and have personal knowledge of the matters referred herein.

2. On Friday, May 13th, 2011 I delivered a Precipae to the Court Clerk at the Western District of Washington at Seattle Court and received a subpoena deus tecum to be served to Deutsche Bank National Trust Company (Exhibit 2).

3. On Friday, May 13th, 2011 I caused to be served upon Deutsche Bank National Trust Company the above referenced subpoena via Priority Mail with signature and delivery confirmation.

4. On Monday, May 16th, 2011 the subpoena was delivered to Deutsche Bank National Trust Company.

5. On Monday, May 23rd, 2011 I received the response to the subpoena from Deutsche Bank National Trust Company.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: May 26, 2011

                                          **/s/ James McDonald -**
                                          **James McDonald**
                                          **Pro Se**

**Certificate of Service**

I hereby certify that on the  day of, 2011 the foregoing was electronically filed with the Clerk of the Court using the ECF system, which sent notification and therefore served the following:

Heidi Buck
Routh Crabtree Olsen
13555 SE 36th ST Suite 300
Bellevue, WA 98006

   /s/ James McDonald   -
**James McDonald**
**Pro Se**