1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHIGNTON
## AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD, ) | Case No: C10-1952 RSL |
| Plaintiff, ) | |
| ) | **DECLARATION OF SERVICE** |
| v. ) | |
| ONEWEST BANK, FSB, NORTHWEST ) | |
| TRUSTEE SERVICES, INC., MORTGAGE ) | |
| ELECTRONIC REGISTRATION ) | |
| SYSTEMS, INC., INDYMAC BANK FSB, ) | |
| DOES 1-50, ) | |
| ) | |
| Defendants. ) | |

The undersigned makes the following declaration:

1.  I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent be a witness herein.

2.  That on May 11, 2011, I caused a copy of **Defendants Onewest, MERS, and Northwest Trustee Services, Inc.'s Motion for Protective Order Pursuant to CR 26, Order Granting Defendants' Motion for Protective Order Pursuant to CR 26, and this Declaration of Service** to be served to the following in the manner noted below:

//

DECLARATION OF SERVICE - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  //

2  James McDonald, *Pro Se*           [X] US Mail, Postage Prepaid
3  14840 119th PL NE                  [ ] Hand Delivery
   Kirkland, WA 98034                 [ ] Overnight Mail
4                                     [ ] Facsimile

5

6  I declare under the penalty of perjury under the laws of the State of Washington that the

7  foregoing is true and correct.

8  Signed this 11th day of May, 2011.

9

10

11  Tommy Kwong, Paralegal

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF SERVICE - 2

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131