**JAMES MCDONALD**
14840 119th PL NE
Kirkland, WA 98034
Phone (425) 210-0614
In Pro Per

\

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: )<br>)<br>)<br>JAMES MCDONALD )<br>  Plaintiff )<br>  v )<br>ONEWEST BANK, FSB, *et al.*, )<br>  Defendants. )<br>) | NO.: **C10-1952RSL**<br><br>**PROPOSED**<br>**ORDER GRANTING** Motion for Leave to Amend Complaint |

    This matter came before the Court upon James McDonald's (PLAINTIFF)'s Motion to for Leave to Amend Complaint. The Court considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion that the Court should grant Plaintiff Leave to amend his Initial Complaint.

    IT IS THEREFORE ORDERED that Plaintiff may amend his initial complaint and that the amended complaint filed with this motion shall be deemed as filed.

    Dated this _____ day of _____, 20__

_____
**Robert S. Lasnik, United States District Judge**

**Presented by:**

**/s/ James McDonald -**
**James McDonald**
**Pro Se**