# EXHIBIT
# FAC15
# Credit Report
# Agency Dispute

June 29, 2010

From:   James Bradley McDonald
        14840 119th Pl NE
        Kirkland, WA 98034
        (425) 210-0614

To:     INDYMAC MORTGAGE SERVICES
        6900 BEATRICE DRIVE
        KALAMAZOO, MI 49003-4045

Sirs:

This is a letter of dispute.

I recently pulled credit report and found that INDYMAC
MORTGAGE SERVICES is reporting derogatory information
in my account.

I dispute this debt.

Signed,

James Bradley McDonald

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

*(Please Print Clearly)*   Indymac Mirtgage Services

DELIVERY CONFIRMATION NUMBER:
0308 0070 0001 3769 4167

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

*(See Reverse)*

PS Form 152, May 2002

# EXHIBIT FAC16 Deutsche Bank Response to Subpoena



Shawn T. Hynes, Counsel
Deutsche Bank AG, New York Branch
Legal Department
60 Wall Street
New York, NY 10005
Tel: (212) 250-3138
Shawn.hHynes@db.com

May 20, 2011

**VIA FEDERAL EXPRESS**
James McDonald
14840 119th Street PLPlace NE
Kirkland, WA 98034

Re:  **James MacDonald v. OneWest Bank**

Dear Mr. McDonald:

I write on behalf of Deutsche Bank National Trust Company ("DBNTC") in response to the above-referenced subpoena directed to "Deutsche Bank" dated May 13, 2011 (the "Subpoena").

Enclosed please find documents stamped CONFIDENTIAL and bearing Bates number DBNTC 00001-DBNTC 00002 containing information about the loans for James B. McDonald.  Please note that DBNTC does not have any information pertaining to Form 1034 or 1036 authorizing documents to be released to OneWest, nor do we have a list of identification numbers associated with the note.

Please also note that DBNTC acted as the Custodian for several trusts, of which these loans were a part of, and DBNTC's role with respect to these trusts is very limited. Please find information below setting forth regarding the relevant trust, and the respective servicer to with whom the loan files are serviced with, and the contact for the servicer.

| Property Address | Borrower | Loan Number | Servicer | Servicer Contact | DB's Role |
|---|---|---|---|---|---|
| 14840 119th Pl NE Kirkland WA, 98034 | James B. McDonald | 125049243 | OneWest Bank/Freddie Mac | 888 E Walnut St. 4th Fl Pasadena CA 91101 Maria Sykes | Custodian |



        Please be advised that, based on DBNTC's limited role, we believe that the servicer would be more able to provide further information regarding the above-referenced loan and/or trust, if necessary.

        Please call me or my paralegal, Haleh Rashidi at (904) 520-5230, if you wish to discuss this matter further.  Thank you.

                              Sincerely,

                              Shawn T. Hynes

Enclosure

## Complete Loan File Information

| | | | | |
|---|---|---|---|---|
| Loan Number: | 00000000000125049243 | | Issue: IN010C | Subpool: IN070227 |
| Secondary Loan Number: | 0000000000332479455 | | | |
| Borrower: | JAMES B MCDONALD | | | |
| Address: | 14840 119TH PL NE | | MIN: | 100055401250492438 |
| | KIRKLAND W/ 98034 | | MOM IND: | |

## Loan File Withdrawal Information

Loan Number: 00000000000125049243                     Item: FILE          Issue: IN010C

Current Withdrawal Information:                              Sent To:

Reason:          FORECLOSURE                              ONEWEST BANK
Withdrawn on:  10/6/2010         by tedtnan            888 E WALNUT ST, 4TH FL
Air Bill Number: 1ZR4A6911350860453                   MS: HQ-04-06
Transmittal:     1255752                                        PASADENA CA 91101
Transmitted on: 10/6/2010                                  Attention:   MARIA SYKES
Comment:                                                        Authorized by: SANDRA SCHNEIDER

## Alternate Numbers

| Alternate Loan Number | Delivery Company | Loan Delivery Date |
|---|---|---|
| 0000000000332479455 | | 1/11/2007 00:00:00 |
| 00000000001009111244 | | 1/11/2007 00:00:00 |

## Classification Attribute Changes

| Classification Attribute | Previous Value | Changed By | Changed On |
|---|---|---|---|
| loan_type | | bionreg | 1/11/2007 08:43:44 |
| loan_state | | bionreg | 1/11/2007 08:43:44 |
| group_code | | bionreg | 1/11/2007 08:43:44 |
| product_type | | bionreg | 1/11/2007 08:43:44 |
| loan_delivery_date | Jan 11 2007 8:42:3( | bionreg | 1/11/2007 08:44:05 |
| loan_type | | bionreg | 1/11/2007 08:46:16 |
| loan_state | WET | bionreg | 1/11/2007 08:46:16 |
| group_code | ELGBL | bionreg | 1/11/2007 08:46:16 |
| product_type | RES | bionreg | 1/11/2007 08:46:16 |
| issue_id | IMIM0C | bionreg | 1/11/2007 08:48:17 |
| issue_id | IMMS0C | nguymar | 1/11/2007 10:02:50 |
| issue_id | IMML0C | nguymar | 1/16/2007 10:48:17 |
| loan_type | | bionreg | 1/16/2007 11:28:15 |
| loan_state | WET | bionreg | 1/16/2007 11:28:15 |
| group_code | ELGBL | bionreg | 1/16/2007 11:28:15 |
| product_type | RES | bionreg | 1/16/2007 11:28:15 |
| issue_id | IMIM0C | nguymar | 1/16/2007 11:55:20 |
| loan_type | | gimaraf | 1/17/2007 08:40:56 |
| loan_state | DRY | gimaraf | 1/17/2007 08:40:56 |
| group_code | ELGBL | gimaraf | 1/17/2007 08:40:56 |
| product_type | RES | gimaraf | 1/17/2007 08:40:56 |
| issue_id | IN06GW | nguymar | 1/17/2007 11:02:17 |
| issue_id | IMIM0C | gimaraf | 1/17/2007 12:30:16 |
| loan_type | NLF | gimaraf | 1/18/2007 12:57:21 |
| loan_state | DRY | gimaraf | 1/18/2007 12:57:21 |
| group_code | ELGBL | gimaraf | 1/18/2007 12:57:21 |
| product_type | RES | gimaraf | 1/18/2007 12:57:21 |
| loan_type | | nguymar | 2/22/2007 09:36:58 |
| loan_state | DRY | nguymar | 2/22/2007 09:36:58 |
| group_code | ELGBL | nguymar | 2/22/2007 09:36:58 |
| product_type | RES | nguymar | 2/22/2007 09:36:58 |
| issue_id | IN051C | gimaraf | 2/27/2007 13:41:49 |
| issue_id | IN051C | gimaraf | 2/27/2007 13:43:46 |
| loan_type | s09 | YOSHTOM | 6/6/2007 07:30:17 |
| loan_state | DRY | YOSHTOM | 6/6/2007 07:30:17 |
| group_code | ELGBL | YOSHTOM | 6/6/2007 07:30:17 |
| product_type | RES | YOSHTOM | 6/6/2007 07:30:17 |
| issue_id | 1N010C | nguymar | 9/24/2007 12:17:50 |
| loan_type | | YOSHTOM | 3/31/2009 08:26:19 |

CONFIDENTIAL

## Complete Loan File Information

### Classification Attribute Changes

| Classification Attribute | Previous Value | Changed By | Changed On |
|---|---|---|---|
| loan_state | DRY | YOSHTOM | 3/31/2009 08:26:19 |
| group_code | ELGBL | YOSHTOM | 3/31/2009 08:26:19 |
| product_type | RES | YOSHTOM | 3/31/2009 08:26:19 |

### Loan File Inventory History

| Change Type | Attribute Item | Attribute Status | Changed By | Changed On | Current Attribute Status |
|---|---|---|---|---|---|
| C | MORTG | CU | orozmar | 3/27/2007 08:38:27 | O |
| C | TITLE | PTR | monther | 4/9/2007 11:46:50 | O |

### Loan File Transactions

| Transaction Issue | Attribute Item | Transaction | Transaction Date | Billable Amount | Created By | Billed |
|---|---|---|---|---|---|---|
| IMML0C | FILE | INITIAL LOAN REVIEW | 1/16/2007 07:17:30 | | madrdor | |
| IN010C | MORTG | TRAILING DOCS FILE | 3/27/2007 08:38:27 | | orozmar | |
| IN010C | TITLE | TRAILING DOCS FILE | 4/9/2007 11:46:50 | | monther | |
| IN010C | FILE | WITHDRAWAL OF FILE FOR SERVICING | 10/6/2010 12:11:17 | $0.00 | tedtnan | |

### Loan File Request History - eRequest Version 2

| Request ID | Request Type | Item | Requested by/on | Item Status | Trans ID | Tracking Num | Completed by/on | Reject Reason |
|---|---|---|---|---|---|---|---|---|
| 131549247 | Withdrawal | FILE | GARCIAC 10/05/2010 1:22:41 PM | Completed | 1255752 | 1ZR4A6911350860453 | tedtnan 10/06/2010 | |

CONFIDENTIAL

DBNTC 00002

# EXHIBIT FAC17 Letter to Trustees from WA AG McKenna



Rob McKenna
# ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE • PO Box 40100 • Olympia WA 98504-0100

October 13, 2010

Trustee Name
Address
City, State  Zip Code

RE:    **Potential Unlawful Foreclosure Practices in Washington**

Dear Foreclosure Trustee:

I am writing to you regarding serious problems associated with foreclosures in the state of Washington that we have been observing.  As a trustee responsible for conducting non-judicial foreclosures, you have a statutory duty to perform all foreclosures in good faith and you owe that duty to both the homeowner and the lender.  Your duty includes assuring that every procedural step, every legal notice, and all mandated mediation opportunities are provided to homeowners facing foreclosure in fullest conformance with the law.

Our office has been investigating lenders, mortgage servicers and local trustees.  We have discovered that problems related to foreclosure processing are not limited to the national banks and mortgage servicers.  In Washington, we have found evidence that foreclosure trustees appear to be ignoring laws specific to our state and may be regularly using some of the same questionable practices used by national banks, such as:

- Employees of foreclosure trustees are signing documents posing as the corporate officer of multiple banks and mortgage servicers.  This may misstate the signer's role in the process and be a conflict of interest contrary to the trustee's duties to the homeowner.

- The signatures of some trustees vary widely from document to document, which suggests that trustees are signing other person's signatures.  This problem is compounded by the fact that the signatures are notarized with a statement that the signer is the actual person standing before the notary.

- Trustees may be foreclosing on homes when there is no clear chain of ownership for the loan or the security interest.  Trustees must be sure that the lender has the authority to foreclose and that the documents which create the chain of ownership are accurate.  One of the problems emerging nationally is that lenders are "reverse-

ATTORNEY GENERAL OF WASHINGTON

Trustee Name
October 13, 2010
Page 2

engineering" the chain of title, including back-dating documents to make it appear as though the loan was passed from company to company on certain dates when no such assignment actually occurred.

- Since July 26, 2009, Washington trustees have been required to identify the actual owner of the loan and the company that is acting as servicer, with their addresses and a phone number for the servicer. Many default notices have gone out without this required information, which can make it harder for homeowners to contact and deal with their mortgage owners.

- Lenders with mortgages made between 2003 and 2007 must advise the borrower that he or she has the right to request mediation and, if requested, the loan owner will schedule the meeting to occur within fourteen days of the request. It is our understanding that lenders are regularly not telling homeowners about this right, which exists to help homeowners explore alternatives to foreclosure.

Your role as foreclosure trustee is to ensure that each foreclosure you conduct is completed in good faith and in full compliance with the law. Because Washington State law allows foreclosure without court oversight, you are the party most responsible for ensuring that foreclosures are done properly. Consequently, I ask you to suspend all foreclosures in which you have not yet confirmed that all foreclosure-related documents were lawfully signed, that the chain of ownership is clear and has been revealed to you in full, and that state consumer protection requirements have been followed.

Our Consumer Protection Division has already begun investigations regarding several trustees and I would ask for your cooperation when you are contacted. I have also directed our legal team to survey the foreclosure trustees that are not under investigation to determine whether and how they are reforming their practices to comply with the law.

Sincerely,

*Rob McKenna*

ROB MCKENNA
Attorney General

RMM:lra

cc:    Mortgage servicers and sub-servicers

# EXHIBIT FAC19 OneWest Confirmation Do Not Call Letter

**IndyMac Mortgage Services,**
a division of OneWest Bank®, FSB
6900 Beatrice Drive • Kalamazoo, MI 49009

June 29, 2010

#BWNDXCT
#6684421119001061#

002517/XC544/668

James B McDonald
14840 119th Pl NE
Kirkland WA 98034

Re: Mortgage Loan Number: 1009111244
    Property Address: 14840 119th Place Ne
                      Kirkland WA 98034

Dear James B McDonald :

IndyMac Mortgage Services, a division of OneWest Bank®, FSB has received
your letter dated 06/28/10 requesting that we cease all communication
regarding the above-referenced loan.

The purpose of this letter is to advise you that we will cease our
efforts to contact you via phone. However, please note that we
may invoke specified remedies, which are permitted under the law to
collect the debt; and, in accordance with regulatory requirements, we
will notify you when required to do so as a condition to invoke a
specified remedy.

If you would like to contact us regarding your loan or need
additional information, please call our servicing department at
1-800-781-7399.

Thank you for the opportunity to assist you.

Sincerely,

IndyMac Mortgage Services, a division of OneWest Bank®, FSB

This company is a debt collector and any information obtained will be
used for that purpose.  However, if you have filed a bankruptcy petition
and there is either an "automatic stay" in effect in your bankruptcy
case, or your debt has been discharged pursuant to the bankruptcy laws
of the United States, this communication is intended solely for
informational purposes.

XC544 013 332