The Honorable Robert S Lasnik

JAMES MCDONALD
14840 119th PL NE
Kirkland, WA 98034
Phone (425) 210-0614
In Pro Per

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| In Re: | **NO.: C10-1952RSL** |
| | |
| | **Plaintiff James McDonald's** |
| JAMES MCDONALD | **Reply to Defendants OneWest et al** |
|        **Plaintiff** | **Response to Plaintiff's Motion to** |
|        v | **Compel** |
| ONEWEST BANK, FSB, *et al.,* | |
|        **Defendants.** | **Noting Date: June 3rd, 2011** |
| ------------------------------------------------------------- | |

    **COMES NOW**, Plaintiff James McDonald and filed this Reply to Defendants' OneWest, MERS and Northwest Trustee Services Response to Plaintiff's Motion to Compel and urges the Court to grant Plaintiff's Motion to Compel.

### I.    Evidence Relied Upon

A.  Plaintiff's Motion to Compel

**B.**  Electronic mail from Plaintiff to Miss Buck on March 23rd, 2011

**C.**  Defendants Response to Motion to Compel

**D.**  Declaration and Certification of James McDonald in Support of Motion to Compel

### II.    Argument

    Plaintiff acknowledges that the Declaration of Certification required by FCRP 37 did not accompany the original Motion to Compel filed with this honorable Court. Unfortunately the "how to" Plaintiff utilized in filing the Motion to Compel was obviously inadequate. Plaintiff, as pro se, is eager to correct any technical or procedural flaws in his pleadings and motions and has therefore attached the required Declaration with this Reply.

    Defense's argument that Plaintiff has failed to comply with Local Rule 37(a)(2)(A) is incorrect. Quite frankly it is the Defense that failed to comply. First, there was no dispute made to Plaintiff's First Request to Produce Documents served upon the Defendants on April 4, 2011. The Defense completely ignored the request. That is not a dispute, that is pure negligence to cooperate. In point of fact the Defense never

1    raised a dispute until they filed their Motion for Protection Order well after the 30 days allotted to object to
     the request.

2          Defense's allegation that Plaintiff failed to comply with this Court's Order to cooperate is a frivolous
3    allegation. Plaintiff, in good faith, communicated the First Request and waited the 30 days to hear back
4    from the Defense. The Defense chose to completely ignore the request. They raised no concerns or
     objections to the Request. They failed to comply, as described in the Motion to Compel, with FCRP34 and
5    this Court's Order to Cooperate. As the Declaration of James McDonald in Support of Motion to Compel
6    shows this is not the first time they have blatantly ignored communication from the Plaintiff. They have
7    shown no good faith or cooperative effort whatsoever. After being ignored previously by the Defense's
     attorney and repeatedly in the past by the Defendants, Plaintiff once again needed this Court's assistance
8    in getting them to cooperate. Had they ever cooperated in the past, this litigation may very well never have
9    had to take place.

10         Finally, denying this motion will only cause further work for this Court, the Defendants and the
     Plaintiff. Plaintiff has corrected the procedural issue. Defense makes no defense against failing to
11   cooperate with the Request in the first place within their Response. If the Motion to Compel is denied for
12   procedural grounds, Plaintiff will have to simply re-file the Motion with the same Declaration attached
13   hereto and the Court and the parties will have to re-read, re-respond and re-decide the matter.

                              **III.      Conclusion**
14         Therefore Plaintiff humbly and respectfully requests that his Motion to Compel be granted so the
15   case can move forward rather than be unnecessarily delayed.

16

17

18                                                              **/s/ James McDonald -**
19                                                                  **James McDonald**
                                                                           **Pro Se**

20                                   **Certificate of Service**
           I hereby certify that on the 3rd day of June, 2011 the foregoing was electronically filed with the
21   Clerk of the Court using the ECF system, which sent notification and therefore served the following:
     Heidi Buck
22   Routh Crabtree Olsen
     13555 SE 36th ST Suite 300
23   Bellevue, WA 98006

24                                                               **/s/ James McDonald   -**
25                                                                  **James McDonald**
                                                                           **Pro Se**
26

27

28

Motion for                                   -2-                          James McDonald
                                                          14840 119th PL NE, Kirkland, WA 98034
                                                                    Phone: (425) 210-0614