# James McDonald

| | |
|---|---|
| **From:** | James McDonald [strathaar@frontier.com] |
| **Sent:** | Wednesday, March 23, 2011 4:32 PM |
| **To:** | 'Heidi Buck' |
| **Subject:** | McDonald case |
| **Importance:** | High |
| **Attachments:** | IMG_20110322_090041.jpg |

Miss Buck

I wanted to reach out to you to ask you to speak with either NWTS or OneWest and ask them to require whoever is doing the monthly occupancy inspections at my residence to slow down. He almost hit my neighbor's kid yesterday, then when the child's parent asked him to slow down became verbally abusive to the child's father. I think we can agree that that is unacceptable, not to mention potentially devastating to a family that has nothing to do with this matter. There are six children and numerous pets on this cul de sac with no sidewalks so it is extremely important for drivers to be mindful of the kids.

I've attached a picture of the license plate my neighbor took for your reference.


James