**The Honorable Robert S Lasnik**

JAMES MCDONALD
14840 119th PL NE
Kirkland, WA 98034
Phone (425) 210-0614
In Pro Per

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

In Re:                                            )      NO.: **C10-1952RSL**
                                                  )
                                                  )
JAMES MCDONALD                                    )
       Plaintiff                               )
    v                                            )      **Declaration and Certification of James**
ONEWEST BANK, FSB, *et al.,*                      )      **McDonald in support of Plaintiff's Motion**
       Defendants.                             )      **to Compel to Produce**
                                                  )
-----------------------------------------------------

**James McDonald declares as follows:**

1. I am the Plaintiff in the above listed action and am representing myself as *pro se*. I am competent to testify in the above-titled action and have personal knowledge of the matters referred herein.

2. On March 21st, 2011 I had a telephonic meeting with defense counsel Heidi Buck to set forth the terms and conditions of our Joint Status Report. Miss Buck made no reference to having concerns about the items I had previously requested. Miss Buck agreed that there was no need to limit discovery and she agreed to act reasonably, cooperate and act in good faith with me during the process.

3. On March 23rd, 2011 I telephoned Miss Buck to request her assistance in a manner related to the case and to discuss the discovery process. An agent of Defendant OneWest, possibly from FEI which Miss Buck's boss also owns, endangered 3 children with his reckless driving while on his way to my residence to post the monthly notice and inspection that I am still occupying the residence. When their father asked him to slow down, he became verbally abusive. I requested Miss Buck to call me right away to make certain this person did not endanger or terrorize other people as in my opinion it was unacceptable. **Miss Buck did not return my call**.

Declaration of James McDonald in Support         -1-                    James McDonald
Motion to Compel                                                         14840 119th PL NE, Kirkland, WA 98034
                                                                         Phone: (425) 210-0614

4. On March 23rd, 2011 I followed up my voicemail with an e-mail to Miss Buck. It is attached to the Reply to Defendants Response to Motion to Compel as Exhibit 1. **Miss Buck did not respond**.

5. On April 4th, 2011 I served upon Miss Buck and her paralegal my First Request to Produce. I waited 30 days as I am supposed to have done. **Miss Buck did not respond**. There was no dispute to attempt to work out. I cannot force Miss Buck to cooperate as she agreed to without the assistance of the Court. The defense did not object to the request, did not refuse the request, they simply **ignored the request.** As shown above this was the third attempt to communicate with Miss Buck that she ignored. In my opinion, Miss Buck never intended to honor the agreement she made with me and the Court as she filed the Motion for Summary Judgment less than a week after saying she'd cooperate with discovery, then followed it up by ignoring my request to produce and filing a motion for protection soon after the 30 days were up.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: May 26, 2011

**/s/ James McDonald -**
**James McDonald**
**Pro Se**

Declaration of James McDonald in Support   -2-   James McDonald
Motion to Compel                                    14840 119th PL NE, Kirkland, WA 98034
                                                    Phone: (425) 210-0614