The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHIGNTON
AT SEATTLE

JAMES MCDONALD,

    Plaintiff,

v.

ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,

    Defendants.

Case No: C10-1952 RSL

**DECLARATION OF SERVICE**

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent be a witness herein.

2. That on June 13, 2011, I caused a copy of **Defendants OneWest, MERS, and NWTS' Opposition to Plaintiff's Motion for Leave to File Amended Complaint, Declaration of Vonnie McElligott in Support of Defendants' Opposition to Plaintiff's Motion for Leave to File Amended Complaint, and this Declaration of Service** to be served to the following in the manner noted below:

DECLARATION OF SERVICE - 1
CASE NO.: C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

| | | |
|---|---|---|
| 1 | James McDonald, *Pro Se* | [X] US Mail, Postage Prepaid |
| 2 | 14840 119th PL NE | [ ] Hand Delivery |
|   | Kirkland, WA 98034 | [ ] Overnight Mail |
| 3 |  | [ ] Facsimile |

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 13th day of June, 2011.

/s/ Tommy Kwong
Tommy Kwong, Paralegal

DECLARATION OF SERVICE - 2
CASE NO.: C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131