The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>Plaintiff,<br><br>v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>Defendants. | No. C10-1952 RSL<br><br>**DECLARATION OF VONNIE MCELLIGOTT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

I, VONNIE MCELLIGOTT, hereby declare:

1. Defendant Northwest Trustee Services, Inc. ("NWTS") employs me as a Foreclosure Analyst. This Declaration is made in support of Defendants' Opposition to Plaintiff's Motion for Leave to File Amended Complaint. I am a citizen of the United States, I am over the age of 18 and if called to testify in this action I could and would competently testify thereto.

2. The information set forth in this declaration was assembled by employees of NWTS, with the assistance of counsel, based on a review of NWTS' records and from personnel in the appropriate offices and departments of said entity. The matters stated herein are true and correct to the best of my knowledge and belief, based upon records and information kept in the normal course of business available at this time.

DECLARATION OF VONNIE MCELLIGOTT
- PAGE 1 OF 2
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3. Attached hereto as Exhibit 1 is a true and correct copy of the Beneficiary Declaration received by NWTS from OneWest Bank, FSB in conjunction with subject nonjudicial foreclosure.

4. There is currently no trustee's sale date set.

I declare under penalty of perjury and the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

SIGNED this 13th day of June, 2011.

NORTHWEST TRUSTEE SERVICES, INC.

_/s/ Vonnie McElligott_
Vonnie McElligott, Declarant

DECLARATION OF VONNIE MCELLIGOTT
- PAGE 2 OF 2
CASE NO. C10-1952 RSL

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

BENEFICIARY DECLARATION
(NOTE HOLDER)
(Executed by Officer of Beneficiary)

Loan No. 1009111244
Property Address: 14840 119th Place Northeast, Kirkland, WA 98034

The undersigned, under penalty of perjury, declares as follows:

**OneWest Bank, FSB** is the actual holder of the promissory note or other obligation evidencing the above-referenced loan or has requisite authority under RCW 62A.3-301 to enforce said obligation.

The trustee may rely upon the truth and accuracy of the averments made in this declaration.

Dated this **27** day of **JAN.**, 20**10** in **Austin**, **Texas**.

**OneWest Bank, FSB**, beneficiary

By _Erica A. Johnson-Seck_
Its _Vice President_

---------------------- OR ----------------------

BENEFICIARY DECLARATION
(NOTE HOLDER)
(Attorney in Fact for Beneficiary)

Loan No. 1009111244

The undersigned, under penalty of perjury, declares as follows:

**OneWest Bank, FSB** is the actual holder of the promissory note or other obligation evidencing the above-referenced loan or has requisite authority under RCW 62A.3-301 to enforce said obligation.

The trustee may rely upon the truth and accuracy of the averments made in this declaration.

Dated this ____ day of _____, 20___ in _____, _____.

**OneWest Bank, FSB**, beneficiary
_____, its Attorney in Fact

By _____
Its _____

NWTS #:7523.21352
Matter name: McDONALD, JAMES B.

Exhibit 1
Page 1 of 1