UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
JAMES MCDONALD,                         )        No. C10-1952RSL
                                        )
                    Plaintiff,          )
                                        )
        v.                              )        ORDER REFERRING CASE TO
                                        )        MAGISTRATE JUDGE FOR
ONEWEST BANK, FSB, *et al.*,            )        SETTLEMENT PROCEEDINGS
                                        )
                    Defendants.         )
                                        )
_____)

        This matter comes before the Court *sua sponte*.  On December 3, 2010, plaintiff,
proceeding *pro se*, filed a complaint and request for a restraining order to stop the non-judicial
foreclosure on his home.  A preliminary injunction was entered on January 25, 2011.  The
parties are currently engaged in discovery, and plaintiff has filed a motion to amend both the
preliminary injunction order and the complaint.

        A review of the file shows that this case may be appropriate for settlement
proceedings conducted by a Magistrate Judge.  This matter is therefore REFERRED to the
Honorable James P. Donohue, United States Magistrate Judge, for the purpose of conducting
settlement proceedings.  Plaintiff's motion to amend the preliminary injunction order (Dkt. # 66)
and his motion for leave to file an amended complaint (Dkt. # 67) are STRICKEN and will be
renoted, if necessary, after the settlement proceedings are concluded.

ORDER REFERRING CASE TO MAGISTRATE
JUDGE FOR SETTLEMENT PROCEEDINGS

Dated this 7th day of July, 2011.

*MM S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER REFERRING CASE TO MAGISTRATE
JUDGE FOR SETTLEMENT PROCEEDINGS          -2-