**JAMES MCDONALD**
14840 119th PL NE
Kirkland, WA 98034
Phone (425) 210-0614
In Pro Per

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: ) | NO.: **C10-1952RSL** |
| ) | |
| **JAMES MCDONALD**       ) | |
|         Plaintiff ) | |
|         v     ) | **PROPOSED** |
| **ONEWEST BANK, FSB,** *et al.,* ) | **ORDER GRANTING Compel to Produce** |
|         Defendants. ) | |

-------------------------------------------------------

This matter came before the Court upon James McDonald's (PLAINTIFF)'s Motion to Compel to Produce. The Court considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion that the Court should Compel Freddie Mac to Produce all items requested by Plaintiff in subpoena to Freddie Mac dated May 13, 2011.

IT IS THEREFORE ORDERED that Freddie Mac produce within 14 days of this order all of the documentation and records requested within the subpoena to Freddie Mac dated May 13, 2011.

.

Dated this _____ day of _____, 20__

_____
**Robert S. Lasnik, United States District Judge**

Presented by:




**/s/ James McDonald -**
**James McDonald**
**Pro Se**

Proposed Order for Motion to Compel Freddie Mac   -1-        James McDonald
                                                  14840 119th PL NE, Kirkland WA 98034
                                                  Phone: 425-210-0614