1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES MCDONALD,

      Plaintiff,

    v.

ONEWEST BANK, FSB, *et al.*,

      Defendants.

Case No. C10-1952-RSL

ORDER STAYING PROCEEDINGS AND
DIRECTING PLAINTIFF TO REQUEST
OR DECLINE PRO BONO COUNSEL
FOR SETTLEMENT PROCEEDINGS

      This matter comes before the Court on referral from the Honorable Robert S. Lasnik for early settlement proceedings, because such proceedings will serve the interests of the parties, further the administration of justice, and encourage an efficient and economical determination of the action.  Dkt. 80.  On December 3, 2010, plaintiff, proceeding *pro se*, filed a complaint and request for a restraining order to stop the non-judicial foreclosure on his home.  Dkt. 1.  A preliminary injunction was entered on January 25, 2011.  Dkt. 24.  The parties are currently engaged in discovery.  The day after this case was referred to the undersigned by Chief Judge Lasnik, plaintiff filed a Second Motion to Compel Freddie Mac to Produce Subpoenaed Information.  Dkt. 81.

      Although plaintiff has every right to represent himself, plaintiff is strongly advised to secure legal counsel for the protection of his legal rights during the settlement proceedings in

ORDER
PAGE - 1

this case.  If plaintiff wishes for the Court to appoint pro bono counsel to represent him during settlement proceedings, plaintiff must respond to this Order with a request for appointment of pro bono counsel by **no later than July 22, 2011**.  Upon receipt of such a request by the plaintiff, the Court will appoint pro bono counsel to provide limited representation for the limited purpose of conducting early settlement proceedings pursuant to § 3(g) and (i) of the "Plan of the U.S. District Court for the W.D. of Washington for the Representation of Pro Se Litigants in Civil Rights Actions" (the "Pro Bono Plan").  If plaintiff does not wish to have counsel appointed to represent him, he should contact Peter Voelker at 206-370-8422.  After plaintiff has responded to this Order, the Court will set the date for the settlement conference.

Both parties are advised that during the pendency of settlement proceedings before the undersigned, the deadlines set forth in Local Rule CR 16(a) requiring a scheduling conference and a joint status report as well as the provisions of CR 16(d) requiring the entry of a scheduling order are suspended.  **In addition, all proceedings before the assigned District Judge are stayed, with the exception of any motions for emergency relief**.  Plaintiff's Second Motion to Compel Freddie Mac to Produce Subpoenaed Information, Dkt. 81, is STRICKEN and will be renoted, if necessary, after the settlement proceedings in this case are concluded.

The Clerk is directed to send a copy of this Order, and the Court's Pro Bono Plan, to plaintiff and counsel for defendants.  The Clerk is further directed to send a copy of this Order to Chief Judge Lasnik.

DATED this 11th day of July, 2011.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 2