UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>        Plaintiff,<br><br>    v.<br><br>ONEWEST BANK, FSB, et al.,<br><br>        Defendants. | Case No. 10-cv-1952-RSL<br><br>ORDER APPOINTING PRO BONO COUNSEL FOR SETTLEMENT PROCEEDINGS |

    This matter comes before the Court on referral from the Honorable Robert S. Lasnik for early settlement proceedings, because such proceedings will serve the interests of the parties, further the administration of justice, and encourage an efficient and economical determination of the action. *See* Dkt. 80.  On December 3, 2010, plaintiff, proceeding *pro se*, filed a complaint and request for a restraining order to stop the non-judicial foreclosure on his home. Dkt. 1.  A preliminary injunction was entered on January 25, 2011.  Dkt. 24.  On July 7, 2011, Chief Judge Lasnik referred this matter to the undersigned for settlement proceedings.

    On July 11, 2011, the Court stayed all proceedings before Chief Judge Lasnik, and advised plaintiff to secure legal counsel for the protection of his legal rights during settlement proceedings in this case.  Dkt. 83.  Specifically, the Court directed plaintiff to request or decline appointment of pro bono counsel to represent him during settlement proceedings by no

ORDER
PAGE - 1

later than July 22, 2011. *Id.* On July 19, 2011, plaintiff contacted the Court and requested that pro bono counsel be appointed to represent him during settlement proceedings.

Accordingly, the Court hereby appoints Fred P. Corbit, Senior Attorney in the King County Office of the Northwest Justice Project, 401 Second Avenue South, Suite 407, Seattle, Washington 98104, 206-464-1519, ext. 270, as pro bono counsel for the limited purpose of conducting early ADR proceedings in this action. The parties are also advised that Mr. Corbit has confirmed that his participation in this action would not be prevented by a conflict of interest. **Appointed counsel is directed to file an Interim Notice of Appearance within ten (10) calendar days**. If appointed counsel is unable to assume this limited representation for a reason set forth in the "Rules Governing the Pro Bono Panel," counsel should immediately file a motion for relief from appointment. At the conclusion of this action, appointed counsel may move for an award of attorney's fees under any applicable authority, although the Court is unable to assure counsel of compensation.

The Clerk is directed to send a copy of this Order to plaintiff, counsel for plaintiff, counsel for defendants, and Judge Lasnik.

DATED this 20th day of July, 2011.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 2