UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:

JAMES MCDONALD,

                Plaintiff,

vs.

ONEWEST BANK, FSB, et al.,

                Defendants.

No.  10-cv-1952-RSL

LIMITED NOTICE OF APPEARANCE

    NOTICE IS HEREBY GIVEN that Frederick P. Corbit, of the Northwest Justice Project, enters this limited notice of appearance on behalf of the Plaintiff, James McDonald. Pursuant to the Order Appointing Pro Bono Counsel for Settlement Proceedings, this appearance is for "the limited purpose of conducting early ADR proceedings in this action" that are scheduled for 9:00 a.m. on August 29, 2011. Until the early ADR proceedings conclude, all further communications, pleadings, notices and the like, except original process, are to be served on the undersigned. Unless expanded by a subsequent notice, this limited appearance will terminate without further notice at the conclusion of the early ADR proceeding.

LIMITED NOTICE OF APPEARANCE - 1

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501

1    DATED this 29th day of August, 2011.

2                                    **NORTHWEST JUSTICE PROJECT**

3

4    By_____
     Frederick P. Corbit, WSBA #10999
5    Attorneys for Plaintiff James McDonald
     For the limited purpose of conducting ADR proceedings
     401 – 2nd Avenue South, Suite 407
6    Seattle, WA  98104
     Phone:  (206) 464-1519, Ext. 270
7    Fax:     (206) 624-7501

LIMITED NOTICE OF APPEARANCE - 2