UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD, | Case No. C10-1952-RSL |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ONEWEST BANK, FSB, et al., | |
| Defendants. | |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

A settlement conference in this matter was held on August 29, 2011. Based on the discussion with counsel and the parties, this settlement conference will resume at **9 a.m. on Friday, October 7, 2011**. Accordingly, all parties and their counsel are hereby ORDERED to appear in person at that time at the U.S. District Court in Seattle in courtroom 12A.

DATED this 30th day of August, 2011.

William M. McCool
Clerk of the Court

s/ Rhonda Stiles
Deputy Clerk

ORDER
PAGE - 1