UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>    Plaintiff,<br><br>    v.<br><br>ONEWEST BANK, FSB, et al.,<br><br>    Defendants. | Case No. C10-1952-RSL<br><br>MINUTE ORDER |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

A settlement conference in this matter was held on August 29, 2011, and was originally scheduled to resume on October 7, 2011. Due to scheduling conflicts, however, this settlement conference is now rescheduled for **9 a.m. on Friday, October 17, 2011**. Accordingly, all parties and their counsel are hereby ORDERED to appear in person at that time at the U.S. District Court in Seattle in courtroom 12A.

DATED this 1st day of September, 2011.

William M. McCool
Clerk of the Court

s/ Rhonda Stiles
Deputy Clerk

ORDER
PAGE - 1