1
2
3
4
5
6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

In Re:

9

JAMES MCDONALD,

10

Plaintiff,

vs.

11

ONEWEST BANK, FSB, et al.,

12

Defendants.

No.   10-cv-1952-RSL

NOTICE OF WITHDRAWAL AS
COUNSEL FOR PLAINTIFF

13        NOTICE IS HEREBY GIVEN that Frederick P. Corbit, of the Northwest Justice Project,

14   who previously entered a limited notice of appearance on behalf of the Plaintiff, James McDonald,

15   has withdrawn as Plaintiff's counsel.  Pursuant to the Order Appointing Pro Bono Counsel for

16   Settlement Proceedings, the appearance was for "the limited purpose of conducting early ADR

17   proceedings in this action" that first took place on August 29, 2011.  Unfortunately, the ADR

18   proceedings in this case did not result in a settlement and, therefore, the services of Frederick P.

19   Corbit in this case have come to an end.

20        DATED this 18th day of November, 2011.

21

22

NORTHWEST JUSTICE PROJECT

By _____

23

24

Frederick P. Corbit, WSBA #10999
Former Attorneys for Plaintiff James McDonald
For the limited purpose of conducting ADR proceedings

NOTICE OF WITHDRAWAL AS
COUNSEL FOR PLAINTIFF - 1