1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   JAMES B. McDONALD,

11          Plaintiff,

12       v.

13   ONEWEST BANK, FSB, et al.,

14          Defendants.

15

16

Case No. C10-1952-RSL

ORDER TERMINATING LIMITED
APPOINTMENT AND RESETTING
CASE DEADLINES UNDER CR 16

17          This matter comes before the Court upon attorney Fred Corbit's Notice of Withdrawal

18   as Counsel for Plaintiff. Dkt. 90. As the parties' discussions did not result in a settlement of

19   this matter, Mr. Corbit has completed his limited representation of the *pro se* plaintiff for the

20   limited purpose of conducting early ADR.

21          Accordingly, the Court ORDERS as follows:

22          (1)     Mr. Corbit's limited representation of the plaintiff is hereby terminated.

23   Because counsel was appointed only for the limited purpose of representing the plaintiff during

24   early settlement proceedings, the Court will not require the plaintiff to seek an order of

25   substitution from the Court in order to proceed *pro se* in this action. *See* Local Rule GR

26

ORDER
PAGE - 1

2(g)(2)(A).  **Plaintiff is advised, however, that he must continue to make payments into the registry of the Court as previously ordered by the Honorable Robert S. Lasnik.**

(2)     The stay of this matter is hereby LIFTED.  As a result, the provisions of CR 16(a) requiring the parties to engage in a scheduling conference and/or submit a joint status report, as well as the provisions of CR 16(d) requiring the Court to enter a scheduling order, are no longer suspended due to the pendency of ADR proceedings.

(3)     The Clerk is directed to send a copy of this Order to the plaintiff, counsel for the defendants, Mr. Corbit, and Judge Lasnik.  The Clerk is further directed to send all future communications about this case directly to the plaintiff.

DATED this 18th day of November, 2011.

James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 2