# Exhibit 1

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| James McDonald | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.   c10:1952-RSL |
| OneWest Bank, et al | ) |
|  | ) (If the action is pending in another district, state where: |
| *Defendant* | )                                                                ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Freddie Mac attn: CEO Charles Haldeman, Jr, 8200 Jones Branch Dr MS 200, McLean, VA 22102

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: The following documents for Indymac Loan #125049243: Purchase Agreement between Freddie Mac and Indymac for the loan in question. Servicing and Pooling Agreement for the Trust loan was placed in. Servicing Agreement between Freddie Mac and Indymac. Servicing Agreement between Freddie Mac and OneWest Bank.

| Place: By mail: James McDonald 14840 119th PL NE Kirkland, WA 98034 | Date and Time: 06/15/2011 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  5/13/11

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*        OR        *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   James McDonald, Pro Se , who issues or requests this subpoena, are:

James McDonald, 14840 119th PL NE, Kirkland, WA 98034. james@jamesmcdonald.net. (425) 210-0614

# Exhibit 2



8200 Jones Branch Drive
McLean, VA  22102-3110

We make home possible℠

James McDonald
14840 119th Place NE
Kirkland, Washington 98034

Re:   *James McDonald v. OneWest Bank, et al*

Dear Mr. McDonald:

I am writing in response to the subpoena you mailed to Freddie Mac's corporate headquarters in connection with the above-referenced matter. Because you failed to comply with procedural requirements, Freddie Mac will not honor the document request contained in the subpoena.

Regards,

Chantè Bowser
Associate General Counsel