**The Honorable Robert S Lasnik**

JAMES MCDONALD
14840 119th PL NE
Kirkland, WA 98034
Phone (425) 210-0614
In Pro Per

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In Re:<br><br>JAMES MCDONALD<br>            Plaintiff<br>        v<br>ONEWEST BANK, FSB, *et al.*,<br>            Defendants. | NO.: C10-1952RSL<br><br>Declaration and Certification of James McDonald in support of Plaintiff's Motion to Compel to Produce- Freddie Mac |

**James McDonald declares as follows:**

1. I am the Plaintiff in the above listed action and am representing myself as *pro se*. I am competent to testify in the above-titled action and have personal knowledge of the matters referred herein.

2. On May 13, 2011 I procured a subpoena and caused it to be sent to the CEO of Freddie Mac. Freddie Mac is a publicly traded company and is not a government agency. This subpoena is attached as Exhibit 1. The subpoena requested the following:
    a. Purchase Agreement between Indymac Bank FSB and Freddie Mac for Indymac Loan Number 125049243.
    b. Servicing and Pooling Agreement for the Trust/Security the Note was placed in.
    c. Servicing Agreement between Indymac Bank, FSB and Freddie Mac.
    d. Servicing Agreement between OneWest Bank, FSB and Freddie Mac.

3. On or about May 27, 2011 I received a letter from Chante Bowser, Associate General Counsel for Freddie Mac. Within the letter Ms. Bowser stated that Freddie Mac would not honor the subpoena due to some procedural error. This letter is listed as Exhibit 2.

4. I attempted to contact Ms. Bowser several times via telephone both through her direct extension and through the main switchboard of Freddie Mac. At no time was I able to reach her, nor did she ever return my messages. Therefore it is apparent I will need the assistance of the Court to enforce the subpoena.

1  I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true
2  and correct.
3  Dated: July 7, 2011

4                                                      **/s/ James McDonald -**
                                                         **James McDonald**
5                                                                  **Pro Se**

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of James McDonald in Support     -2-     James McDonald
Motion to Compel     14840 119th PL NE, Kirkland, WA 98034
    Phone: (425) 210-0614