**JAMES MCDONALD**
14840 119th PL NE
Kirkland, WA 98034
Phone (425) 210-0614
In Pro Per

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: | NO.: **C10-1952RSL** |
| **JAMES MCDONALD**  Plaintiff  v  **ONEWEST BANK, FSB**, *et al.,*  Defendants. | **PROPOSED**  **ORDER GRANTING** Compel to Produce |

    **This matter came before the Court upon James McDonald's (PLAINTIFF)'s Motion to Compel to Produce. The Court considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion that the Court should Compel the Defense to Produce all items requested by Plaintiff in his First Request to Produce dated April 4, 2011.**

    **IT IS THEREFORE ORDERED that the Defendants produce within 14 days of this order all of the documentation and records requested within Plaintiff's First Request to Produce.**

    **IT IS ALSO ORDERED that any and all motions or any other matters brought before this Court by the Defense be automatically stayed until after the documents and records be produced.**

    **Dated this _____ day of _____, 20___**

_____
**Robert S. Lasnik, United States District Judge**

**Presented by:**

Proposed Order for Motion to Compel to Produce   -1-   James McDonald
14840 119th PL NE, Kirkland WA 98034
Phone: 425-210-0614

/s/ James McDonald -
**James McDonald**
**Pro Se**

Proposed Order for Motion to Compel to Produce    -2-    James McDonald
14840 119th PL NE, Kirkland WA 98034
Phone: 425-210-0614