UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

---

JAMES MCDONALD,

          Plaintiff,

   v.

ONEWEST BANK, FSB, *et al.*,

          Defendants.

No. C10-1952RSL

MINUTE ORDER RENOTING
MOTION TO COMPEL

---

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

On February 3, 2012, plaintiff filed his "Second Motion to Compel to Produce" in the above-captioned matter. Dkt. # 96. Pursuant to Local Civil Rule 7(d)(3), motions to compel must be noted for consideration on the third Friday after filing. The Clerk of Court is therefore directed to renote "Plaintiff's Second Motion to Compel to Produce" on the Court's calendar for Friday, February 24, 2012.

DATED this 6th day of February, 2012.

                                       /s/Kerry Simonds
                                    Deputy Clerk to the
                                    Honorable Robert S. Lasnik, Judge

MINUTE ORDER RENOTING MOTION