1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                                )
JAMES MCDONALD,                              )          No. C10-1952RSL
                                                                )
                              Plaintiff,              )
                                                                )
            v.                                              )          ORDER RENOTING DEFENDANTS'
                                                                )          MOTION FOR SUMMARY
ONEWEST BANK, FSB, *et al.*,               )          JUDGMENT
                                                                )
                              Defendants.        )
_____)

        This matter comes before the Court on "Defendants OneWest, MERS, and

Northwest Trustee Services, Inc.'s Motion to Dissolve Injunction and for Summary Judgment."

Dkt. # 49.  This action was filed on December 3, 2010, asserting numerous causes of action

arising from defendants' attempts to foreclose on plaintiff's property.  Defendants answered in

February 2011 and filed this motion for summary judgment on March 30, 2011.  The motion for

summary judgment has not been fully briefed, however, because the hearing date was continued

to allow plaintiff an opportunity to conduct discovery.  The case, including discovery, was

subsequently stayed for five months while the parties engaged in settlement negotiations.

        The stay was lifted in early December and the Court recently granted plaintiff's

motion to amend his complaint.  The Court hereby establishes a briefing schedule for

defendants' motion for summary judgment as follows:

ORDER RENOTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

        The Clerk of Court is directed to renote "Defendants OneWest, MERS, and

Northwest Trustee Services, Inc.'s Motion to Dissolve Injunction and for Summary Judgment"

(Dkt. # 49) on the Court's calendar for Friday, March 30, 2012.  Plaintiff's opposition is due on

or before March 26, 2012.  If, upon review of plaintiff's amended complaint, defendants would

prefer to file a single dispositive motion addressing all of the remaining claims, they may file a

notice of withdrawal regarding the pending motion prior to the time plaintiff files his opposition.


        Dated this 21st day of February, 2012.


                              _Robert S. Lasnik_
                              Robert S. Lasnik
                              United States District Judge


ORDER RENOTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT           -2-