## James McDonald

**From:** James McDonald [strathaar@comcast.net]
**Sent:** Tuesday, January 03, 2012 1:19 PM
**To:** 'Heidi Buck'; 'james@jamesmcdonald.net'
**Subject:** RE: C10-1952-RSL McDonald v OneWest et al

Miss Buck
It is now January 3 and I have not heard back from you in regards to providing the documentation requested in the first and second requests to produce dated April 3, 2011 and July 1, 2011 respectively. Your client has now had over 6 months to provide these documents. Please have them to me or a specific objection to comply no later than tomorrow, January 4, 2012.

James McDonald
Cell phone: (425) 210-0614
james@jamesmcdonald.net

---

**From:** Heidi Buck [mailto:hbuck@rcolegal.com]
**Sent:** Wednesday, December 21, 2011 4:45 PM
**To:** james@jamesmcdonald.net
**Subject:** RE: C10-1952-RSL McDonald v OneWest et al

Mr. McDonald,

I have been out of the office much of this week but am working to get you something on this by tomorrow. However, tomorrow is my last day in the office until January 3, 2012, so if I do not hear back from my client, the response will have to wait until after the first of the year.

Thanks,
Heidi

**Heidi E. Buck**
**Attorney**
**Licensed to Practice Law in Washington**

Direct: 425.213.5534
Fax: 425.283.5968
hbuck@rcolegal.com



---

**From:** James McDonald [mailto:strathaar@comcast.net]
**Sent:** Tuesday, December 20, 2011 10:09 PM
**To:** Heidi Buck
**Cc:** james@jamesmcdonald.net
**Subject:** FW: C10-1952-RSL McDonald v OneWest et al

Heidi
I still have not received a reply from you. Please respond Wednesday.

James McDonald
Cell phone: (425) 210-0614
james@jamesmcdonald.net

**From:** James McDonald [mailto:strathaar@comcast.net]

**Sent:** Thursday, December 15, 2011 2:03 PM
**To:** 'Heidi Buck'
**Subject:** C10-1952-RSL McDonald v OneWest et al
**Importance:** High

Miss Buck
Now that we are back on track with the schedule for the case, I need to get an update from you on the outstanding discovery request items. Your clients have had over four months to prepare these so I expect that they are ready by now. Please update me as to their status.

James McDonald
Cell phone: (425) 210-0614
james@jamesmcdonald.net