The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

JAMES MCDONALD,

            Plaintiff,

    v.

ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,

            Defendants.

No. C10-1952 RSL

**DEFENDANTS' ONEWEST AND MERS ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

      Defendants OneWest Bank, FSB ("OneWest") and Mortgage Electronic Registration Systems Inc. ("MERS") (collectively "Defendants") submit this Answer in response to Plaintiff James McDonald's ("Plaintiff") First Amended Complaint ("FAC") as follows. All allegations not expressly admitted, denied, or otherwise pled below are hereby to be construed as denied.

### I.    JURISDICTION, VENUE AND PARTIES

    1.1    Defendants admit the allegations of Paragraph 1.1.

    1.2    Defendants assert the Note speaks for itself, and the Deed of Trust speaks for itself. To the extent and answer is required, Defendants lack sufficient information to

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 1 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

admit or deny the remaining allegations of Paragraph 1.2 and on that basis deny them.

1.3   Defendant OneWest admits that it does business in King County, Washington with headquarters located in Pasadena, CA. Defendant OneWest denies the remaining allegations contained in Paragraph 1.3. Defendant MERS and lacks sufficient information to admit or deny the allegations of Paragraph 1.3 and on that basis deny them.

1.4   Defendants assert the Notice of Trustee's Sale speaks for itself.  To the extent and answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 1.4 and on that basis denies them.

1.5   Defendant MERS admits that it is a corporation in Delaware and is listed as the beneficiary of the Deed of Trust named by the original lender Indymac Bank, FSB but lacks sufficient information to admit or deny the remaining allegations of Paragraph 1.5 and on that basis denies them.

1.6   Defendants admit the allegations of Paragraph 1.6.

1.7   The statement in Paragraph 1.7 of the FAC is a statement that does not warrant a denial or admission from Defendants.

## II. BACKGROUND FACTS AND HISTORY

2.1   Defendants assert that the Note speaks for itself, and the Deed of Trust speaks for itself.  To the extent and answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 2.1 and on this basis deny them.

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 2 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

2.2    The statement in Paragraph 2.2 of the FAC is a statement that does not warrant a denial or admission from defendants.   To the extent an answer is required, Defendants assert that the Note speaks for itself.

2.3    The statements in Paragraph 2.3 contain legal conclusions and Defendants are not required to respond. To the extent an answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 2.3 and on this basis deny them.

2.4    The statements in Paragraph 2.4 contain legal conclusions and Defendants are not required to respond. Defendants assert that the Notice of Default speaks for itself. To the extent and answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 2.4 and on this basis deny them.

    2.4.1    The statements in Paragraph 2.4.1 contain legal conclusions and Defendants are not required to respond. Defendants assert that the Beneficiary Declaration speaks for itself.   To the extent and answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 2.4.1 and on this basis deny them.

2.5    The statements in Paragraph 2.5 contain legal conclusions and Defendants are not required to respond. The letter referenced in Paragraph 2.5 speaks for itself. To the extent an answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 2.5 and on this basis deny them.

2.6    To the extent the statements in Paragraph 2.6 contains legal conclusions, Defendants are not required to respond. Defendants assert that the Assignment of

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 3 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1   the Deed of Trust speaks for itself.  To the extent and answer is required, Defendants

2   lack sufficient information to admit or deny the remaining allegations of Paragraph

3   2.6 and on this basis deny them.

2.7   To the extent the statements in Paragraph 2.7 contains legal conclusions,
Defendants are not required to respond.   Defendants assert that the Appointment of
Successor Trustee speaks for itself.   To the extent and answer is required,
Defendants lack sufficient information to admit or deny the remaining allegations of
Paragraph 2.7 and on this basis deny them.

2.8   Defendants assert that the Notice of Trustee Sale speaks for itself. To the extent and
answer is required, Defendants lack sufficient information to admit or deny the
remaining allegations of Paragraph 2.1 and on this basis deny them.

2.8.1   Parties

2.8.1.1 The statement in Paragraph 2.8.1.1 of the FAC is a statement that
does not warrant a denial or admission from Defendants.

2.8.1.2 Defendants assert that the Notice of Trustee Sale speaks for itself. To
the extent and answer is required, Defendants lack sufficient
information to admit or deny the remaining allegations of Paragraph
2.8.1.2 and on this basis deny them.

2.8.1.3 To the extent the statements in Paragraph 2.8.1.3 of the FAC
contain legal conclusions, Defendants are not required to respond.
Defendants assert that the Notice of Trustee Sale speaks for itself.

2.8.2   Fees and Amount to Reinstate in Section II

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

2.8.2.1 The statements in Paragraph 2.8.2.1 of the FAC are statements that do not warrant a denial or admission from Defendants. The Notice of Trustee's Sale speaks for itself.

2.8.2.2 The statements in Paragraph 2.8.2.2 of the FAC are statements that do not warrant a denial or admission from Defendants as it is a legal conclusion.

2.8.2.3 Defendants assert that the Notice of Trustee's Sale speaks for itself.

2.8.3 To the extent the statements in Paragraph 2.8.3 of the FAC contain legal conclusions, Defendants are not required to respond. For the remaining allegations, Defendants assert that the Notice of Trustee Sale speaks for itself. To the extent and answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 2.8.3 and on this basis deny them.

2.9 Defendants assert that the Amended Notice of Trustee Sale speaks for itself. To the extent and answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 2.9 and on this basis deny them.

2.9.1 Parties

2.9.1.1 The statements in Paragraph 2.9.1.1 of the FAC do not warrant an admission or denial by Defendants. To the extent and answer is required, Defendants assert that the Amended Notice of Trustee Sale speaks for itself.

2.9.1.2 The statement in Paragraph 2.9.1.2 is a statement that does not warrant a denial or admission from Defendants.

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 5 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

2.9.1.3 The statement in Paragraph 2.9.1.3 is a statement that does not warrant a denial or admission from Defendants. To the extent an answer is required, Defendants assert that the Amended Notice of Trustee Sale speaks for itself.

2.9.2   Fees and Amount to Reinstate in Section III

2.9.2.1 Defendants assert that the Amended Notice of Trustee Sale speaks for itself. To the extent and answer is required, the statements in Paragraph 2.9.2.1 of the FAC are legal conclusions and Defendants are not required to respond.

2.9.3   The statement in Paragraph 2.9.3 is a statement that does not warrant a denial or admission from Defendants.  Defendants assert that the Notice of Trustee's Sale speaks for itself.

2.9.4   The statement in Paragraph 2.9.4 is a statement that does not warrant a denial or admission from Defendants. Defendants assert that the Amended Notice of Trustee Sale speaks for itself.

2.10   To the extent Paragraph 2.10 of the FAC contain legal conclusions, Defendants are not required to respond.   As to the remaining allegations, the statements in Paragraph 2.10 are statements that do not warrant a denial or admission from Defendants. To the extent an answer is required, Defendants lack sufficient information to admit or deny the remaining allegations and on this basis deny them.

2.11   The statements in Paragraph 2.11 of the FAC to not warrant a denial or admission by Defendants. To the extent an answer is required, Defendants lack sufficient

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

information to admit or deny the remaining allegations of Paragraph 2.11 and on this basis deny them.

2.12   The statements in Paragraph 2.12 contain legal conclusions and Defendants are not required to respond. To the extent an answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 2.12 and on this basis deny them.

2.13   The statements in Paragraph 2.13 contain legal conclusions and Defendants are not required to respond. To the extent an answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 2.13 and on this basis deny them.

2.14   The statements in Paragraph 2.14 of the FAC do not warrant a denial or admission by Defendants.   To the extent an answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 2.14 and on this basis deny them.

2.15   The statements in Paragraph 2.15 of the FAC do not warrant a denial or admission by Defendants.   To the extent an answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 2.15 and on this basis deny them.

2.16   The statements in Paragraph 2.16 of the FAC do not warrant a denial or admission by Defendants.   To the extent an answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 2.16 and on this basis deny them.

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 7 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

2.17    The statements in Paragraph 2.17 of the FAC do not warrant a denial or admission by Defendants.   To the extent an answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 2.17 and on this basis deny them.

### III. PLAINTIFF'S CLAIMS

3.1    Violations of the Washington Deed of Trust Act, RCW 61.24 *et seq*.

   3.1.1    Defendants re-state responses to each and every item and allegation above.

   3.1.2    The statements in Paragraph 3.1.2 contain legal conclusions and Defendants are not required to respond. To the extent an answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 3.1.2 and on this basis deny them.

   3.1.3    Defendants deny the statements in paragraph 3.1.3.

   3.1.4    The statements in Paragraph 3.1.4 contain legal conclusions and Defendants are not required to respond. To the extent an answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 3.1.4 and on this basis deny them.

   3.1.5    Defendants lack sufficient information to admit or deny the allegations of Paragraph 3.1.5 and on this basis deny them.

   3.1.6    To the extent the statements in Paragraph 3.1.6 contain legal conclusions, Defendants are not required to respond.  To the extent an answer is required for the remaining allegations, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 3.1.6 and on this basis deny them.

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 8 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.1.7   To the extent the statements in Paragraph 3.1.7 contain legal conclusions, Defendants are not required to respond.  To the extent an answer is required for the remaining allegations, Defendants lack sufficient information to admit or deny the allegations of Paragraph 3.1.7 and on this basis deny them.

3.1.8   Defendants deny the allegations in Paragraph 3.1.8.

3.1.9   Defendants deny the allegations in Paragraph 3.1.9.

3.1.10  Defendants deny the allegations of Paragraph 3.1.10.

3.1.11  Defendants deny the allegations in Paragraph 3.1.11.

3.1.12  The statements in Paragraph 3.1.12 contain request for relief and Defendants are not required to respond.   Defendants deny any implicit assertions contained in Paragraph 3.1.12.

3.2   Violations of RESPA 12 U.S.C. § 2605 *et seq.* & § 2607 *et seq.*

3.2.1   Defendants re-state responses to each and every item and allegation above.

3.2.2   Defendants deny the allegations of Paragraph 3.2.2.

3.2.3   Defendants lack sufficient information to admit or deny the allegations of Paragraph 3.2.3 and on that basis deny them.

3.2.4   Defendants deny the allegations of Paragraph 3.2.4.

3.2.5   Defendants deny the allegations of Paragraph 3.2.5.

3.2.6   Defendants deny the allegations of Paragraph 3.2.6.

3.2.7   Defendants lack sufficient information to admit or deny the allegations of Paragraph 3.2.7.

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 9 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.2.8  The statements in Paragraph 3.2.8 contain request for relief and Defendants are not required to respond. Defendants deny any implicit assertions contained in Paragraph 3.2.8.

3.3  Violations of Truth and Lending Act 15 U.S.C. 1641 *et seq.*

3.3.1  Defendants re-state responses to each and every item and allegation above.

3.3.2  Defendants deny the allegations of Paragraph 3.3.2.

3.3.3  Defendants deny the allegations of Paragraph 3.3.3.

3.3.4  The statements in Paragraph 3.3.4 contain request for relief and Defendants are not required to respond. Defendants deny any implicit assertions contained in Paragraph 3.3.4.

3.4  Violations of FDCPA 15 U.S.C. § 1692 *et seq.*

3.4.1  Defendants re-state responses to each and every item and allegation above.

3.4.2  The statements in Paragraph 3.4.2 contain legal conclusions and Defendants are not required to respond. To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.4.2 and on this basis deny them.

3.4.3  The statements in Paragraph 3.4.3 contain legal conclusions and Defendants are not required to respond. To the extent an answer is required, Defendants deny the allegations of Paragraph 3.4.3.

3.4.4  Defendants deny the allegations in Paragraph 3.4.4.

3.4.5  Defendants deny the allegations in Paragraph 3.4.5.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.4.6   The statements in Paragraph 3.4.6 contain request for relief and Defendants are not required to respond.   Defendants deny any implicit assertions contained in Paragraph 3.4.6.

3.5   Violations of FCRA 15 U.S.C. § 1681

3.5.1   Defendants re-state responses to each and every item and allegation above.

3.5.2   The statements in Paragraph 3.5.2 contain legal conclusions and Defendants are not required to respond. To the extent an answer is required, Defendants deny the allegations of Paragraph 3.5.2.

3.5.3   The statements in Paragraph 3.5.3 contain request for relief and Defendants are not required to respond.   Defendants deny any implicit assertions contained in Paragraph 3.5.3.

3.6   Violations of the Washington Consumer Protection Act RCW 19.86 *et seq.*

3.6.1   Defendants re-state responses to each and every item and allegation above.

3.6.2   Elements of a Washington Consumer Protection Act Violation Claim

3.6.2.1 The statement in Paragraph 3.6.2.1 is a statement that does not warrant a denial or admission from Defendants.

3.6.2.2 The statements in Paragraph 3.6.2.2 contain legal conclusions and Defendants are not required to respond. To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.6.2.2 and on this basis deny them.

3.6.3   Plaintiff alleges that Defendant Northwest Trustee has Violated the WA CPA

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 11 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.6.3.1 The statements in Paragraph 3.6.3.1 contain legal conclusions and Defendants are not required to respond. To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.6.3.1, and on this basis deny them.

3.6.3.2 Defendants lack sufficient information to admit or deny the allegations of Paragraph 3.6.3.2 and on that basis deny them.

3.6.3.3 The statements in Paragraph 3.6.3.3 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.6.3.3 and on this basis deny them.

3.6.3.4 The statements in Paragraph 3.6.3.4 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.6.3.4 and on this basis deny them.

3.6.3.5 The statements in Paragraph 3.6.3.5 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.6.3.5 and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.6.3.6 The statements in Paragraph 3.6.3.6 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.6.3.6 and on this basis deny them.

3.6.4   Plaintiff Alleges that OneWest has Violated the WA CPA

3.6.4.1 Defendants deny the allegations in Paragraph 3.6.4.1.

3.6.4.2 The statements in Paragraph 3.6.4.2 contain statements that do not warrant a denial or admission by Defendants.  To the extent an answer is required, Defendants deny the allegations in Paragraph 3.6.4.2.

3.6.4.3 The statements in Paragraph 3.6.4.3 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.6.4.3 and on this basis deny them.

3.6.4.4 The statements in Paragraph 3.6.4.4 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.6.4.4 and on this basis deny them.

3.6.4.5 The statements in Paragraph 3.6.4.5 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.6.4.5 and on this basis deny them.

3.6.4.6 The statements in Paragraph 3.6.4.6 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.6.4.6 and on this basis deny them.

3.6.5  Plaintiff alleges that Defendant MERS has Violated the WA CPA

3.6.5.1 Defendants deny the allegations in Paragraph 3.6.5.1.

3.6.5.2 The statements in Paragraph 3.6.5.2 contain legal conclusions and Defendants are not required to respond. To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.6.5.2 and on this basis deny them.

3.6.5.3 The statements in Paragraph 3.6.5.3 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.6.5.3 and on this basis deny them.

3.6.5.4 The statements in Paragraph 3.6.5.4 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

allegations contained in Paragraph 3.6.5.4 and on this basis deny them.

 3.6.5.5 The statements in Paragraph 3.6.5.5 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.6.5.5 and on this basis deny them.

 3.6.5.6 The statements in Paragraph 3.6.5.6 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.6.5.6 and on this basis deny them.

 3.6.6 The statements in Paragraph 3.6.6 contain request for relief and Defendants are not required to respond.  Defendants deny any implicit assertions contained in Paragraph 3.6.6.

3.7 Fraud

 3.7.1 Defendants re-state responses to each and every item and allegation above.

 3.7.2 Elements, Requirements and Definition of Pleading Fraud

  3.7.2.1 The statement in Paragraph 3.7.2.1 is a statement that does not warrant a denial or admission from Defendants.

  3.7.2.2 The statement in Paragraph 3.7.2.2 is a statement that does not warrant a denial or admission from Defendants.

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 15 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3.7.2.3 The statement in Paragraph 3.7.2.3 is a statement that does not warrant a denial or admission from Defendants.

3.7.3   Count One: Defendant OneWest and the Notice of Default

3.7.3.1 Defendants assert that the Notice of Default speaks for itself. To the extent an answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 3.7.3.1 and on this basis deny them.

3.7.3.2 The statement in Paragraph 3.7.3.2 is a statement that does not warrant a denial or admission from Defendants.

3.7.3.3 The statements in Paragraph 3.7.3.3 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.3.3 and on this basis deny them.

3.7.3.4 The statements in Paragraph 3.7.3.4 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.3.4 and on this basis deny them.

3.7.3.5 The statements in Paragraph 3.7.3.5 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

allegations contained in Paragraph 3.7.3.5 and on this basis deny them.

3.7.3.6 The statements in Paragraph 3.7.3.6 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.3.6 and on this basis deny them.

3.7.3.7 The statements in Paragraph 3.7.3.7 contain statements to do not warrant a denial or admission from Defendants.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.3.7 and on this basis deny them.

3.7.3.8 The statements in Paragraph 3.7.3.8 contain legal conclusions and Defendants are not required to respond. T o the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.3.8 and on this basis deny them.

3.7.3.9 The statements in Paragraph 3.7.3.9 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.3.9 and on this basis deny them.

3.7.4    Count Two: Defendant Northwest Trustee and the Notice of Default

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.7.4.1 Defendants assert that the Notice of Default speaks for itself. To the extent an answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 3.7.4.1 and on this basis deny them.

3.7.4.2 The statement in Paragraph 3.7.4.2 is a statement that does not warrant a denial or admission from Defendants.

3.7.4.3 The statements in Paragraph 3.7.4.3 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.4.3 and on this basis deny them.

3.7.4.4 The statements in Paragraph 3.7.4.4 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.4.4 and on this basis deny them.

3.7.4.5 The statements in Paragraph 3.7.4.5 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.4.5 and on this basis deny them.

3.7.4.6 The statements in Paragraph 3.7.4.6 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 18 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.4.6 and on this basis deny them.

3.7.4.7 The statements in Paragraph 3.7.4.7 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.4.7 and on this basis deny them.

3.7.4.8 The statements in Paragraph 3.7.4.8 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.4.8 and on this basis deny them.

3.7.4.9 The statements in Paragraph 3.7.4.9 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.4.9 and on this basis deny them.

3.7.5 Count Three: Defendant Northwest Trustee and the Notice of Trustee's Sale

3.7.5.1 Defendants assert that the Notice of Trustee's Sale speaks for itself. To the extent an answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 3.7.5.1 and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.7.5.2 The statement in Paragraph 3.7.5.2 is a statement that does not warrant a denial or admission from Defendants.

3.7.5.3 The statements in Paragraph 3.7.5.3 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.5.3 and on this basis deny them.

3.7.5.4 Defendants assert that the Assignment of the Deed of Trust and Appointment of Successor Trustee speaks for themselves.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 3.7.5.4 and on this basis deny them.

3.7.5.5 The statements in Paragraph 3.7.5.5 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.5.5 and on this basis deny them.

3.7.5.6 The statement in Paragraph 3.7.5.6 is a statement that does not warrant a denial or admission from Defendants.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.5.6 and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.7.5.7 The statement in Paragraph 3.7.5.7 is a statement that does not warrant a denial or admission from Defendants.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.5.7 and on this basis deny them.

3.7.5.8 The statements in Paragraph 3.7.3.8 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.3.8 and on this basis deny them.

3.7.5.9 The statements in Paragraph 3.7.3.9 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.3.9 and on this basis deny them.

3.7.6   Count Four:   Defendant Northwest Trustee and the Amended notice of Trustee Sale

3.7.6.1 Defendants assert that the Amended Notice of Trustee's Sale speaks for itself. To the extent an answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 3.7.6.1 and on this basis deny them.

3.7.6.2 The statement in Paragraph 3.7.6.2 is a statement that does not warrant a denial or admission from Defendants.

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 21 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.7.6.3 The statements in Paragraph 3.7.6.3 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.6.3 and on this basis deny them.

3.7.6.4 To the extent Paragraph 3.7.6.4 contain legal conclusions, Defendants are not require to respond.  To the extent an answer is required for the remaining allegations, Defendants assert that the Assignment of the Deed of Trust and Appointment of Successor Trustee speak for themselves.

3.7.6.5 The statement in Paragraph 3.7.6.5 contains a legal conclusion and Defendants are not required to respond. To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegation contained in Paragraph 3.7.6.5 and on this basis deny it.

3.7.6.6 The statements in Paragraph 3.7.6.6 contain legal conclusions and Defendants are not required to respond. To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.6.6 and on this basis deny them.

3.7.6.7 The statement in Paragraph 3.7.6.7 is a statement that does not warrant a denial or admission from Defendants.  To the extent an answer is required, Defendants lack sufficient information to admit

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 22 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

or deny the allegations contained in Paragraph 3.7.6.7 and on this basis deny them.

3.7.6.8 The statements in Paragraph 3.7.6.8 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.6.8 and on this basis deny them.

3.7.6.9 The statements in Paragraph 3.7.3.9 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.3.9 and on this basis deny them.

3.7.7   Count Five: Defendant MERS and the Assignment of the Deed of Trust

3.7.7.1 Defendants assert that the Assignment of the Deed of Trust speaks for itself. To the extent it does not, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 3.7.7.1 and on this basis deny them.

3.7.7.2 The statement in Paragraph 3.7.7.2 is a statement that does not warrant a denial or admission from Defendants.

3.7.7.3 The statements in Paragraph 3.7.7.3 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 23 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

allegations contained in Paragraph 3.7.7.3 and on this basis deny them.

3.7.7.4 To the extent Paragraph 3.7.7.4 contain legal conclusions, Defendants are not require to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 3.7.7.4 and on this basis deny them.

3.7.7.5 The statements in Paragraph 3.7.7.5 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.7.5 and on this basis deny them.

3.7.7.6 The statement in Paragraph 3.7.7.6 is a statement that does not warrant a denial or admission from Defendants.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.7.6 and on this basis deny them.

3.7.7.7 The statement in Paragraph 3.7.7.7 is a statement that does not warrant a denial or admission from Defendants.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.7.7 and on this basis deny them.

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 24 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.7.7.8 The statements in Paragraph 3.7.7.8 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.7.8 and on this basis deny them.

3.7.7.9 The statements in Paragraph 3.7.3.9 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.3.9 and on this basis deny them.

3.7.8    Count Six: Defendant OneWest and the Appointment of Successor Trustee

3.7.8.1 Defendants assert that the Appointment of Successor Trustee speaks for itself.   To the extent it does not, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 3.7.8.1 and on this basis deny them.

3.7.8.2 The statement in Paragraph 3.7.8.2 is a statement that does not warrant a denial or admission from Defendants.

3.7.8.3 The statements in Paragraph 3.7.8.3 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.8.3 and on this basis deny them.

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 25 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.7.8.4 The statements in Paragraph 3.7.8.4 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the remaining allegations of Paragraph 3.7.8.4 and on this basis deny them.

3.7.8.5 The statements in Paragraph 3.7.8.5 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.8.5 and on this basis deny them.

3.7.8.6 The statement in Paragraph 3.7.8.6 is a statement that does not warrant a denial or admission from Defendants.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.8.6 and on this basis deny them.

3.7.8.7 The statements in Paragraph 3.7.8.7 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.7.8.7 and on this basis deny them.

3.7.8.8 The statements in Paragraph 3.7.8.8 are statements that do not warrant a denial or admission from Defendants.  To the extent an answer is required, Defendants lack sufficient information to admit

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 26 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1    or deny the allegations contained in Paragraph 3.7.8.8 and on this

2    basis deny them.

3    3.7.8.9 The statements in Paragraph 3.7.8.9 contain legal conclusions and

4    Defendants are not required to respond.  To the extent an answer is

5    required, Defendants lack sufficient information to admit or deny the

6    allegations contained in Paragraph 3.7.8.9 and on this basis deny

7    them.

8  3.7.9    Fraud on the Court

9    3.7.9.1 The statements in Paragraph 3.7.9.1 are legal conclusions and

10    Defendants are not required to answer. To the extent an answer is

11    required, Defendants deny the allegations contained in Paragraph

12    3.7.9.1.

13    3.7.9.2 The statements in Paragraph 3.7.9.2 are statements are legal

14    conclusions and Defendants are not required to answer. To the

15    extent an answer is required, Defendants deny the allegations

16    contained in Paragraph 3.7.9.2.

17    3.7.9.3 The statements in Paragraph 3.7.9.3 are statements that do not

18    warrant a denial or admission from Defendants. To the extent an

19    answer is required, Defendants deny the allegations contained in

20    Paragraph 3.7.9.3.

21  3.7.10  The statements in Paragraph 3.7.10 contain request for relief and Defendants

22    are not required to respond.   Defendants deny any implicit assertions

23    contained in Paragraph 3.7.10.

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 27 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.8     Civil Conspiracy

    3.8.1   Defendants re-state responses to each and every item and allegation above.

    3.8.2   Elements and Requirements of Civil Conspiracy

        3.8.2.1 The statements in Paragraph 3.8.2.1 are statements that do not warrant a denial or admission from Defendants.

    3.8.3   Conspiracy of Defendants Against Plaintiff

        3.8.3.1 The statements in Paragraph 3.8.3.1 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants deny the allegations contained in Paragraph 3.8.3.1.

        3.8.3.2 The statements in Paragraph 3.8.3.2 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.8.3.2 and on this basis deny them.

        3.8.3.3 The statements in Paragraph 3.8.3.3 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.8.3.3 and on this basis deny them.

        3.8.3.4 The statements in Paragraph 3.8.3.4 contain legal conclusions and Defendants are not required to respond. To the extent an answer is required, Defendants lack sufficient information to admit or deny the

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 28 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

allegations contained in Paragraph 3.8.3.4 and on this basis deny them.

3.8.4   The statements in Paragraph 3.8.4 contain request for relief and Defendants are not required to respond.   Defendants deny any implicit assertions contained in Paragraph 3.8.4.

3.9   Slander of Title

3.9.1   Defendants re-state responses to each and every item and allegation above.

3.9.2   Elements of Slander of Title

3.9.2.1 The statements in Paragraph 3.9.2.1 are statements that do not warrant a denial or admission from Defendants.

3.9.3   Count 1: Assignment of Deed of Trust

3.9.3.1 The statements in Paragraph 3.9.3.1 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.9.3.1 and on this basis deny them.

3.9.3.2 The statements in Paragraph 3.9.3.2 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.9.3.2 and on this basis deny them.

3.9.3.3 The statements in Paragraph 3.9.3.3 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.9.3.3 and on this basis deny them.

3.9.3.4 The statements in Paragraph 3.9.3.4 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.9.3.4 and on this basis deny them.

3.9.3.5 The statements in Paragraph 3.9.3.5 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.9.3.5 and on this basis deny them.

3.9.4   Count 2: Appointment of Successor Trustee

3.9.4.1 The statements in Paragraph 3.9.4.1 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.9.4.1 and on this basis deny them.

3.9.4.2 The statements in Paragraph 3.9.4.2 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 30 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1   allegations contained in Paragraph 3.9.4.2 and on this basis deny

2   them.

3   3.9.4.3 The statements in Paragraph 3.9.4.3 contain legal conclusions and

4   Defendants are not required to respond.  To the extent an answer is

5   required, Defendants lack sufficient information to admit or deny the

6   allegations contained in Paragraph 3.9.4.3 and on this basis deny

7   them.

8

9   3.9.4.4 The statements in Paragraph 3.9.4.4 contain legal conclusions and

10   Defendants are not required to respond.  To the extent an answer is

11   required, Defendants lack sufficient information to admit or deny the

12   allegations contained in Paragraph 3.9.4.4 and on this basis deny

13   them.

14

15   3.9.4.5 The statements in Paragraph 3.9.4.5 contain legal conclusions and

16   Defendants are not required to respond.  To the extent an answer is

17   required, Defendants lack sufficient information to admit or deny the

18   allegations contained in Paragraph 3.9.4.5 and on this basis deny

19   them.

20   3.9.5   Count 3: Notice of Trustee Sale

21   3.9.5.1 The statements in Paragraph 3.9.5.1 contain legal conclusions and

22   Defendants are not required to respond.  To the extent an answer is

23   required, Defendants lack sufficient information to admit or deny the

24   allegations contained in Paragraph 3.9.5.1 and on this basis deny

25   them.

26

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3.9.5.2 The statements in Paragraph 3.9.5.2 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.9.5.2 and on this basis deny them.

3.9.5.3 The statements in Paragraph 3.9.5.3 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.9.5.3 and on this basis deny them.

3.9.5.4 The statements in Paragraph 3.9.5.4 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.9.5.4 and on this basis deny them.

3.9.5.5 The statements in Paragraph 3.9.5.5 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.9.5.5 and on this basis deny them.

3.9.6   Count 4: Amended Notice of Trustee Sale

3.9.6.1 The statements in Paragraph 3.9.6.1 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.9.6.1 and on this basis deny them.

3.9.6.2 The statements in Paragraph 3.9.6.2 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.9.6.2 and on this basis deny them.

3.9.6.3 The statements in Paragraph 3.9.6.3 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.9.6.3 and on this basis deny them.

3.9.6.4 The statements in Paragraph 3.9.6.4 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.9.6.4 and on this basis deny them.

3.9.6.5 The statements in Paragraph 3.9.6.5 contain legal conclusions and Defendants are not required to respond.  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.9.6.5 and on this basis deny them.

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 33 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.9.7   The statements in Paragraph 3.9.7 contain request for relief and Defendants are not required to respond.   Defendants deny any implicit assertions contained in Paragraph 3.9.7.

3.10   Declaratory Relief; Lack of Standing

3.10.1   Defendants re-state responses to each and every item and allegation above.

3.10.2   Defendants deny the allegations contained in Paragraph 3.10.2.

3.10.3   Defendants deny the allegations contained in Paragraph 3.10.3.

3.10.4   Defendants lack sufficient knowledge to admit or deny the allegations contained in Paragraph 3.10.4 and on this basis deny them.

3.10.5   The statements in Paragraph 3.10.5 contain legal conclusions and Defendants are not required to respond.   To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.10.5 and on this basis deny them.

3.10.6   The statements in Paragraph 3.10.6 contain legal conclusions and Defendants are not required to respond.   To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3.10.5 and on this basis deny them.

3.10.7   The statements in Paragraph 3.10.7 contain request for relief and Defendants are not required to respond.   Defendants deny any implicit assertions contained in Paragraph 3.10.7.

3.11   Permanent Injunction

3.11.1   The statement in Paragraph 3.11.1 is a legal conclusion and Defendants are not required to answer.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.11.1.1   The statements in Paragraph 3.11.1.1 contain legal conclusions and Defendants are not required to answer.

3.11.1.2   The statements in Paragraph 3.11.1.2 contain legal conclusions and Defendants are not required to answer.

3.11.1.3   The statements in Paragraph 3.11.1.3 contain legal conclusions and Defendants are not required to respond.

3.11.1.4   The statements in Paragraph 3.11.1.4 contain legal conclusions and Defendants are not required to answer.

3.11.2   Defendants re-state responses to each and every item and allegation above.

3.11.3   The statements in Paragraph 3.11.3 contain request for relief and Defendants are not required to respond.   Defendants deny any implicit assertions contained in Paragraph 3.11.3.

3.11.4   The statements in Paragraph 3.11.4 contain request for relief and Defendants are not required to respond.   Defendants deny any implicit assertions contained in Paragraph 3.11.4.

3.11.5   The statements in Paragraph 3.11.5 contain request for relief and Defendants are not required to respond.   Defendants deny any implicit assertions contained in Paragraph 3.11.5.

3.11.6   The statements in Paragraph 3.11.6 contain request for relief and Defendants are not required to respond.   Defendants deny any implicit assertions contained in Paragraph 3.11.6.

## IV. REQUESTS FOR RELIEF

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 35 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4.1     The statements in Paragraph 4.1 contain request for relief and Defendants are not required to respond.  Defendants deny any implicit assertions contained in Paragraph 4.1.

    4.1.1   The statements in Paragraph 4.1.1 contain request for relief and Defendants are not required to respond.   Defendants deny any implicit assertions contained in Paragraph 4.2.

    4.1.2   The statements in Paragraph 4.1.2 contain request for relief and Defendants are not required to respond.   Defendants deny any implicit assertions contained in Paragraph 4.1.2.

    4.1.3   The statements in Paragraph 4.1.3 contain request for relief and Defendants are not required to respond.   Defendants deny any implicit assertions contained in Paragraph 4.1.3.

4.2     The statements in Paragraph 4.2 contain request for relief and Defendants are not required to respond.  Defendants deny any implicit assertions contained in Paragraph 4.2.

4.3     The statements in Paragraph 4.3 contain request for relief and Defendants are not required to respond.  Defendants deny any implicit assertions contained in Paragraph 4.3.

4.4     The statements in Paragraph 4.4 contain request for relief and Defendants are not required to respond.  Defendants deny any implicit assertions contained in Paragraph 4.4.

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 36 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4.5     The statements in Paragraph 4.5 contain request for relief and Defendants are not required to respond.  Defendants deny any implicit assertions contained in Paragraph 4.5.

4.6     The statements in Paragraph 4.6 contain request for relief and Defendants are not required to respond.  Defendants deny any implicit assertions contained in Paragraph 4.6.

4.7     The statements in Paragraph 4.7 contain request for relief and Defendants are not required to respond.  Defendants deny any implicit assertions contained in Paragraph 4.7.

4.8     The statements in Paragraph 4.8 contain request for relief and Defendants are not required to respond.  Defendants deny any implicit assertions contained in Paragraph 4.8.

4.9     The statements in Paragraph 4.9 contain request for relief and Defendants are not required to respond.  Defendants deny any implicit assertions contained in Paragraph 4.9.

4.10    The statements in Paragraph 4.10 contain request for relief and Defendants are not required to respond.  Defendants deny any implicit assertions contained in Paragraph 4.10.

4.11    The statements in Paragraph 4.11 contain request for relief and Defendants are not required to respond.  Defendants deny any implicit assertions contained in Paragraph 4.11.

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 37 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

4.12    The statements in Paragraph 4.12 contain request for relief and Defendants are not required to respond.  Defendants deny any implicit assertions contained in Paragraph 4.12.

## V. AFFIRMATIVE DEFENSES

Having answer Plaintiff's FAC, Defendants assert the following affirmative defenses, the assertion of which in no way shift the burden of proof to Defendants:

1.  <u>Failure to State a Claim</u>:  The assertions in the FAC fail to state claims upon which relief can be granted.

2.  <u>Failure of Damages</u>: Plaintiff cannot allege any cognizable damages resulting from the acts alleged in the FAC.

3.  <u>Mitigation of Damages</u>:  Plaintiff has failed to mitigate the alleged damages.

4.  <u>Waiver and Estoppel</u>:  Plaintiff's claims are barred by the equitable doctrines of waiver and estoppel.

5.  <u>Breach of Contract</u>:  Plaintiff breached the Note and defaulted according to the Deed of Trust by failing to make payment described in the Note and Deed of Trust.

6.  <u>Nonperformance of Condition Precedent</u>:  Plaintiff breached the Note and defaulted according to the Deed of Trust by failing to make payments described in the Note and Deed of Trust.

7.  <u>Laches</u>: The claims asserted in the FAC are barred in whole or in part by the equitable doctrine of laches.

8.  <u>Contributory Fault/Unclean Hands</u>:  The claims asserted in the FAC are barred in whole or in part based on Plaintiff's contributory fault and/or unclean hands.

9.  <u>Mootness</u>. Plaintiff's claim is moot and therefore barred at this time.

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 38 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

10. <u>Statutory Exemption</u>. The plaintiff's claim falls within an exemption from statutory coverage.

11. <u>Insufficient service</u>. Plaintiff has failed to effect proper service of the FAC.

12. Defendants also assert the defenses of assumption of risk, mutual mistake, and reserve the right to amend this Answer by way of adding additional affirmative defenses, counter claims, or third party claims as additional facts are discovered, without waiving defenses of lack of subject matter jurisdiction or any other valid defense.

## VI. PRAYER FOR RELIEF

Defendant prays for judgment against Plaintiff as follows:

1.      That Plaintiff's FAC be dismissed with prejudice;

2.      That the Plaintiff recovers nothing on account of the claims made in the FAC.

3.      That the Defendant be awarded costs of suit herein; and

4.      For such other and further relief as the Court deems equitable and just.

DATED this 6th day of March, 2012.

ROUTH CRABTREE OLSEN, P.S.

By: /s/ Heidi E. Buck
Heidi E. Buck, WSBA No. 41769
Attorneys for Defendants OneWest
and MERS

DEFENDANTS' ONEWEST AND MERS
ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT- 39 of 39
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131