1
2
3
4
5
6

7  UNITED STATES DISTRICT COURT
   FOR THE WESTERN DISTRICT OF WASHIGNTON
8  AT SEATTLE

9  JAMES MCDONALD,         )
                           )   Case No: C10-1952 RSL
10         Plaintiff,      )
                           )   **DECLARATION OF SERVICE**
11     v.                  )
                           )
12 ONEWEST BANK, FSB, NORTHWEST )
   TRUSTEE SERVICES, INC., MORTGAGE )
13 ELECTRONIC REGISTRATION )
   SYSTEMS, INC., INDYMAC BANK FSB, )
14 DOES 1-50,              )
                           )
15         Defendants.     )
                           )
16

17 The undersigned makes the following declaration:

18     1.    I am now, and at all times herein mentioned was a resident of the State of

19 Washington, over the age of eighteen years and not a party to this action, and I am competent be

20 a witness herein.

21     2.    That on March 6, 2012, I caused a copy of **Defendant OneWest and MERS**
22 **Answer to Plaintiff's First Amended Complaint, Defendant NWTS' Answer to Plaintiff's**
23
24 **First Amended Complaint, Defendants' Motion for Extension of Time for Dispositive**
25 **Motion Cut-Off Date, and Declaration of Counsel in Support of Defendants' Motion for**
26

DECLARATION OF SERVICE - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

Case 2:10-cv-01952-RSL   Document 109   Filed 03/06/12   Page 2 of 2

**Extension of Time for Dispositive Motion Cut-Off Date** to be served to the following in the manner noted below:

| | |
|---|---|
| James McDonald, *Pro Se*<br>14840 119th PL NE<br>Kirkland, WA 98034 | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 6th day of March, 2012.

*/s/ Amanda Brings*
Amanda Brings, Paralegal

DECLARATION OF SERVICE - 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131