The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>　　　　　Defendants. | No. C10-1952 RSL<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR DISPOSITVE MOTION CUT-OFF DATE** |

Heidi E. Buck declares as follows:

1. I am the attorney for OneWest Bank, FSB ("OneWest"), Mortgage Electronic Registration Systems Inc. ("MERS"), and Northwest Trustee Services, Inc. ("NWTS") (collectively "Defendants") herein and am competent to testify in the above-entitled action, and have personal knowledge of the matters referred to herein.

2. On or about March 5, 2012, Defendants requested that plaintiff stipulate to extending the dispositive motion cut-off date to April 13, 2012.

3. Plaintiff advised defendants he does not agree to the stipulation as drafted by defendants.

//

///

4. Defendants intend to formally withdraw their pending motion for summary judgment.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. This declaration was executed this 6th day of March, 2012, at Bellevue, Washington.

_____
Heidi E. Buck, Declarant

DECLARATION OF COUNSEL
IN SUPPORT OF DEFENDANTS'
MOTION FOR EXTENSION OF TIME
. – PAGE 2 OF 2
CASE NO. C10-1952 RSL