The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>　　　　　Defendants. | No. C10-1952 RSL<br><br>**DEFENDANTS' ONEWEST, MERS, AND NORTHWEST TRUSTEE SERVICES, INC. NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT IN RESPONSE TO THE FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendants OneWest Bank, FSB ("OneWest"), Mortgage Electronic Registration Systems Inc. ("MERS"), and Northwest Trustee Services, Inc. ("NWTS") (collectively "Defendants") hereby withdraw their Motion for Summary Judgment filed on March 29, 2011. Plaintiffs have filed a First Amended Complaint, to which Defendants will file an Answer.

//
//
//
//
///

DEFENDANTS NOTICE OF
WITHDRAWAL OF MOTION FOR
SUMMARY JUDGMENT - 1 of 2
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1   DATED this 7th day of March, 2012.

**Presented By:**

**ROUTH CRABTREE OLSEN, P.S.**

By: /s/ Heidi E. Buck
    Heidi E. Buck, WSBA No. 41769
    Attorneys for Defendants OneWest, MERS,
    and Northwest Trustee Services, Inc.

DEFENDANTS NOTICE OF
WITHDRAWAL OF MOTION FOR
SUMMARY JUDGMENT - 2 of 2
CASE NO. C10-1952 RSL

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131