UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
JAMES MCDONALD,                         )   No. C10-1952RSL
                                        )
                 Plaintiff,             )
         v.                             )   ORDER FOR FURTHER BRIEFING
                                        )
ONEWEST BANK, FSB, *et al.*,            )
                                        )
                 Defendants.            )
_____)

On February 21, 2012, the Court granted in part plaintiff's motion to amend his complaint, but found that the proposed Fair Credit Reporting Act ("FCRA") claim would be futile. Plaintiff has filed a timely motion for reconsideration in which he asserts facts consistent with the Amended Complaint that may make his FCRA claim plausible. Dkt. # 105. Pursuant to Local Civil Rule 7(h)(3), defendants may, if they choose, file a response to the motion for reconsideration on or before March 19, 2012. Plaintiff's reply, if any, shall be filed no later than March 23rd. The Clerk of Court is directed to re-note plaintiff's "Motion for Reconsideration" (Dkt. # 105) on the Court's calendar for March 23, 2012.

Dated this 9th day of March, 2012.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER FOR FURTHER BRIEFING