**The Honorable Robert S Lasnik**

JAMES MCDONALD
14840 119th PL NE
Kirkland, WA 98034
Phone (425) 210-0614
In Pro Per

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| In Re: )<br>)<br>)<br>JAMES MCDONALD )<br>        Plaintiff )<br>    v )<br>ONEWEST BANK, FSB, *et al.*, )<br>        Defendants. )<br>) | NO.: C10-1952RSL<br><br>Declaration of James McDonald in Opposition of Motion to Extend Dispositive Motion Deadline |

**James McDonald declares as follows:**

1. I am the Plaintiff in the above titled action and am competent to testify.
2. On March 5, 2012, I received an email from Heidi Buck requesting I stipulate to her predrafted request to extend the dispositive motion deadline to April 13, 2012.
3. On March 6, 2012 I responded to Miss Buck stating that I thought an extension would impact the other trial dates and recommended we request to extend all dates.
4. On March 6, 2012, I received a response from Miss Buck declining my suggestion and notifying she intended to file this Motion before the Court.
5. The communication described above is attached as Exhibit 1. It remains as originally received.

I declare under the penalties of perjury under the laws of the State of Washington that the foregoing is true and correct. This declaration was executed on March 11, 2012 in Kirkland, Washington.

/s/ James McDonald -
James McDonald
Pro Se

Declaration of JM in Opposition Motion           -1-            James McDonald
Extended Dispositive Motion Deadline                            14840 119th PL NE, Kirkland, WA 98034
                                                                Phone: (425) 210-0614