# James McDonald

**From:** Heidi Buck [hbuck@rcolegal.com]
**Sent:** Tuesday, March 06, 2012 8:13 PM
**To:** james@jamesmcdonald.net
**Subject:** RE: 1009111244 / McDONALD, JAMES B. / Our File No: 7523.50059

Mr. McDonald,

I think the discovery that has been completed is sufficient even as to the claims in the amended complaint, and therefore I do not wish to incorporate an extension of discovery deadlines into the current stipulation. I also believe that the trial date of June 4 is doable. Thanks for your consideration. I will move the court for an extension of just the dispositive motion cut off date.

Thanks,

- Heidi

**Heidi E. Buck**
**Attorney**
**Licensed to Practice Law in Washington**

Direct: 425.213.5534
Fax: 425.283.5968
hbuck@rcolegal.com
Routh Crabtree Olsen, P.S.



**From:** James McDonald [mailto:strathaar@comcast.net]
**Sent:** Tuesday, March 06, 2012 11:43 AM
**To:** Heidi Buck; james@jamesmcdonald.net
**Cc:** Tommy Kwong
**Subject:** RE: 1009111244 / McDONALD, JAMES B. / Our File No: 7523.50059

Miss Buck,
I have reviewed your stipulation and cannot support it as it is written. It would seem more logical to reset all respective dates rather than dispositive motions only as we have not conducted discovery or anything else based on the amended complaint. Let me know what your thoughts are.

James McDonald
Cell phone: (425) 210-0614
james@jamesmcdonald.net

**From:** Heidi Buck [mailto:hbuck@rcolegal.com]
**Sent:** Monday, March 05, 2012 12:32 PM
**To:** james@jamesmcdonald.net; strathaar@comcast.net
**Cc:** Tommy Kwong
**Subject:** 1009111244 / McDONALD, JAMES B. / Our File No: 7523.50059

Mr. McDonald,

Would you be willing to stipulate to adjusting the dispositive motion cut-off date from March 6, 2012 to April 13, 2012 in light of the court's recent allowance of your amended complaint?

I don't believe such a stipulation would necessitate moving the trial date from the current June 4, 2012 date. If you are willing, please sign and return the attached draft stipulation or provide me your authorization to sign on your behalf. Upon receipt of the signed stipulation, I will add the noting date (we can file for same day consideration) and file with the court.

If you are unwilling to stipulate, please let me know as soon as possible.

Thank you,

**Heidi E. Buck**
**Attorney**
**Licensed to Practice Law in Washington**

Direct: 425.213.5534
Fax: 425.283.5968
hbuck@rcolegal.com



**Routh Crabtree Olsen, P.S.**, 13555 SE 36th St, Suite 300, Bellevue, WA 98006
**Main:** 425.458.2121 **Main Fax:** 425.458.2131 **Web:** www.rcolegal.com

Alaska | Arizona | California | Hawaii | Idaho | Montana | Nevada | Oregon | Washington

We promote a culture of excellence. If we have achieved this with you, please let us know at compliments@rcolegal.com. If we have not, please let us know at complaints@rcolegal.com.

This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692E(11), PLEASE BE ADVISED THAT WE ARE A DEBT COLLECTOR AND THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

3/11/2012