The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>    Plaintiff,<br><br>v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>    Defendants. | No. C10-1952 RSL<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTING DATE:** March 13, 2012 |

COME NOW, Defendants OneWest Bank, FSB ("OneWest"), Mortgage Electronic Registration Systems Inc. ("MERS"), and Northwest Trustee Services, Inc. ("NWTS") (collectively "Defendants"), and hereby move the Court for leave to file an over-length Motion for Summary Judgment pursuant to LCR 7(f). Defendants' Motion for Summary Judgment is on behalf of all three Defendants.

Plaintiff's First Amended Complaint ("FAC") raises a host of issues spanning 48 pages and includes nine causes of action. Further, the FAC separates the causes of action between each Defendant individually, causing each Defendant to respond to each claim individually.

Defendants' arguments are condensed and not restated, but require more than the 24 pages allowed under LCR 7(e). Therefore, Defendants request an additional 17 pages under

---

DEFENDANTS' MOTION FOR LEAVE TO
FILE OVER-LENGTH MOTION FOR
SUMMARY JUDGMENT – PAGE 1 OF 2
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1. LCR 7(f). Under Local Rule 7(f), the Court has discretion to accept an over-length motion for

2. summary judgment, and Defendants respectfully request that the same be granted.

3.

4. DATED this 13th day of March, 2012.

**ROUTH CRABTREE OLSEN, P.S.**

/s/ Heidi E. Buck
Heidi E. Buck, WSBA No. 41769
Attorneys for Defendants OneWest,
MERS, and Northwest Trustee
Services, Inc.

DEFENDANTS' MOTION FOR LEAVE TO
FILE OVER-LENGTH MOTION FOR
SUMMARY JUDGMENT – PAGE 2 OF 2
CASE NO. C10-1952 RSL

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131