UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                       )
JAMES MCDONALD,                        )   No. C10-1952RSL
                                       )
                 Plaintiff,            )
         v.                            )   ORDER GRANTING PERMISSION
                                       )   TO FILE OVERLENGTH MOTION
ONEWEST BANK, FSB, *et al.*,           )
                                       )
                 Defendants.           )
_____)

This matter comes before the Court on "Defendants' Motion for Leave to File Overlength Motion for Summary Judgment." Dkt. # 115. The motion is GRANTED. Defendants may file a motion for summary judgment that does not exceed fifty-one pages. Pursuant to Local Civil Rule 7(f)(4), the opposition brief may be fifty-one pages long and the reply brief shall not exceed twenty-five pages.

Dated this 14th day of March, 2012.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge