The Honorable Robert S Lasnik

1

2   **JAMES MCDONALD**
    **14840 119th PL NE**
3   **Kirkland, WA 98034**
    **Phone (425) 210-0614**
4   **In Pro Per**

5                     **UNITED STATES DISTRICT COURT**

6                     **WESTERN DISTRICT OF WASHINGTON**

7                              **AT SEATTLE**

8

9   **In Re:**                          )       **NO.: C10-1952RSL**
                                         )
10                                       )
    **JAMES MCDONALD**                   )
11            **Plaintiff**              )
            **v**                        )       **Surreply and Motion to Strike**
12  **ONEWEST BANK, FSB, et al.,**       )       **Defendants Reply to Motion**
                **Defendants.**          )       **to Extend Dispositive Date**
13                                       )       **Noting Date: March 16, 2012**
    ------------------------------------------------------------

14

15  **COMES NOW Plaintiff James McDonald** and moves the Court to strike Defendants' Reply on their Motion
    for an extension to the dispositive motion cutoff date of March 6, 2012. According to Local Rules 7(d)(2)
16  "Any reply papers shall be filed, and shall be received by the opposing party, no later than the noting date."

17  Defendant's Motion was noted for Friday, March 16, 2012. Defendant's Reply was not served upon the
    Plaintiff or filed until March 19, 2012. They are therefore beyond the allowed time and made no motion for
18  an extension of time.

19  **WHEREFORE**, Plaintiff moves the Court to strike the Reply referenced herein.

20

21                                                      **/s/ James McDonald -**
                                                        **James McDonald**
22                                                      **Pro Se**

                                    **Certificate of Service**
23          I hereby certify that on the 19 day of March, 2012 the foregoing was electronically filed with the
    Clerk of the Court using the ECF system, which sent notification and therefore served the following:
24  Heidi Buck
    Routh Crabtree Olsen
25  13555 SE 36th ST Suite 300
    Bellevue, WA 98006

26

27                                                      **/s/ James McDonald   -**
                                                        **James McDonald**
28                                                      **Pro Se**