**The Honorable Robert S Lasnik**

JAMES MCDONALD
14840 119th PL NE
Kirkland, WA 98034
Phone (425) 210-0614
In Pro Per

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In Re: ) | NO.: **C10-1952RSL** |
| ) | |
| **JAMES MCDONALD** ) | **Motion to File Over Length Brief** |
| Plaintiff ) | **in Reply to Defendants Opposition to MSJ** |
| v ) | |
| **ONEWEST BANK, FSB,** *et al.,* ) | |
| Defendants. ) | |
| ) | |

**Comes Now** Plaintiff and begs the Court's indulgence in granting Plaintiff 11 additional pages for a total of 23 in his Reply to Defendants Response to his Partial Motion for Summary Judgment. Plaintiff's Motion was 14 pages. Defendants Response was 28 pages. Further, Defendants repeatedly cite their own 41 page Motion for Summary Judgment (Dkt. 121). Plaintiff's Response to the Defendants Motion is due April 9th, 2012, therefore he cannot cite his Response to shorten this Reply.

Plaintiff received the reply on Monday, March 26, 2012 at 2:45pm (The Response was **not** filed late) and wrote the first draft of his reply as quickly as he possibly could.

**Plaintiff thanks the Court for its kind consideration in this matter.**

/s/ James McDonald -
James McDonald
Pro Se

**Certificate of Service**

I hereby certify that on the   day of, 2011 the foregoing was electronically filed with the Clerk of the Court using the ECF system, which sent notification and therefore served the following:
Heidi Buck
Routh Crabtree Olsen
13555 SE 36th ST Suite 300

Motion for                                              -1-                                              James McDonald
14840 119th PL NE, Kirkland, WA 98034
Phone: (425) 210-0614

1  Bellevue, WA 98006

2                                                                          **/s/ James McDonald    -**
                                                                                    **James McDonald**
3                                                                                              **Pro Se**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion for                                              -2-                              James McDonald
                                                              14840 119th PL NE, Kirkland, WA 98034
                                                                               Phone: (425) 210-0614