UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES MCDONALD,

           Plaintiff,

    v.

ONEWEST BANK, FSB, *et al.*,

           Defendants.

No. C10-1952RSL

ORDER GRANTING PERMISSION
TO FILE OVERLENGTH REPLY

      This matter comes before the Court on plaintiff's "Motion to File Over Length Brief in Reply." Dkt. # 126. The motion is GRANTED. Plaintiff may file a reply memorandum that does not exceed twenty-three pages.

      Dated this 30th day of March, 2012.

                         /s/ Robert S. Lasnik
                         Robert S. Lasnik
                         United States District Judge

ORDER GRANTING PERMISSION
TO FILE OVERLENGTH REPLY