1

**JAMES MCDONALD**
**14840 119th PL NE**                                                           \
**Kirkland, WA 98034**

2

**Phone (425) 210-0614**
**In Pro Per**

3

4

5                      **UNITED STATES DISTRICT COURT**

6          **FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

7

In Re:                                  )        **NO.:  C10-1952RSL**

8                                          )
                                           )
9   **JAMES MCDONALD**                     )
              **Plaintiff**                )
10            **v**                         )        **ORDER GRANTING PLAINTIFF'S MOTION**
    **ONEWEST BANK, FSB, *et al.*,**        )        **FOR PARTIAL SUMMARY JUDGMENT**
11            **Defendants.**              )

12   ------------------------------------------------------------ )

13

14        This matter came before the Court upon James McDonald's (PLAINTIFF)'s motion for partial

15   summary judgment. The Court considered the motion and any opposition thereto and the matters

16   on record. It appears for the reasons stated in the motion that the temporary restraining order and

17   preliminary injunction should be granted until such a time that the Court renders a final judgment.

18        IT IS THEREFORE ORDERED that Plaintiff's Motion for Summary Judgment is Granted.

19

20        Dated this _____ day of _____, 20__

21                                                  _____

22                                                  **Robert S. Lasnik, United States District Judge**

23

24   **Presented by:**

25

26                                                                      **/s/ James McDonald   -**
                                                                         **James McDonald**
27                                                                              **Pro Se**

28
     Proposed Order for Plaintiff's MSJ              -1-                        James McDonald

                                                          14840 119th PL NE, Kirkland WA 98034

                                                                    Phone: 425-210-0614

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proposed Order for Plaintiff's MSJ                    -2-                                    James McDonald

14840 119th PL NE, Kirkland WA 98034

Phone: 425-210-0614