Subpoena Iss.

FILED ___ ENTERED
LODGED ___ RECEIVED

APR 09 2012   JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

McDonald
    Plaintiff(s),

v.

OneWest Bank FSB
    Defendant(s).

Case No. C10-1952-RSL

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Issue a subpoena to First American Title FKA Pacific Northwest Title Co

10-CV-01952-APPR

Dated 4/8/2012

Signature

For: Plaintiff

**PRAECIPE**