UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHIGNTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>　　　　Defendants. | Case No: C10-1952 RSL<br><br>**DECLARATION OF SERVICE** |

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent be a witness herein.

2. That on April 12, 2012, I caused a copy of **Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment, Declaration of Defendants' Counsel, Heidi E. Buck, In Support of Defendants' Motion for Summary Judgment, and this Declaration of Service** to be served to the following in the manner noted below:

//

DECLARATION OF SERVICE - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

| | |
|---|---|
| James McDonald, *Pro Se*<br>14840 119th PL NE<br>Kirkland, WA 98034 | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[X] Email: james@jamesmcdonald.net |

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 12th day of April, 2012.

_____
Tommy Kwong, Paralegal

DECLARATION OF SERVICE - 2

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131