The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>        Plaintiff,<br><br>v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>        Defendants. | No. C10-1952 RSL<br><br>**DECLARATION OF DEFENDANTS' COUNSEL, HEIDI E. BUCK, IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Heidi E. Buck declares as follows:

    1.    I am the attorney for OneWest Bank, FSB ("OneWest"), Mortgage Electronic Registration Systems Inc. ("MERS"), and Northwest Trustee Services, Inc. ("NWTS") (collectively "Defendants") herein and am competent to testify in the above-entitled action, and have personal knowledge of the matters referred to herein.

    2.    On or about April 12, 2012, my office confirmed with the United States District Court Clerk that James McDonald has not deposited any amounts with the court registry since on or about May 13, 2011.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. This declaration was executed this 12th day of April, 2012, at Bellevue, Washington.

 

_____
Heidi E. Buck, Declarant

DECLARATION OF HEIDI E. BUCK
PAGE 1 OF 1
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131