The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JAMES MCDONALD,

    Plaintiff,

v.

ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,

    Defendants.

No. C10-1952 RSL

**STIPULATION OF PARTIES FOR EXTENSION OF TIME FOR CASE MANAGEMENT DEADLINES AND CONTINUATION OF TRIAL DATE**

## I. STIPULATION

COME NOW, Defendants OneWest Bank, FSB ("OneWest"), Mortgage Electronic Registration Systems Inc. ("MERS"), and Northwest Trustee Services, Inc. ("NWTS") (collectively "Defendants") and Plaintiff James McDonald, pro se, and hereby stipulate to an adjustment of the case management deadlines, which include an extension of the Dispositive Motion Cut-Off date and Discovery Deadline until on or about July 27, 2012. The parties also hereby stipulate to continuance of the current trial date to October 1, 2012. The parties agree to a continuation of all other case management deadlines in accordance with the agreed upon aforementioned case management deadlines.

This stipulation is based upon the Court's allowance of Plaintiff filing the second amended complaint with a newly-added claim. The parties have conferred about the current case

STIPULATION FOR EXTENSION
OF TIME FOR CASE MANAGEMENT
DEADLINES AND CONTINUATION
OF TRIAL DATE - 1 OF 2

ROUTH CRABTREE OLSEN PS
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121

1  management deadlines and have agreed to extend the time for the Dispositive Motion Cut-Off
2  date and Discovery Deadline until July 27, 2012.

3  Also, the parties have conferred about the current trial date and request the court continue
4  the trial date until October 1, 2012. It is anticipated that new information will become available
5  to the parties through extended discovery and the parties wish to have adequate time to prepare
6  for trial. Further, Defendant's counsel will be unavailable August 6-24, 2012 and intends to file
7  a notice of availability.

8  Finally, the parties agree to a continuation of all other case management deadlines in
9  accordance with the agreed upon aforementioned case management deadlines.

10  Accordingly, the parties respectfully request that the Court grant this stipulation and
11  amend the case management deadlines to provide that dispositive motions and discovery requests
12  may be filed no later than July 27, 2012. Further, the parties respectfully request that the Court
13  grant this stipulation and continue the trial date until October 1, 2012.

DATED this 3rd day of May, 2012.

**JAMES MCDONALD**

*(signature)*
James McDonald
Pro Se

**ROUTH CRABTREE OLSEN, P.S.**

*(signature)*
Heidi E. Buck, WSBA No. 41769
Attorneys for Defendants OneWest,
MERS, and Northwest Trustee
Services, Inc.

STIPULATION FOR EXTENSION
OF TIME FOR CASE MANAGEMENT
DEADLINES AND CONTINUATION
OF TRIAL DATE - 2 OF 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121