The Honorable Robert S Lasnik

James McDonald
14840 119th PL NE
Kirkland, WA 98034

# UNITED STATES DISTRICT COURT,
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **James McDonald**<br>　　　　　　　　　　　**Plaintiff**<br>　　　　v.<br>**OneWest Bank, FSB,**<br>**Northwest Trustee Services,**<br>**Mortgage Electronic Registration Systems,**<br>　　　　　　　　　　　**Defendants.** | No. **C10-1952-RSL**<br><br>Motion for Disbursement of Registry Funds<br><br>Noting Date: May 17, 2012 |

**COMES NOW**, Plaintiff James McDonald and respectfully submits this Motion for Disbursement of Registry Funds pursuant to Local Rule AG-GR6(b):

**(b) Disbursement of Registry Funds.** All motions for disbursement of registry funds shall specify the principal sum initially deposited, the amount(s) of principal funds to be disbursed and to whom the disbursement is to be made, and shall contain complete mailing instructions. Each proposed order shall contain the following language: "... the clerk is authorized and directed to draw a check(s) on the funds on deposit in the registry of this court in the principal amount of $_____ plus all accrued interest, minus any statutory users fees, payable to (name and address of payee) and mail or deliver the check(s) to (name of payee) at (full address)." If more than one check is to be issued pursuant to a single order, the portion of principal and interest due each payee must be separately stated.

The funds Plaintiff deposited within the Court Registry were for a preliminary injunction granted on January 25, 2011 (Dkt. 24). That preliminary injunction was later lifted on April 1st, 2012 (Dkt. 94). Therefore there appears to be no reason to leave the funds within the Court Registry.

1 | Wherefore Plaintiff requests that funds totaling $9,390.24 be disbursed by the Court Clerk within 14 days of the order to the Plaintiff at his address of 14840 119th PL NE, Kirkland, WA 98034.

A proposed order will be submitted along with this motion.

/s/ James McDonald -
James McDonald
Pro Se

**Certificate of Service**
I hereby certify that on the 16 day of May, 2012 the foregoing was electronically filed with the Clerk of the Court using the ECF system, which sent notification and therefore served the following:
Heidi Buck
Routh Crabtree Olsen
13555 SE 36th ST Suite 300
Bellevue, WA 98006

/s/ James McDonald -
James McDonald
Pro Se