1
2  **James McDonald**
   **14840 119th PL NE**
3  **Kirkland, WA 98034**

The Honorable Robert S Lasnik

4
5
6  **UNITED STATES DISTRICT COURT,**
   **WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

7  **James McDonald**
                                    **Plaintiff**

   No. **C10-1952-RSL**

8                 **v.**

   Proposed Order: Motion to Disburse Funds

   **OneWest Bank, FSB,**
   **Northwest Trustee Services,**
9  **Mortgage Electronic Registration Systems,**
                                    **Defendants.**

10

11   **This matter came before the Court upon James McDonald's (PLAINTIFF)'s**

12   **motion for disbursement of funds from the Court Registry. It appears for the reasons**

13   **stated in the motion that the disbursement of funds should be granted as it does not**

14   **adversely affect the Defendants.**

15       **IT IS THEREFORE ORDERED that** the clerk is authorized and directed to draw a

16   check(s) on the funds on deposit in the registry of this court in the principal amount of

17   $9,390.24 plus all accrued interest, minus any statutory users fees, payable to James

18   McDonald, 14840 119th PL NE, Kirkland, WA 98034 and mail or deliver the check(s) to

19   James McDonald at 14840 119th PL NE, Kirkland, WA 98034 or in person should Mr.

20   McDonald request the Clerk to do so.

21
         **Dated this _____ day of _____, 20__**

22                                                    _____
                                                      **Robert S. Lasnik, United States District Judge**

23

24
     Proposed Order: Motion to                      James McDonald
     Disburse                                       14840 119th PL NE
                              1                     Kirkland, WA 98034
                                                    (425) 210-0614

Prepared By:

**/s/ James McDonald -**
**James McDonald**
**Pro Se**

Proposed Order: Motion to Disburse

2

James McDonald
14840 119th PL NE
Kirkland, WA 98034
(425) 210-0614