UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
JAMES MCDONALD,                     )   No. C10-1952RSL
                                    )
                Plaintiff,          )
        v.                          )   MINUTE ORDER RENOTING
                                    )   MOTION FOR DISBURSEMENT
ONEWEST BANK, FSB, *et al.*,        )
                                    )
                Defendants.         )
_____ )

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

On May 16, 2012, plaintiff filed a "Motion for Disbursement of Registry Funds" in the above-captioned matter. Dkt. # 144. Unless otherwise specified in Local Civil Rule 7(d)(1) or (2), non-dispositive motions must be noted for consideration on the third Friday after filing. Local Civil Rule 7(d)(3). The Clerk of Court is therefore directed to renote plaintiff's "Motion for Disbursement of Registry Funds" on the Court's calendar for Friday, June 1, 2012.

DATED this 17th day of May, 2012.

                            /s/Kerry Simonds
                            Deputy Clerk to the
                            Honorable Robert S. Lasnik, Judge

MINUTE ORDER RENOTING MOTION