The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>　　　　　　Defendants. | No. C10-1952 RSL<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR DISBURSEMENT OF REGISTRY FUNDS**<br><br>[NOTE ON MOTION CALENDAR: JUNE 1, 2012] |

THIS MATTER came on for consideration this date upon Plaintiff's Motion for Disbursement of Registry Funds. The Court considered such motion and the Opposition of Defendants, and the records filed herein. Finding that there is no legal or factual basis to grant Plaintiff's Motion; now, therefore, it is hereby

ORDERED that Plaintiff's Motion for Disbursement of Registry Funds is DENIED.

DONE IN OPEN COURT this _____ day of _____, 2012.

_____
Honorable Judge Robert S. Lasnik

ORDER DENYING PLAINTIFF'S MOTION
FOR DISBURSEMENT OF REGISTRY
FUNDS – PAGE 1 OF 2,
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1 | Presented by:

3 | **ROUTH CRABTREE OLSEN, P.S.**

5 | Heidi E. Buck, WSBA No. 41769
6 | Of Attorneys for Defendants OneWest Bank and Mortgage Electronic Registration Systems, Inc.,

---

ORDER DENYING PLAINTIFF'S MOTION
FOR DISBURSEMENT OF REGISTRY
FUNDS – PAGE 2 OF 2,
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131