# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHIGNTON
# AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD, ) | Case No: C10-1952 RSL |
| Plaintiff, ) | |
| ) | **DECLARATION OF SERVICE** |
| v. ) | |
| ) | |
| ONEWEST BANK, FSB, NORTHWEST ) | |
| TRUSTEE SERVICES, INC., MORTGAGE ) | |
| ELECTRONIC REGISTRATION ) | |
| SYSTEMS, INC., INDYMAC BANK FSB, ) | |
| DOES 1-50, ) | |
| ) | |
| Defendants. ) | |

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent be a witness herein.

2. That on May 30, 2012 I caused a copy of **Defendants' Opposition to Plaintiff's Motion for Disbursement of Registry Funds, [Proposed] Order Denying Plaintiff's Motion for Disbursement of Registry Funds, and this Declaration of Service** to be served to the following in the manner noted below:

//

DECLARATION OF SERVICE - 1

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

| | | |
|---|---|---|
| 1 | James McDonald, *Pro Se* | [X] US Mail, Postage Prepaid |
| 2 | 14840 119th PL NE | [ ] Hand Delivery |
|   | Kirkland, WA 98034 | [ ] Overnight Mail |
| 3 | | [ ] Facsimile |

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 30th day of May, 2012.

_____
Tommy Kwong, Paralegal

DECLARATION OF SERVICE - 2

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131