___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 12 2012  JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

James McDonald

    Plaintiff(s),

v.

OneWest Bank et al

    Defendant(s).

Case No. C10-1952-RSL

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Issue a subpoena to FEI LLC and Lender Processing Services Inc

10-CV-01952-BR

Dated 06/12/2012

Signature

For: Plaintiff

*(margin annotation: Subpoena Iss)*

**PRAECIPE**