RECEIVED
JULY 03 2012
IN SEATTLE

FILED ___ LODGED
___ RECEIVED
JUL 02 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

James McDonald

    Plaintiff(s),

v.

OneWest Bank, FSB, et al

    Defendant(s).

Case No. C10-1952-RSL

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Please issue a subpoena to Freddie Mac

10-CV-01952-ANS

Dated: July 2, 2012

Signature

For: Plaintiff

**PRAECIPE**