_Sub ISS._

```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

              2012     LK

                  AT SEATTLE
           CLERK U.S. DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
                            DEPUTY
```

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

James McDonald

     Plaintiff(s),

v.

OneWest Bank, FSB et al

     Defendant(s).

Case No.  C10-1952-RSL

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Issue subpoenas to the following:
Deutsche Bank National Trust Company
Federal Deposit Insurance Company
Lender Processing Services/FIS Foreclosure Solutions Inc

**10-CV-01952-BCST**

Dated  |07/05/2012

/s/ James McDonald

Signature

For: |Plaintiff

**PRAECIPE**