# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD, ) | No. C10-1952 RSL |
| Plaintiff, ) | |
| ) | **NOTICE OF UNAVAILABILITY** |
| v. ) | |
| ) | |
| ONEWEST BANK, FSB, NORTHWEST ) | |
| TRUSTEE SERVICES, INC., MORTGAGE ) | |
| ELECTRONIC REGISTRATION SYSTEMS, ) | |
| INC., INDYMAC BANK FSB, DOES 1-50, ) | |
| ) | |
| Defendants. ) | |

TO:       CLERK OF THE COURT;

AND TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD.

PLEASE TAKE NOTICE that undersigned attorney record for defendants OneWest Bank, FSB, Mortgage Electronic Registration Systems, Inc., and Northwest Trustee Services, Inc. will be out of the office and unavailable to respond to motions, depositions or other actions from **August 6, 2012 through August 22, 2012,** and respectfully requests that no motions, notice of hearing, depositions, discovery be set or served, or correspondence issued such that she must respond or appear during this period.

//

//

//

NOTICE OF UNAVAILABILITY - PAGE 1 OF 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

| | |
|---|---|
| 1  DATED this ___ day of July, 2012. | ROUTH CRABTREE OLSEN, P.S. |
| | |
| | Heidi E. Buck, WSBA #41769 |
| | Attorneys for defendants OneWest Bank, Mortgage Electronic Registration Systems, Inc., and Northwest Trustee Services, Inc. |

**Declaration of Service**

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. That on July 10, 2012 I caused a copy of the **Notice of Unavailabilty** to be served to the following in the manner noted below:

| | |
|---|---|
| James McDonald<br>14840 119th Place Northeast<br>Kirkland, WA 98034 | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 10th day of July, 2012.

Tommy Kwong, Paralegal

NOTICE OF UNAVAILABILITY - PAGE 2 OF 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131