```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

SA    JUL 11 2012

          AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY
```

Sub iss'd

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

McDonald

    Plaintiff(s),

v.

OneWest Bank et al

    Defendant(s).

Case No. C10-1952-RSL

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Issue a subpoena to Freddie Mac

10-CV-01952-ANS

Dated 07/11/2012

/s/ James McDonald

Signature

For: Plaintiff

**PRAECIPE**