1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9   JAMES MCDONALD,

10                    Plaintiff,

11        v.

12   ONEWEST BANK, FSB, NORTHWEST
     TRUSTEE SERVICES, INC., MORTGAGE
13   ELECTRONIC REGISTRATION SYSTEMS,
     INC., INDYMAC BANK FSB, DOES 1-50,
14
                      Defendants.
15

No. C10-1952 RSL

**DECLARATION OF CHARLES BOYLE IN SUPPORT OF DEFENDANT ONEWEST BANK, FSB'S PARTIAL MOTION FOR SUMMARY JUDGMENT**

16        I, Charles Boyle, hereby declare:

17        1.      I am Vice President of OneWest Bank, FSB ("OneWest"), Defendant herein.

18   This Declaration is made in support of Defendants' Partial Motion for Summary Judgment

19   ("Defendants' Motion"). In the regular performance of my job functions, I am familiar with

20   business records maintained by OneWest Bank for the purpose of servicing mortgage loans.

21   These records (which include data compilations, electronically imaged documents, and

22   others) are made at or near the time by, or from information provided by, persons with

23   knowledge of the activity and transactions reflected in such records, and are kept in the

24   course of business activity conducted regularly by OneWest Bank.  It is the regular practice

25   of OneWest Bank's mortgage servicing business to make these records.  In connection with

26

DECLARATION OF CHARLES BOYLE
IN SUPPORT OF ONEWEST'S PARTIAL MOTION
FOR SUMMARY JUDGMENT – PAGE 1 OF 4
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  making this declaration, I have personally examined these business records. If called as a

2  witness, I could testify competently thereto.

3       2.    OneWest has been unable to locate any information to verify that it reported

4  the account as being included in or discharged by bankruptcy at any time prior to when

5  Plaintiff actually filed bankruptcy in July 2010.

6       3.    Disputes received from the Credit Reporting Agencies ("CRAs") are received

7  in electronic form through a reporting system portal. The dispute information is provided to

8  OneWest with the white data entry fields labeled "Request Data" completed. OneWest

9  verifies the information provided, and updates the information, if needed, by completing the

10  corresponding gray data fields labeled "Response Data." Upon completion of the report,

11  OneWest submits the report electronically through the reporting system portal. In order to

12  keep a copy of the report for OneWest's records, OneWest prints a copy of the completed

13  form before submitting the finalized report, which causes a "DRAFT" watermark as shown

14  in Exhibits A and B.

15       4.    On or about July 16, 2010, OneWest was notified by TransUnion that

16  information reported to TransUnion by OneWest had been disputed (the "TransUnion

17  Dispute").

18       5.    The TransUnion Dispute indicated that the debtor disputed OneWest's

19  reporting on the basis that the debt was "not his/hers."

20       6.    The dispute instructed OneWest to "provide or confirm complete ID."

21       7.    Following receipt of the TransUnion Dispute, OneWest performed an

22  investigation to verify that OneWest's records matched the following information provided

23  by TransUnion: (1) debtor's name, (2) current address, (3) previous address, (4) social

24  security number, (5) date of birth, (6) telephone number, (7) second previous address, (8) the

25  account status, (9) date account opened, (10) account balance, (11) amount past due, (12)

26  origination amount, (13) amount of scheduled payment, (14) term duration, (15) the account

DECLARATION OF CHARLES BOYLE
IN SUPPORT OF ONEWEST'S PARTIAL MOTION
FOR SUMMARY JUDGMENT - PAGE 2 OF 4
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1   type, (16) foreclosure had been initiated, and (17) the date upon which the account was last

2   reported.

3       8.      OneWest's investigation found that the foregoing information as previously

4   reported to TransUnion was accurate and required no modification.

5       9.      After the completion of the investigation, OneWest submitted its report.

6       10.     On or about July 30, 2010, OneWest submitted its report to TransUnion

7   providing that "account information was accurate as of the date reported."

8       11.     Attached hereto as Exhibit A is a copy of the report submitted to TransUnion

9   ("TransUnion Report").

10      12.     On or about July 13, 2010, OneWest was notified by Equifax that information

11  reported to Equifax by OneWest had been disputed (the "Equifax Dispute").

12      13.     The Equifax Dispute indicated that the debtor disputed OneWest's reporting

13  on the basis that the debt was "not his/hers."

14      14.     The dispute instructed OneWest to "provide or confirm complete ID."

15      15.     Following receipt of the Equifax Dispute, OneWest performed an

16  investigation to verify that OneWest's records matched the following information provided

17  by Equifax: (1) debtor's name, (2) current address, (3) previous address, (4) social security

18  number, (5) date of birth, (6) telephone number, (7) second previous address, (8) the account

19  status, (9) date account opened, (10) account balance, (11) amount past due, (12) origination

20  amount, (13) date of account information, (14) date of last payment, (15) amount of

21  scheduled payment, (16) term duration, and (17) the account type.

22      16.     OneWest's investigation found that it was necessary to modify the report in

23  regard to the "past due amount" and the "date of account information."

24      17.     After the completion of the investigation, OneWest submitted its report.

25      18.     To that effect, on or about August 6, 2010, OneWest submitted its report to

26  Equifax. The report provided "modify account information as indicated."

DECLARATION OF CHARLES BOYLE
IN SUPPORT OF ONEWEST'S PARTIAL MOTION
FOR SUMMARY JUDGMENT – PAGE 3 OF 4
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

19.     The report modified the "past due amount" from $23,892.00 to $26,240, and updated the "date of account information" from 07-01-2010 to 08-01-2010.

20.     Attached hereto as Exhibit B is a copy of the report submitted to Equifax ("Equifax Dispute").

21.     To date, OneWest has not received dispute information relating to Plaintiff's loan from Experian.

22.     On or about July 20, 2012, OneWest obtained a credit report for James McDonald from Equifax (the "Equifax Report"). A true and correct copy of the Equifax Report is attached hereto as Exhibit C.

23.     Based on the Equifax Report, Plaintiff's account with OneWest is reported as: "debt included in **or** discharged through bankruptcy 7, 11, or 12." (emphasis added).


I declare under penalty of perjury and the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.


SIGNED this 26th day of July, 2012.



**ONEWEST BANK, FSB**


Charles Boyle, Declarant



DECLARATION OF CHARLES BOYLE
IN SUPPORT OF ONEWEST'S PARTIAL MOTION
FOR SUMMARY JUDGMENT -- PAGE 4 OF 4
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

# Exhibit A

| Return this dispute response to: | | Date: 07-16-2010 |
|---|---|---|
| TransUnion LLC | | Control # : 22303942100402003N |
| 2 Baldwin Place, Crum Lynne, PA, 19022 | | |

| FAX # : | FCRA Response Due Date: 08-08-2010 |
|---|---|
| Account Number: ██████ 1244 | Response Date: |
| Subscriber Code: OneWest Bank/478A001 | Response Code: 01: Account information accurate as of date reported |

On the lines below, S indicates all Response elements are the Same as in the Request; U indicates all are Unknown; otherwise D indicates one or more are Different or Unknown

| Request Data | | | | | | Response Data | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name: JAMES | BRADLEY | MCDONALD | | | D | Name: James | B | McDonald | |
| Address: 14840 NE 119TH PL, KIRKLAND, WA, 98034 | | | | | S | Address: | | | |
| Prev. Name: | | | | | U | Prev. Name: | | | |
| Prev. Address: 14500 ADMIRALTY WY H303, LYNNWOOD, WA, 98087 | | | | | U | Prev. Address: | | | |
| SSN: ██████ | | | | | S | SSN: | | | |
| DOB: | | | | | U | DOB: | | | |
| Telephone Number: (999) 741-1492 | | | | | U | Telephone Number: | | | |

2ⁿᵈ Prev. Address: 9020 N HUNTER AV, KANSAS CITY, MO, 64157

Consumer States/Comments:

Dispute Code 1:   001: Not his/hers.  Provide or confirm complete ID.

Dispute Code 2:

FCRA Relevant Information:

| Account Status | Pay Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 82 | | | | 01-01-2007 | $389481 | $21544 | $389482 | | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | M | 360 | M | 08-01-2010 | | | $2394 | 1 | | 10-01-2009 |

| Compliance Condition Code | SCC | Original Cr. Name | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|
| | BO | | | | | | | |

| Agency ID | Sec. Marketing | Agency Account # | Mortgage ID | | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|---|---|
| 02 | | 33247945510005540 | | | | | |

Remarks:   FORECLOSURE INITIATED                                          DF Contact #:

| Account History – Request | | | | | | | | | | | Response | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 4 | 4 | 4 | 4 | 3 | 2 | 1 | 0 | 0 | 0 | D | 4 | 4 | 4 | 4 | 3 | 2 | 1 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | D | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | B | - | - | - | - | - | 0 | 0 | 0 | 0 | 0 | B | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| Associated Consumer 1 | | Associated Consumer 2 | |
|---|---|---|---|
| Name: | | Name: | |
| Address: | | Address: | |
| SSN: | DOB: | SSN: | DOB: |
| Telephone Number: | | Telephone Number: | |
| ECOA/Consumer Information Indicator:  / | | ECOA/Consumer Information Indicator:  / | |

Authorized Signature:  Melissa Everhart                    Tel#:   (800) 781-7399
Date:  07-30-2010

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

Exhibit B

**Return this dispute response to:**

| Equifax | Date: 07-13-2010 |
| 1550 Peachtree St, Atlanta, GA, 30309 | Control # : 99990194028890063 |

| FAX # : | FCRA Response Due Date: 08-17-2010 |
| Account Number: ▓▓▓1244 | Response Date: |
| Subscriber Code: OneWest Bank/168FM14220 | Response Code: 02:Modify account information as indicated |

On the lines below, S indicates all Response elements are the Same as in the Request; U indicates all are Unknown; otherwise D indicates one or more are Different or Unknown

| Request Data | | | | | Response Data | | |
|---|---|---|---|---|---|---|---|
| Name: JAMES | B | MCDONALD | | S | Name: james | b | mcdonald |
| Address: 14840 1191H PL NE, KIRKLAND, WA, 98034 | | | | S | Address: 14840 119th pl ne, kirkland, WA, 98034 | | |
| Prev. Name: | | | | U | Prev. Name: | | |
| Prev. Address: 14500 ADMIRALTY WAY APT H303, LYNNWOOD, WA, 98087 | | | | U | Prev. Address: | | |
| SSN: ▓▓▓ | | | | S | SSN: ▓▓▓ | | |
| DOB: ▓▓ | | | | U | DOB: | | |
| Telephone Number: (425) 398-5484 | | | | U | Telephone Number: | | |

2nd Prev. Address: 9020 N HUNTER AVE, KANSAS CITY, MO, 64157

Consumer States/Comments:

| Dispute Code 1: | 001:Not his/hers. Provide or confirm complete ID. |
| Dispute Code 2: | |

FCRA Relevant Information:

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 84 | | 05 | | 01-01-2007 | $389481 | $23492 | $389482 | | |
| 84 | | | | 01-01-2007 | $389481 | $23492 | | | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | V | M | 30 | M | 07-01-2010 | | 09-01-2009 | $2394 | 1 | | 10-01-2009 |
| 26 | | M | | | 08-01-2010 | | | | 1 | | 10-01-2009 |

| Compliance Condition Code | SCC | Original Cr. Name | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|
| | BO | | | | | | |
| | BO | | | | | | |

| Agency ID | Sec. Marketing | Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|---|
| | | | 10005540125049243B | | | |

| Remarks: FREDDIE MAC ACCOUNT | DF Contact #: |

**Account Histors – Request** | **Response**

| - | 6 | 6 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | 0 | - | 6 | 6 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | B | - | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | B | - | - | - |

| Associated Consumer 1 | Associated Consumer 2 |
|---|---|
| Name: | Name: |
| Address: | Address: |
| SSN: | DOB: | SSN: | DOB: |
| Telephone Number: | Telephone Number: |
| ECOA/Consumer Information Indicator: / | ECOA/Consumer Information Indicator: / |

Authorized Signature   Anne Willett

Date: 08-06-2010                                    Tel#: (800) 781-7399

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

# Exhibit C

# EQUIFAX MORTGAGE SOLUTIONS

**REGIONAL OFFICE:** EQUIFAX MORTGAGE SOLUTIONS
6 EAST CLEMENTON RD
GIBBSBORO, NJ 08026
(877) 897-4995                                    (800) 678-7079

**FOR:**    ONEWEST BANK FSB                         Merged Infile    $3.25
255 W BARRANCA ST
WEST COVINA, CA 91791
204FM34740                                                     Page  1 of 11

| Report No. | Date Ordered | Requested By | Loan Number | Prepared By | Date Completed | Date Revised |
|---|---|---|---|---|---|---|
| P554F4 | 07/20/12 | ▓▓▓▓ | ▓▓▓1244 | | 07/20/12 | |

| Repositories | Infile Date | Property | | | | |
|---|---|---|---|---|---|---|
| EFX/XPN/TUC | 07/20/12 | Address | | | | |

| APPLICANT | | SPOUSE |
|---|---|---|
| JAMES B MCDONALD | **Name** | |
| ▓▓▓▓ | **SSN/DOB** | |

Current Address:    14840 119TH PLACE NE, KIRKLAND, WA 98034
Previous Address:
Previous Address:

## MERGED CREDIT INFILE REPORT

### SUMMARY INFORMATION

| | Payments | Balances | Limits | Tradelines | 30 Days | 60 Days | 90+ Days |
|---|---|---|---|---|---|---|---|
| Revolving | $60 | $1,191 | $28,950 | 8 | 4 | 2 | 6 |
| Installment | $0 | $0 | $0 | 6 | 2 | 3 | 4 |
| Real Estate | $2,394 | $389,481 | $0 | 3 | 1 | 1 | 27 |
| Collect | $1,471 | $116,032 | $0 | 12 | 0 | 0 | 0 |
| Other | $0 | $0 | $0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| Totals | $3,925 | $506,704 | $28,950 | 29 | 7 | 6 | 37 |

| | | | | | |
|---|---|---|---|---|---|
| Inquiries | 3 | Public records | 3 | Bankruptcies | 1 |
| Worst Trade | 17 | Oldest Date | 06/84 | Satisfactories | 12 |

### CREDIT SCORES

**Score:** ▓▓▓     **Repository:** Efx01              **Model:** Equifax BEACON
**Borrower:** JAMES B MCDONALD
**Score Range:** ▓▓▓▓
**RBP Percentage:** 2%
**Factors:**    00038   SERIOUS DELINQUENCY, DEROGATORY PUBLIC RECORD OR COLLECTION FILED
00013   TIME ON DELINQUENCY IS TOO RECENT OR UNKNOWN
00018   NUMBER OF ACCOUNTS WITH DELINQUENCY
00010   PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR
OTHER REVOLVING ACCOUNTS

**Score:** ▓▓▓     **Repository:** Xpn01              **Model:** Experian FAIR ISAAC
**Borrower:** JAMES B MCDONALD
**Score Range:** ▓▓▓▓
**RBP Percentage:** 1%
**Factors:**    38   SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED
20   TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT
13   TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
10   RATIO OF BALANCE TO LIMIT ON BANK REVOLVING OR OTHER REV ACCTS TOO HIGH
08   TOO MANY INQUIRIES LAST 12 MONTHS

**Score:** ▓▓▓     **Repository:** Tuc01              **Model:** TransUnion FICO RISK SCORE, CLASSIC 04
**Borrower:** JAMES B MCDONALD
**Score Range:** ▓▓▓▓

The reporting bureau certifies that: (a) public records have been checked for tax liens, judgements, foreclosures, garnishments, bankruptcies, and legal actions involving the subject(s) with the results indicated above; or (b) equivalent information has been obtained through the use of a qualified public records reporting service with the results indicated above . The records of real estate transfers which do not involve foreclosures may be excluded. Equifax Information Svc. LLC. certifies that the information provided in this report meets the requirements of the U.S. Dept. of HUD, FHA, VA, USDA, RECD & FSA, Fannie Mae and FHLMC.
The information is confidential and not to be divulged except as required by PUBLIC LAW 91-508, 93-579, 94-239.

# EQUIFAX MORTGAGE SOLUTIONS

| APPLICANT | SPOUSE | PAGE |
|---|---|---|
| JAMES B MCDONALD | | Page 2 of 11 |

| Report No. | Date Ordered | Requested By | Loan Number | Prepared By | Date Completed | Date Revised |
|---|---|---|---|---|---|---|
| P554F4 | 07/20/12 | MARK | 1244 | | 07/20/12 | |

## CREDIT SCORES

**RBP Percentage:** 2%

**Factors:**
- 038    SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED
- 013    TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
- 010    PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK OR OTHER REVOLVING ACCOUNTS
- 018    NUMBER OF ACCOUNTS WITH DELINQUENCY

## TRADELINES

| ECOA | Creditor Name and Account Number | Date and Method of Reporting | Date Opened | Highest Credit or Limit | Present Status — Balance Owing | Present Status — Past Due Amount | Date of Last Payment | Terms | Months Reviewed | +30 | +60 | +90 | Credit Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | ONEWEST BANK 1244 | Efx01/Xpn01/Tuc01 07/12 | 01/07 | $389,482 | $389,481 | $78,059 | 10/09 | 360X$2394 | 64 | 1 | 1 | 27 | M-5 |

Monthly Payment: $2,394
Late Dates: 06/12-5, 05/12-5, 04/12-5, 03/12-5, 02/12-5, 01/12-5, 12/11-5, 11/11-5, 10/11-5, 09/11-5, 08/11-5, 07/11-5, 06/11-5, 05/11-5, 04/11-5, 03/11-5, 02/11-5, 01/11-5, 12/10-5, 11/10-5, 10/10-5, 07/10-5
DISMISSED
DEBT INCLUDED IN OR DISCHARGED THROUGH BANKRUPTCY 7, 11, OR 12
CURRENT ACCOUNT
FREDDIE MAC ACCOUNT
FORECLOSURE PROCEEDINGS STARTED
FORECLOSURE PROCESS STARTED

| ECOA | Creditor Name and Account Number | Date and Method of Reporting | Date Opened | Highest Credit or Limit | Present Status — Balance Owing | Present Status — Past Due Amount | Date of Last Payment | Terms | Months Reviewed | +30 | +60 | +90 | Credit Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | GREEN TREE 3575 | Efx01/Xpn01/Tuc01 05/12 | 01/07 | $95,976 | $95,976 | $95,976 | 03/10 | 180X$748 | 26 | | | | M-9 |

Monthly Payment: $748
Late Dates: 06/11-9, 07/10-9
DEBT INCLUDED IN OR DISCHARGED THROUGH BANKRUPTCY 7, 11, OR 12
CURRENT ACCOUNT
REAL ESTATE MORTGAGE
CHARGED OFF ACCOUNT
ACCOUNT CHARGED TO PROFIT AND LOSS

| ECOA | Creditor Name and Account Number | Date and Method of Reporting | Date Opened | Highest Credit or Limit | Present Status — Balance Owing | Present Status — Past Due Amount | Date of Last Payment | Terms | Months Reviewed | +30 | +60 | +90 | Credit Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | DISCOVER FIN 4059 | Efx01/Xpn01/Tuc01 06/12 | 03/96 | $11,000 | $10,960 | $5,494 | 09/09 | REV($220/MO) | 99 | | | | R-9 |

Monthly Payment: $220
Late Dates: 06/12-9, 05/12-9, 04/12-9, 03/12-9, 02/12-9, 01/12-9, 12/11-9, 11/11-9, 10/11-9, 09/11-9, 08/11-9, 07/11-9, 06/11-9, 05/11-9, 04/11-9, 03/11-9, 02/11-9, 01/11-9, 12/10-9, 11/10-9, 10/10-9
CURRENT ACCOUNT
CREDIT CARD
CHARGED OFF ACCOUNT
CHARGE OFF
ACCOUNT CHARGED TO PROFIT AND LOSS

| ECOA | Creditor Name and Account Number | Date and Method of Reporting | Date Opened | Highest Credit or Limit | Present Status — Balance Owing | Present Status — Past Due Amount | Date of Last Payment | Terms | Months Reviewed | +30 | +60 | +90 | Credit Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | MEDICAL 38 | Efx01 02/11 | 11/10 | $2,218 | $2,363 | $0 | 07/09 | | | | | | O-9 |

Monthly Payment: $0
OUTSTANDING BALANCE
MEDICAL

The reporting bureau certifies that: (a) public records have been checked for tax liens, judgements, foreclosures, garnishments, bankruptcies, and legal actions involving the subject(s) with the results indicated above; or (b) equivalent information has been obtained through the use of a qualified public records reporting service with the results indicated above . The records of real estate transfers which do not involve foreclosures may be excluded. Equifax Information Svc. LLC. certifies that the information provided in this report meets the requirements of the U.S. Dept. of HUD, FHA, VA, USDA, RECD & FSA, Fannie Mae and FHLMC.
The information is confidential and not to be divulged except as required by PUBLIC LAW 91-508, 93-579, 94-239.

# EQUIFAX MORTGAGE SOLUTIONS

| APPLICANT | SPOUSE | PAGE |
|---|---|---|
| JAMES B MCDONALD | | Page 3 of 11 |

| Report No. | Date Ordered | Requested By | Loan Number | Prepared By | Date Completed | Date Revised |
|---|---|---|---|---|---|---|
| P554F4 | 07/20/12 | ███████, MARK | ███████244 | | 07/20/12 | |

## TRADELINES

| E C O A | Creditor Name and Account Number | Date and Method of Reporting | Date Opened | Highest Credit or Limit | Present Status Balance Owing | Present Status Past Due Amount | Date of Last Payment | Terms | Historical Status Months Reviewed | Times Past Due +30 | Times Past Due +60 | Times Past Due +90 | Credit Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | MEDICAL ████563 Monthly Payment: $0 OUTSTANDING BALANCE MEDICAL | Efx01 06/12 | 06/09 | $1,632 | $2,225 | $0 | 09/08 | | | | | | O-9 |
| I | MEDICAL ████764 Monthly Payment: $0 OUTSTANDING BALANCE MEDICAL | Efx01 06/12 | 06/09 | $1,300 | $1,773 | $0 | 09/08 | | | | | | O-9 |
| I | BRCLYSBANKDE ████7829 Monthly Payment: $56 Late Dates: 07/12-5, 06/12-4, 05/12-3, 04/12-2 ACCOUNT DELINQUENT 120 DAYS PAST DUE DATE CLOSED CREDIT CARD ACCOUNT CLOSED BY CREDIT GRANTOR | Efx01/Xpn01/Tuc01 07/12 | 01/03 | $500 | $729 | $163 | 04/12 | REV($56/MO) | 99 | 2 | 1 | 2 | R-5 |
| I | AFNI ████2371 Monthly Payment: $0 Late Dates: 01/12-9 OUTSTANDING BALANCE ORIGINAL CREDITOR: 10 DIRECTV ORIGINAL CREDITOR: DIRECTV COLLECTION ACCOUNT COLLECTION ACCOUNT | Efx01/Xpn01/Tuc01 01/12 | 11/11 | $719 | $719 | $719 | 09/10 | 1X | 1 | | | | I-9 |
| I | NCO FIN/55 ████2477 Monthly Payment: $0 Late Dates: 02/11-9, 01/11-9, 12/10-9, 11/10-9, 10/10-9, 09/10-9, 08/10-9, 07/10-9, 06/10-9, 05/10-9, 04/10-9 OUTSTANDING BALANCE ORIGINAL CREDITOR: MEDICAL PAYMENT DATA ORIGINAL CREDITOR: MEDICAL MEDICAL COLLECTION ACCOUNT COLLECTION ACCOUNT | Efx01/Xpn01/Tuc01 02/11 | 02/10 | $479 | $536 | $536 | 08/09 | 1X | 11 | | | | I-9 |
| I | DSNB MACYS ████7820 Monthly Payment: $503 Late Dates: 12/10-9, 11/10-6, 10/10-5, 09/10-4, 08/10-3, 07/10-2, 05/09-2 ACCOUNT DELINQUENT 150 DAYS PAST DUE DATE | Efx01/Xpn01/Tuc01 12/10 | 09/05 | $503 | $503 | | 06/10 | REV($503/MO) | 64 | | | | R-9 |

The reporting bureau certifies that: (a) public records have been checked for tax liens, judgements, foreclosures, garnishments, bankruptcies, and legal actions involving the subject(s) with the results indicated above; or (b) equivalent information has been obtained through the use of a qualified public records reporting service with the results indicated above . The records of real estate transfers which do not involve foreclosures may be excluded. Equifax Information Svc. LLC. certifies that the information provided in this report meets the requirements of the U.S. Dept. of HUD, FHA, VA, USDA, RECD & FSA, Fannie Mae and FHLMC. The information is confidential and not to be divulged except as required by PUBLIC LAW 91-508, 93-579, 94-239.

# EQUIFAX MORTGAGE SOLUTIONS

| APPLICANT | SPOUSE | PAGE |
|---|---|---|
| JAMES B MCDONALD | | Page 4 of 11 |

| Report No. | Date Ordered | Requested By | Loan Number | Prepared By | Date Completed | Date Revised |
|---|---|---|---|---|---|---|
| P554F4 | 07/20/12 | ▓▓▓▓▓ | ▓▓▓1244 | | 07/20/12 | |

## TRADELINES

| ECOA | Creditor Name and Account Number | Date and Method of Reporting | Date Opened | Highest Credit or Limit | Present Status — Balance Owing | Present Status — Past Due Amount | Date of Last Payment | Terms | Months Reviewed | Times Past Due +30 | Times Past Due +60 | Times Past Due +90 | Credit Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | SEARS/CBNA ▓▓▓4855 | Efx01/Xpn01/Tuc01 06/12 | 01/07 | $400 | $462 | $462 | 01/10 | REV($4/MO) | 66 | 1 | 1 | 4 | R-5 |

Monthly Payment: $4
Late Dates: 06/12-6, 05/12-9, 04/12-9, 03/12-9, 02/12-9, 01/12-9, 12/11-9, 11/11-9, 10/11-9, 09/11-9, 08/11-9, 07/11-9, 06/11-9, 05/11-9, 04/11-9, 03/11-9, 02/11-9, 01/11-9, 12/10-9, 11/10-9, 10/10-9, 09/10-9, 08/10-9, 07/10-6, 06/10-5
OPEN
ACCOUNT DELINQUENT 180 DAYS PAST DUE DATE
AMT IN HIGH CREDIT IS CREDIT LIMIT
CHARGE

| ECOA | Creditor Name and Account Number | Date and Method of Reporting | Date Opened | Highest Credit or Limit | Present Status — Balance Owing | Present Status — Past Due Amount | Date of Last Payment | Terms | Months Reviewed | Times Past Due +30 | Times Past Due +60 | Times Past Due +90 | Credit Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | EVERGRN PROF ▓▓▓896 | Efx01/Xpn01/Tuc01 06/09 | 03/09 | $496 | $456 | $456 | 09/08 | 1X | 2 | | | | I-9 |

Monthly Payment: $0
Late Dates: 06/09-9, 05/09-9
OUTSTANDING BALANCE
ORIGINAL CREDITOR: MEDICAL PAYMENT DATA
ORIGINAL CREDITOR: MEDICAL
MEDICAL
COLLECTION ACCOUNT
COLLECTION ACCOUNT

| ECOA | Creditor Name and Account Number | Date and Method of Reporting | Date Opened | Highest Credit or Limit | Present Status — Balance Owing | Present Status — Past Due Amount | Date of Last Payment | Terms | Months Reviewed | Times Past Due +30 | Times Past Due +60 | Times Past Due +90 | Credit Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | NAR INC ▓▓▓8964 | Efx01/Xpn01/Tuc01 06/12 | 12/09 | $234 | $318 | $0 | 06/09 | 1X | 28 | | | | I-9 |

Monthly Payment: $0
Late Dates: 05/12-9, 04/12-9, 03/12-9, 02/12-9, 01/12-9, 12/11-9, 08/11-9, 05/11-9, 04/11-9, 01/11-9, 12/10-9, 11/10-9, 09/10-9, 07/10-9, 06/10-9, 05/10-9
OUTSTANDING BALANCE
ORIGINAL CREDITOR: MEDICAL PAYMENT DATA
ORIGINAL CREDITOR: MEDICAL
MEDICAL
COLLECTION ACCOUNT
COLLECTION ACCOUNT

| ECOA | Creditor Name and Account Number | Date and Method of Reporting | Date Opened | Highest Credit or Limit | Present Status — Balance Owing | Present Status — Past Due Amount | Date of Last Payment | Terms | Months Reviewed | Times Past Due +30 | Times Past Due +60 | Times Past Due +90 | Credit Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | WESTCOASTADJ ▓▓▓3281 | Efx01/Tuc01 07/11 | 04/11 | $166 | $203 | $0 | 09/09 | | | | | | O-9 |

Monthly Payment: $0
OUTSTANDING BALANCE
ORIGINAL CREDITOR: MEDICAL
MEDICAL
COLLECTION ACCOUNT

| ECOA | Creditor Name and Account Number | Date and Method of Reporting | Date Opened | Highest Credit or Limit | Present Status — Balance Owing | Present Status — Past Due Amount | Date of Last Payment | Terms | Months Reviewed | Times Past Due +30 | Times Past Due +60 | Times Past Due +90 | Credit Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALLIANCEONE | Xpn01/Tuc01 | | | | | | | | | | | |

The reporting bureau certifies that: (a) public records have been checked for tax liens, judgements, foreclosures, garnishments, bankruptcies, and legal actions involving the subject(s) with the results indicated above; or (b) equivalent information has been obtained through the use of a qualified public records reporting service with the results indicated above . The records of real estate transfers which do not involve foreclosures may be excluded.
Equifax Information Svc. LLC. certifies that the information provided in this report meets the requirements of the U.S. Dept. of HUD, FHA, VA, USDA, RECD & FSA, Fannie Mae and FHLMC.
The information is confidential and not to be divulged except as required by PUBLIC LAW 91-508, 93-579, 94-239.

# EQUIFAX MORTGAGE SOLUTIONS

| APPLICANT | SPOUSE | PAGE |
|---|---|---|
| JAMES B MCDONALD | | Page 5 of 11 |

| Report No. | Date Ordered | Requested By | Loan Number | Prepared By | Date Completed | Date Revised |
|---|---|---|---|---|---|---|
| P554F4 | 07/20/12 | ▮▮▮ MARK | ▮▮▮244 | | 07/20/12 | |

## TRADELINES

| ECOA | Creditor Name and Account Number | Date and Method of Reporting | Date Opened | Highest Credit or Limit | Present Status — Balance Owing | Present Status — Past Due Amount | Date of Last Payment | Terms | Months Reviewed | +30 | +60 | +90 | Credit Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | ▮▮631 Monthly Payment: $0 Late Dates: 11/08-9 PAID ORIGINAL CREDITOR: KING COUNTY ORIGINAL CREDITOR: 04 KING COUNTY PAID COLLECTION COLLECTION ACCOUNT | 03/09 | 09/08 | $244 | $0 | $0 | | | 5 | | | | I-9 |
| I | BK OF AMER ▮▮▮5723 Monthly Payment: $0 ACCOUNT TRANSFERRED CURRENT ACCOUNT REAL ESTATE MORTGAGE ACCOUNT TRANSFERED TO ANOTHER OFFICE ACCOUNT TRANSFERRED OR SOLD | Efx01/Xpn01/Tuc01 11/08 | 01/07 | $97,370 | $0 | $0 | 10/08 | | 14 | 0 | 0 | 0 | M-1 |
| I | BK OF AMER ▮▮▮5682 Monthly Payment: $0 Late Dates: 09/07-1 CANCELLED BY CREDIT GRANTOR CURRENT ACCOUNT/WAS 30 DAYS PAST DUE DATE CLOSED CREDIT CARD | 08/10 | 11/02 | $500 | $0 | $0 | 05/08 | | 93 | 1 | 0 | 0 | R-1 |
| I | CITIFINANCIA ▮▮▮1121 Monthly Payment: $0 CLOSED | Tuc01 03/03 | 03/01 | $1,500 | $0 | $0 | | | 24 | 0 | 0 | 0 | R-1 |
| I | JARED ▮▮8908 Monthly Payment: $0 PAID CURRENT ACCOUNT ACCOUNT IS INACTIVE ACCOUNT PAID CHARGE CLOSED DUE TO INACTIVITY | Efx01/Xpn01/Tuc01 03/10 | 02/05 | $8,022 | $0 | $0 | 04/07 | | 62 | 0 | 0 | 0 | R-1 |
| I | MOR FURNITUR ▮▮▮4428 Monthly Payment: $0 PAID CURRENT ACCOUNT | Efx01/Xpn01/Tuc01 09/09 | 12/06 | $6,500 | $0 | $0 | 01/08 | | 33 | 0 | 0 | 0 | R-1 |

The reporting bureau certifies that: (a) public records have been checked for tax liens, judgements, foreclosures, garnishments, bankruptcies, and legal actions involving the subject(s) with the results indicated above; or (b) equivalent information has been obtained through the use of a qualified public records reporting service with the results indicated above . The records of real estate transfers which do not involve foreclosures may be excluded. Equifax Information Svc. LLC. certifies that the information provided in this report meets the requirements of the U.S. Dept. of HUD, FHA, VA, USDA, RECD & FSA. Fannie Mae and FHLMC. The information is confidential and not to be divulged except as required by PUBLIC LAW 91-508, 93-579, 94-239.

# EQUIFAX MORTGAGE SOLUTIONS

| APPLICANT | SPOUSE | PAGE |
|---|---|---|
| JAMES B MCDONALD | | Page 6 of 11 |

| Report No. | Date Ordered | Requested By | Loan Number | Prepared By | Date Completed | Date Revised |
|---|---|---|---|---|---|---|
| P554F4 | 07/20/12 | ▉▉▉ MARK | ▉▉▉1244 | | 07/20/12 | |

| | | TRADELINES | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| E C O A | Creditor Name and Account Number | Date and Method of Reporting | Date Opened | Highest Credit or Limit | Present Status | | Date of Last Payment | Terms | HISTORICAL STATUS | | | | Credit Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Balance Owing | Past Due Amount | | | Months Reviewed | +30 | +60 | +90 | |
| | ACCOUNT PAID ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | | | |
| I | ONEWEST BANK ▉▉▉1251 Monthly Payment: $0 TRANSFERRED TO ANOTHER LENDER CURRENT ACCOUNT SECOND MORTGAGE ACCOUNT TRANSFERED TO ANOTHER OFFICE ACCOUNT TRANSFERRED OR SOLD | Efx01/Xpn01/ 08/10 | 01/07 | $97,370 | $0 | $0 | 06/07 | | 4 | 0 | 0 | 0 | M-1 |
| I | SALLIE MAE ▉▉▉0001 Monthly Payment: $0 PAID CURRENT ACCOUNT ACCOUNT PAID CLOSED STUDENT LOAN | Efx01/Xpn01/Tuc01 11/07 | 09/93 | $2,625 | $0 | $0 | 11/07 | | 97 | 0 | 0 | 0 | I-1 |
| I | SALLIE MAE ▉▉▉0002 Monthly Payment: $0 PAID CURRENT ACCOUNT ACCOUNT PAID CLOSED STUDENT LOAN | Efx01/Xpn01/Tuc01 11/07 | 08/94 | $3,500 | $0 | $0 | 11/07 | | 97 | 0 | 0 | 0 | I-1 |
| I | SALLIE MAE ▉▉▉0003 Monthly Payment: $0 PAID CURRENT ACCOUNT ACCOUNT PAID CLOSED STUDENT LOAN | Efx01/Xpn01/Tuc01 11/07 | 08/95 | $5,500 | $0 | $0 | 11/07 | | 97 | 0 | 0 | 0 | I-1 |
| I | SALLIE MAE ▉▉▉0004 Monthly Payment: $0 PAID CURRENT ACCOUNT ACCOUNT PAID CLOSED STUDENT LOAN | Efx01/Xpn01/Tuc01 11/07 | 08/96 | $5,500 | $0 | $0 | 11/07 | | 97 | 0 | 0 | 0 | I-1 |

The reporting bureau certifies that: (a) public records have been checked for tax liens, judgements, foreclosures, garnishments, bankruptcies, and legal actions involving the subject(s) with the results indicated above; or (b) equivalent information has been obtained through the use of a qualified public records reporting service with the results indicated above . The records of real estate transfers which do not involve foreclosures may be excluded. Equifax Information Svc. LLC. certifies that the information provided in this report meets the requirements of the U.S. Dept. of HUD, FHA, VA, USDA, RECD & FSA, Fannie Mae and FHLMC.
The information is confidential and not to be divulged except as required by PUBLIC LAW 91-508, 93-579, 94-239.

# EQUIFAX MORTGAGE SOLUTIONS

| APPLICANT | SPOUSE | PAGE |
|---|---|---|
| JAMES B MCDONALD | | Page 7 of 11 |

| Report No. | Date Ordered | Requested By | Loan Number | Prepared By | Date Completed | Date Revised |
|---|---|---|---|---|---|---|
| P554F4 | 07/20/12 | ⬛⬛ MARK | ⬛⬛1244 | | 07/20/12 | |

## TRADELINES

| ECOA | Creditor Name and Account Number | Date and Method of Reporting | Date Opened | Highest Credit or Limit | Present Status Balance Owing | Present Status Past Due Amount | Date of Last Payment | Terms | Months Reviewed | +30 | +60 | +90 | Credit Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | WFDS/WDS ⬛⬛2169 | Efx01/Xpn01/Tuc01 12/10 | 05/04 | $15,741 | $0 | $0 | 12/10 | | 79 | 2 | 3 | 4 | I-4 |

Monthly Payment: $0
Late Dates: 12/10-4, 11/10-4, 10/10-3, 09/10-2, 02/10-4, 01/10-3, 12/09-4, 11/09-3, 10/09-2
PAID
ACCOUNT 90 DAYS PAST DUE THREE OR MORE TIMES
ACCOUNT 90 DAYS PAST DUE TWO TIMES
ACCOUNT PAID
CLOSED
AUTO

| A | CHASE ⬛⬛8608 | Xpn01 07/06 | 06/84 | $26,000 | $0 | $0 | | REV | 81 | 0 | 0 | 0 | R-1 |

Monthly Payment: $0
PAID
CURRENT ACCOUNT
ACCOUNT CLOSED BY CONSUMER
LAST PAID: 06/2005

| I | CITI/SHELL ⬛⬛4327 | Xpn01 12/02 | 08/95 | $550 | $0 | $0 | | REV | 15 | 0 | 0 | 0 | R-1 |

Monthly Payment: $0
PAID
CURRENT ACCOUNT
LAST PAID:

| I | CITIFINANCIAL ⬛⬛8321 | Xpn01 03/03 | 03/01 | | $0 | $0 | | 1X | 25 | 0 | 0 | 0 | I-1 |

Monthly Payment: $0
PAID
CURRENT ACCOUNT
LAST PAID:

## PUBLIC RECORDS

| | | | |
|---|---|---|---|
| Borrower/Co-Borrower: | Borrower | Public Record Type: | TaxLienOther |
| Bureau: | Tuc | Docket #: | 92309931 |
| Date Filed: | 2009-08-20 | | |
| Amount: | $4,771 | | |
| Case Number: | 92309931 | | |
| Comments: | STATE TAX LIEN | | |

The reporting bureau certifies that: (a) public records have been checked for tax liens, judgements, foreclosures, garnishments, bankruptcies, and legal actions involving the subject(s) with the results indicated above; or (b) equivalent information has been obtained through the use of a qualified public records reporting service with the results indicated above . The records of real estate transfers which do not involve foreclosures may be excluded. Equifax Information Svc. LLC. certifies that the information provided in this report meets the requirements of the U.S. Dept. of HUD, FHA, VA, USDA, RECD & FSA, Fannie Mae and FHLMC.
The information is confidential and not to be divulged except as required by PUBLIC LAW 91-508, 93-579, 94-239.

# EQUIFAX MORTGAGE SOLUTIONS

| APPLICANT | SPOUSE | PAGE |
|---|---|---|
| JAMES B MCDONALD | | Page 8 of 11 |

| Report No. | Date Ordered | Requested By | Loan Number | Prepared By | Date Completed | Date Revised |
|---|---|---|---|---|---|---|
| P554F4 | 07/20/12 | ▓▓▓ MARK | ▓▓▓244 | | 07/20/12 | |

## PUBLIC RECORDS

| | | | |
|---|---|---|---|
| **Borrower/Co-Borrower:** | Borrower | **Public Record Type:** | Judgment |
| **Bureau:** | Xpn | **Docket #:** | 092309931 |
| **Date Filed:** | 2009-08-20 | **Plaintiff:** | STATE OF WASHINGTON |
| **Amount:** | $4,771 | | |
| **Case Number:** | 092309931 | | |
| **Member Code:** | KING COUNTY SUPERIOR | | |
| **Court Name:** | KING COUNTY SUPERIOR | | |
| **Comments:** | JUDGEMENT. | | |

| | | | |
|---|---|---|---|
| **Borrower/Co-Borrower:** | Borrower | **Public Record Type:** | BankruptcyChapter7 |
| **Bureau:** | Xpn | **Date Released:** | 09/29/10 |
| **Date Filed:** | 2010-07-22 | **Docket #:** | 1018496SJS |
| **Amount:** | $0 | | |
| **Case Number:** | 1018496SJS | | |
| **Member Code:** | US BKPT CT WA SEATTL | | |
| **Court Name:** | US BKPT CT WA SEATTL | | |
| **Comments:** | BANKRUPTCY CHAP. 7 DISMISSED. | | |

## INQUIRIES

| Inquirer Name | Inquiry Date | Repository | Subscriber Code |
|---|---|---|---|
| GREEN TREE SERVICING | 04/24/12 | Xpn01 | 1928081 |
| GREEN TREE SERVICING | 09/16/11 | Xpn01 | 1638450 |
| COMCAST | 09/05/11 | Efx01 | 910UZ85866 |

## ADDITIONAL INFORMATION

| | |
|---|---|
| EFX | ADDRESS DISCREPANCY:(N) NO SUBSTANTIAL DIFFERENCE OCCURRED |
| EFX | CREDIT REPORT SSN: ▓▓▓ |
| EFX | CREDIT REPORT SSN CONFIRMED: Y |
| EFX | INQUIRY SSN: ▓▓▓ |
| EFX | INQUIRY SSN DATE ISSUED: ▓▓ |
| EFX | INQUIRY SSN STATE ISSUED: ▓▓ |
| EFX | SSN MATCH INDICATOR: YYYYYYYYY |
| XPN | DISPLAYED SSN IS THE SAME AS INQUIRY SSN |
| XPN | SSN MATCH INDICATOR: YYYYYYYYY |
| TUC | 05 - Exact match between SSN on input and SSN on file |
| EFX | BORROWER: SSN ISSUE STATE:▓ SSN ISSUE DATE: ▓▓ |

ID[▓▓▓ V[5] M N[▓▓▓ E[I] R D[▓▓▓] SSN[▓▓▓ S
D[▓▓▓ L[MCDONALD ] F[JAMES ] M[B ] H
N[14840 ] SN[119TH PLACE ] ST[ ] C[KIRKLAND ] S[WA]
Z[98034] Z4[0 ]

TU-[001][12-01-B -03600327- -MCDONALD -JAMES
-BRADLEY - -
- ▓▓▓20120720-152853]

## CONSUMER REFERRAL

**Repository:** Efx01     **Date:** 07/20/12

**Name:** JAMES B MCDONALD

The reporting bureau certifies that: (a) public records have been checked for tax liens, judgements, foreclosures, garnishments, bankruptcies, and legal actions involving the subject(s) with the results indicated above; or (b) equivalent information has been obtained through the use of a qualified public records reporting service with the results indicated above . The records of real estate transfers which do not involve foreclosures may be excluded. Equifax Information Svc. LLC. certifies that the information provided in this report meets the requirements of the U.S. Dept. of HUD, FHA, VA, USDA, RECD & FSA, Fannie Mae and FHLMC.
The information is confidential and not to be divulged except as required by PUBLIC LAW 91-508, 93-579, 94-239.

# EQUIFAX MORTGAGE SOLUTIONS

| APPLICANT | SPOUSE | PAGE |
|---|---|---|
| JAMES B MCDONALD | | Page 9 of 11 |

| Report No. | Date Ordered | Requested By | Loan Number | Prepared By | Date Completed | Date Revised |
|---|---|---|---|---|---|---|
| P554F4 | 07/20/12 | ▓▓▓▓ MARK | ▓▓▓▓244 | | 07/20/12 | |

## CONSUMER REFERRAL

EQUIFAX INFORMATION SERVICES LIC
P O BOX 740241
ATLANTA, GA 303740241
(800) 685-1111

**Repository:** Xpn01     **Date:** 07/20/12
**Name:** JAMES B MCDONALD
EXPERIAN
701 EXPERIAN PARKWAY
PO BOX 2002
ALLEN, TX 75013
(888) 397-3742

**Repository:** Tuc01     **Date:** 07/20/12
**Name:** JAMES B MCDONALD
TRANSUNION
2 BALDWIN PLACE, P.O.BOX 1000
CHESTER, PA. 19022
(800) 888-4213

## CREDITOR CONTACT INFORMATION

**AFNI**                               ▓▓▓▓          **(888)216-2408**
  PO BOX 3097, BLOOMINGTON, IL 61702
**ALLIANCEONE**                       ▓▓▓▓          **(800)456-8838**
  6565 KIMBALL DR, GIG HARBOR, WA 98335
**BK OF AMER**                        ▓▓▓▓          **(800)669-6607**
  4161 PIEDMONT PKWY, GREENSBORO, NC 27410
**BK OF AMER**                        ▓▓▓▓          **(800)759-6262**
  DE5 019 03 07 4060 OGLETOWN STANTON RD, NEWARK, DE 19714
**BRCLYSBANKDE**                      ▓▓▓▓          **(302)255-8000**
  125 S WEST ST, WILMINGTON, DE 19801
**CHASE**                             ▓▓▓▓          **(800)955-9900**
  PO BOX 15298, WILMINGTON, DE 19850
**CITI/SHELL**                                      **BY MAIL ONLY**
  PO BOX 6497, SIOUX FALLS, SD 57117
**CITIFINANCIA**                      ▓▓▓▓          **(800)922-6235**
  BSP13A 300 SAINT PAUL PLA, BALTIMORE, MD 21202
**CITIFINANCIAL**                     ▓▓▓▓          **(800)922-6235**
  300 SAINT PAUL PL, BALTIMORE, MD 21202
**DISCOVER FIN**
  PO BOX15316 ATT CMS PROD DEVELOP, WILMINGTON, DE 19850
**DSNB MACYS**                        ▓▓▓▓          **(800)243-6552**
  911 DUKE BLVD, MASON, OH 45040
**EVERGRN PROF**                      ▓▓▓▓          **(206)223-1676**
  12100 NE 195TH ST STE 18, BOTHELL, WA 98011
**GREEN TREE**                        ▓▓▓▓          **(855)812-1402**
  PO BOX 6172, RAPID CITY, SD 57709
**JARED**                             ▓▓▓▓
  375 GHENT RD., AKRON, OH 44333
**MEDICAL**                           ▓▓▓▓

The reporting bureau certifies that: (a) public records have been checked for tax liens, judgements, foreclosures, garnishments, bankruptcies, and legal actions involving the subject(s) with the results indicated above; or (b)
equivalent information has been obtained through the use of a qualified public records reporting service with the results indicated above . The records of real estate transfers which do not involve foreclosures may be excluded.
Equifax Information Svc. LLC. certifies that the information provided in this report meets the requirements of the U.S. Dept. of HUD, FHA, VA, USDA, RECD & FSA, Fannie Mae and FHLMC.
The information is confidential and not to be divulged except as required by PUBLIC LAW 91-508, 93-579, 94-239.

# EQUIFAX MORTGAGE SOLUTIONS

| APPLICANT | SPOUSE | PAGE |
|---|---|---|
| JAMES B MCDONALD | | Page 10 of 11 |

| Report No. | Date Ordered | Requested By | Loan Number | Prepared By | Date Completed | Date Revised |
|---|---|---|---|---|---|---|
| P554F4 | 07/20/12 | ███, MARK | ███1244 | | 07/20/12 | |

## CREDITOR CONTACT INFORMATION

**MEDICAL** ███████

**MEDICAL** ███████

**MOR FURNITUR** ███████
  CSCL DISPUTE TEAM MACN823504M PO BOX 14517, DES MOINES, IA 50306
**NAR INC** ███████

**NCO FIN/55** ███████ (877)433-9990
  PO BOX 13570, PHILADELPHIA, PA 19101
**ONEWEST BANK** ███████ (800)781-7399
  6900 BEATRICE DRIVE PO BOX 4045, KALAMAZOO, MI 49003
**ONEWEST BANK** ███████ (800)781-7399
  6900 BEATRICE DRIVE PO BOX 4045, KALAMAZOO, MI 49003
**SALLIE MAE** ███████ BY MAIL ONLY
  PO BOX 9500, WILKES BARRE, PA 18773
**SALLIE MAE** ███████ BY MAIL ONLY
  PO BOX 9500, WILKES BARRE, PA 18773
**SALLIE MAE** ███████ BY MAIL ONLY
  PO BOX 9500, WILKES BARRE, PA 18773
**SALLIE MAE** ███████ BY MAIL ONLY
  PO BOX 9500, WILKES BARRE, PA 18773
**SEARS/CBNA** ███████ BY MAIL ONLY
  PO BOX 6282, SIOUX FALLS, SD 57117
**WESTCOASTADJ** ███████

**WFDS/WDS** ███████ BY MAIL ONLY
  PO BOX 1697, WINTERVILLE, NC 28590

7360 S KYRENE RD, TEMPE, AZ 85283 ███████

7360 S KYRENE RD, TEMPE, AZ 85283 ███████

15815 25TH AV W., LYNNWOOD, WA 98087 ███████

KING COUNTY
SUPERIOR

US BKPT CT WA
SEATTL

## SSN CHECK RESULTS

**Repository:** Efx01
**Name:** JAMES B MCDONALD
IDENTITY SCAN: IDENTITY SCAN DID NOT DETECT ANY ALERTS

**Repository:** Xpn01
**Name:** JAMES B MCDONALD

**Repository:** Tuc01

The reporting bureau certifies that: (a) public records have been checked for tax liens, judgements, foreclosures, garnishments, bankruptcies, and legal actions involving the subject(s) with the results indicated above; or (b) equivalent information has been obtained through the use of a qualified public records reporting service with the results indicated above . The records of real estate transfers which do not involve foreclosures may be excluded. Equifax Information Svc. LLC. certifies that the information provided in this report meets the requirements of the U.S. Dept. of HUD, FHA, VA, USDA, RECD & FSA, Fannie Mae and FHLMC.
The information is confidential and not to be divulged except as required by PUBLIC LAW 91-508, 93-579, 94-239.

# EQUIFAX MORTGAGE SOLUTIONS

| APPLICANT | SPOUSE | PAGE |
|---|---|---|
| JAMES B MCDONALD | | Page 11 of 11 |

| Report No. | Date Ordered | Requested By | Loan Number | Prepared By | Date Completed | Date Revised |
|---|---|---|---|---|---|---|
| P554F4 | 07/20/12 | ▮▮▮, MARK | ▮▮▮1244 | | 07/20/12 | |

### SSN CHECK RESULTS

**Name:**   JAMES B MCDONALD

HAWK ALERT: HAWK SYSTEM ACCESS NOT AUTHORIZED

HAWK ALERT: SUBSCRIBER CODE NOT AUTHORIZED FOR REQUESTED PRODUCT

### VARIATIONS

**Repository:** Efx01          **Date:** 07/20/12          **Since:**

**Name:**   JAMES B MCDONALD
   Also Known As:  JAMES B MCDONALD
   Current Address:  14840 119TH PL NE, KIRKLAND, WA 98034
   Former Address:  14500 ADMIRALTY WAY, APT H303, LYNNWOOD, WA 98087
   Former Address:  9020 N HUNTER AVE, KANSAS CITY, MO 64157
   Employer:  KG MENS STORE, UNK

**Repository:** Xpn01          **Date:** 07/20/12          **Since:**

**Name:**   JAMES B MCDONALD
   Also Known As:  JAMES B MCDONALD
   Current Address:  14840 119TH PL NE, KIRKLAND, WA 98034
   Former Address:  9020 HUNTER AVE, KANSAS CITY, MO 64157
   Employer:  ST EDWARDS UNIVERSITY, 04/01/1996-04/01/1996

**Repository:** Tuc01          **Date:** 07/20/12          **Since:**

**Name:**   JAMES B MCDONALD
   Also Known As:  JAMES BRADLEY MCDONALD
   Current Address:  14840 NE 119TH PL, KIRKLAND, WA 98034
   Former Address:  14500 ADMIRALTY WY, APT H303, LYNNWOOD, WA 98087
   Former Address:  9020 N HUNTER AV, KANSAS CITY, MO 64157

**** End of Report 07/20/12  4:28PM  ****

The reporting bureau certifies that: (a) public records have been checked for tax liens, judgements, foreclosures, garnishments, bankruptcies, and legal actions involving the subject(s) with the results indicated above; or (b) equivalent information has been obtained through the use of a qualified public records reporting service with the results indicated above . The records of real estate transfers which do not involve foreclosures may be excluded. Equifax Information Svc. LLC, certifies that the information provided in this report meets the requirements of the U.S. Dept. of HUD, FHA, VA, USDA, RECD & FSA, Fannie Mae and FHLMC.
The information is confidential and not to be divulged except as required by PUBLIC LAW 91-508, 93-579, 94-239.

**ONEWEST BANK FSB**

**ORDER NUMBER: P554F4**
**CONSUMER REPORTING AGENCY:**

EQUIFAX MORTGAGE SOLUTIONS
6 EAST CLEMENTON RD
GIBBSBORO, NJ 08026
PHONE: (877) 897-4995

**DATE ORDERED: 07/20/12**
**REPORT PREPARED FOR:**

ONEWEST BANK FSB
255 W BARRANCA ST
WEST COVINA, CA 91791
PHONE: (626) 859-5442

**BORROWER'S INFORMATION**
**NAME:** JAMES B MCDONALD

**Your Credit Score and the Price You Pay for Credit**

| Your Credit Score | | |
|---|---|---|
| **Your Equifax Credit Score** | Score: ▬▬▬<br>Source:  EQUIFAX BEACON 5.0 FACTA | Date:  07/20/2012 |
| **Your Experian Credit Score** | Score: ▬▬▬<br>Source:  EXPERIAN FAIR ISAAC V2 | Date:  07/20/2012 |
| **Your Trans Union Credit Score** | Score: ▬▬▬<br>Source:  TRANS UNION FICO RISK SCORE CLASSIC 04 | Date:  07/20/2012 |

| Understanding Your Credit Score | |
|---|---|
| **What you should know about credit scores** | Your credit score is a number that reflects the information in your credit report.<br><br>Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.<br><br>Your credit score can change, depending on how your credit history changes. |
| **How we use your credit score** | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| **The range of scores** | EQUIFAX BEACON 5.0 FACTA : Scores range from a low of 334 to a high of 818.<br>EXPERIAN FAIR ISAAC V2 : Scores range from a low of 320 to a high of 844.<br>TRANS UNION FICO RISK SCORE CLASSIC 04 : Scores range from a low of 309 to a high of 839.<br><br>Generally, the higher your score, the more likely you are to be offered better credit terms. |
| **How your Equifax score compares to the scores of other consumers** | Your Equifax credit score ranks higher than ▬ percent of U.S. consumers. |

| Key factors that adversely affected your Equifax credit score | 00038  SERIOUS DELINQUENCY, DEROGATORY PUBLIC RECORD OR COLLECTION FILED<br>00013  TIME ON DELINQUENCY IS TOO RECENT OR UNKNOWN<br>00018  NUMBER OF ACCOUNTS WITH DELINQUENCY<br>00010  PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS |
|---|---|
| How your Experian score compares to the scores of other consumers | Your Experian credit score ranks higher than ● percent of U.S. consumers. |
| Key factors that adversely affected your Experian credit score | 38  SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED<br>20  TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT<br>13  TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN<br>10  RATIO OF BALANCE TO LIMIT ON BANK REVOLVING OR OTHER REV ACCTS TOO HIGH<br>08  TOO MANY INQUIRIES LAST 12 MONTHS |
| How your Trans Union score compares to the scores of other consumers | Your Trans Union credit score ranks higher than ● percent of U.S. consumers. |
| Key factors that adversely affected your Trans Union credit score | 038  SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED<br>013  TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN<br>010  PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK OR OTHER REVOLVING ACCOUNTS<br>018  NUMBER OF ACCOUNTS WITH DELINQUENCY |

**Checking Your Credit Report**

| What if there are mistakes in your credit report? | You have the right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. |
|---|---|
| How can you obtain a copy of your credit report? | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free credit report-<br><br>By telephone :  Call toll-free: 1-877-322-8228<br><br>On the web   :  Visit www.annualcreditreport.com<br><br>By mail        :  Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's website at http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf ) to:<br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| How can you get more information? | |

For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's website at www.consumerfinance.gov/learnmore.