UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br>           Plaintiff,<br><br>   v.<br><br>ONEWEST BANK, FSB, *et al.*,<br>           Defendants. | Case No. C10-1952RSL<br><br>MINUTE ORDER RE-NOTING MOTION FOR EXTENSION |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

Plaintiff filed an "Ex Parte Motion for Extension for Dispositive Motion Cut-off Date" (Dkt. # 157) on August 2, 2012, that he noted for the same day. The motion is not a proper ex parte motion. It should have been noted on the Court's calendar pursuant to Local Civil Rule 7(d)(2) for no earlier than the second Friday after the date of filing: August 10, 2012. The Court directs the Clerk of Court to re-note Plaintiff's motion to this date.

DATED this 3rd day of August, 2012

                                                      s/ Kerry Simonds
                                                    Kerry Simonds, Deputy Clerk to
                                                    the Honorable Robert S. Lasnik, Judge

MINUTE ORDER RE-NOTING MOTION FOR EXTENSION - 1