The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>　　　　Defendants. | No. C10-1952 RSL<br><br>**ORDER DENYING PLAINTIFF'S EMERGENCY MOTION TO CONTINUE DISPOSITIVE MOTION CUT-OFF**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 2, 2012** |

THIS MATTER came on for consideration upon Plaintiff James McDonald's Emergency Motion to Continue Dispositive Motion Cut-Off.

The court considered the Plaintiff's Motion, all documents in response and reply thereto as well as the supporting declarations and exhibits attached, and the records filed herein; now, therefore, it is hereby ORDERED that: the Plaintiff's Emergency Motion to Continue Dispositive Motion Cut-Off is DENIED.

DONE IN OPEN COURT this _____ day of _____, 2012

_____
Honorable Judge Robert S. Lasnik

ORDER DENYING PLAINTIFF'S
EMERGENCY MOTION TO CONTINUE
DISPOSITIVE MOTION CUT-OFF - 1 OF 2
CASE NO. C10 – 1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1 | Presented by:

2

**ROUTH CRABTREE OLSEN, P.S.**

3

4 | _____
Heidi E. Buck, WSBA No. 41769

5 | Attorneys for Defendants OneWest Bank, FSB, Mortgage Electronic Registration

6 | Systems Inc., and Northwest Trustee Services, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING PLAINTIFF'S
EMERGENCY MOTION TO CONTINUE
DISPOSITIVE MOTION CUT-OFF - 2 OF 2
CASE NO. C10 – 1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131