UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHIGNTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>　　　　Defendants. | Case No: C10-1952 RSL<br><br>**DECLARATION OF SERVICE** |

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent be a witness herein.

2. That on August 3, 2012, I caused a copy of **Defendants OneWest, MERS, and Northwest Trustee Services, Inc.'s Opposition to Plaintiff's Emergency Motion to Continue Dispositive Motion Cut-Off, Order Denying Plaintiff's Emergency Motion to Continue Dispositive Motion, and this Declaration of Service** to be served to the following in the manner noted below:

DECLARATION OF SERVICE - 1

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  James McDonald, *Pro Se*            [X] US Mail, Postage Prepaid
   14840 119th PL NE                   [ ] Hand Delivery
2  Kirkland, WA 98034                  [ ] Overnight Mail
                                       [ ] Fax
3

4
       I declare under the penalty of perjury under the laws of the State of Washington that the
5
   foregoing is true and correct.
6
   Signed this 3rd day of August, 2012.
7

8

9                                                  _____
                                                   Tommy Kwong, Paralegal
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF SERVICE - 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131