1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES MCDONALD,

        Plaintiff,

    v.

ONEWEST BANK, FSB, *et al.*,

        Defendants.

Case No. C10-1952RSL

FOURTH AMENDED ORDER
SETTING TRIAL DATE & RELATED
DATES

| | |
|---|---|
| **TRIAL DATE** | December 3, 2012 |
| All dispositive motions must be filed by<br>    and noted on the motion calendar no later than the<br>    fourth Friday thereafter (see CR 7(d)(3)) | September 21, 2012 |
| Settlement conference per CR 39.1(c)(2) held no later than | October 4, 2012 |
| Mediation per CR 39.1(c)(3) held no later than | November 3, 2012 |
| All motions in limine must be filed by<br>    and noted on the motion calendar no earlier than the<br>    second Friday thereafter | November 5, 2012 |
| Agreed pretrial order due | November 21, 2012 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, proposed<br>    jury instructions, and trial exhibits due | November 28, 2012 |
| Length of Trial:  4 days | Jury |

     These dates are set at the direction of the Court after reviewing plaintiff's motion for an extension of the dispositive motion deadline. Dkt. # 157.  All other dates have already passed or are specified in the Local Civil Rules.  If any of the dates identified in this Order or the Local

FOURTH AMENDED ORDER SETTING TRIAL DATE & RELATED DATES - 1

Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.  These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties.  The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Teri Roberts, the judicial assistant, at 206-370-8810 within 10 days of the date of this Order and must set forth the exact nature of the conflict.  A failure to do so will be deemed a waiver.  Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

ALTERATIONS TO ELECTRONIC FILING PROCEDURES AND LOCAL RULES

As of June 1, 2004, counsel are required to electronically file all documents with the Court.  *Pro se* litigants may file either electronically or in paper form.  Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov.  The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Lasnik:

– Pursuant to Local Rule 10(e)(8), when the aggregate submittal to the court (*i.e.*, the motion, any declarations and exhibits, the proposed order, and the certificate of service) exceeds **50** pages in length, a paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office for chambers by 10:30 am the morning after filing.  The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."

– Section III, Paragraph L - unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

– Pursuant to Local Rule 10(e)(10), all references in the parties' filings to exhibits should be as specific as possible (*i.e.*, the reference should cite the specific page numbers, paragraphs,

FOURTH AMENDED ORDER SETTING TRIAL DATE & RELATED DATES - 2

line numbers, etc.).  All exhibits must be marked to designate testimony or evidence referred to in the parties' filings.  Filings that do not comply with Local Rule 10(e) may be rejected and/or returned to the filing party, particularly if a party submits lengthy deposition testimony without highlighting or other required markings.

– Pursuant to this order, any motion *in limine* must be filed by the date set forth above and noted on the motion calendar no earlier than the second Friday thereafter.  Any response is due on or before the Wednesday before the noting date.  Parties may file and serve reply memoranda, not to exceed nine pages in length, on or before the noting date.

## PRIVACY POLICY

Pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule 5.2, parties must redact the following information from documents and exhibits before they are filed with the court:

* Dates of Birth - redact to the year of birth

* Names of Minor Children - redact to the initials

* Social Security Numbers and Taxpayer Identification Numbers - redact in their entirety

* Financial Accounting Information - redact to the last four digits

* Passport Numbers and Driver License Numbers - redact in their entirety

All documents filed in the above-captioned matter must comply with Federal Rule of Civil Procedure 5.2 and Local Rule 5.2.

## COOPERATION

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible.  Counsel are further directed to cooperate in preparing the final pretrial order in the format required by CR 16.1, except as ordered below.

FOURTH AMENDED ORDER SETTING TRIAL DATE & RELATED DATES - 3

1

TRIAL EXHIBITS

2   The original and one copy of the trial exhibits are to be delivered to chambers five days

3 before the trial date.  Each exhibit shall be clearly marked.  Exhibit tags are available in the

4 Clerk's Office.  The Court hereby alters the CR 16.1 procedure for numbering exhibits:

5 plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall

6 be numbered consecutively beginning with 500.  Duplicate documents shall not be listed twice:

7 once a party has identified an exhibit in the pretrial order, any party may use it.  Each set of

8 exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

9

10

SETTLEMENT

11   Should this case settle, counsel shall notify the Deputy Clerk, Kerry Simonds at 206-370-

12 8519, as soon as possible.  Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk

13 prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

14

15   Dated this 22nd day of August, 2012.

16

17         _MMr S Lasnik_

18         Robert S. Lasnik
           United States District Judge

19

20

21

22

23

24

25

26

FOURTH AMENDED ORDER SETTING TRIAL DATE & RELATED DATES - 4