The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JAMES MCDONALD,

Plaintiff,

v.

ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,

Defendants.

No. C10-1952 RSL

DEFENDANTS' ONEWEST, MERS, AND NORTHWEST TRUSTEE SERVICES, INC. NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT ON CLAIMS FOR DTA VIOLATIONS, RESPA VIOLATIONS, FDCPA VIOLATIONS, CPA VIOLATIONS, FRAUD, CIVIL CONSPIRACY CLAIM, SLANDER OF TITLE, AND INJUNCTION

Defendants OneWest Bank, FSB ("OneWest"), Mortgage Electronic Registration Systems Inc. ("MERS"), and Northwest Trustee Services, Inc. ("NWTS") (collectively "Defendants") hereby withdraw their Motion for Summary Judgment filed on March 22, 2012 (Dkt. 121), which was re-noted by the court for August 24, 2012 (Dkt. 143) in light of the Order entered on August 23, 2012 (Dkt. 164).

Defendants intend to supplement the motion for summary judgment to address the recent Washington Supreme Court opinion in the *Bain*[1] *v. Metropolitan Mortgage Group, Inc., et al.* matter as suggest by the court and will re-note the motion for consideration on a later date.

To the extent Defendant OneWest's pending Partial Motion for Summary Judgment (Dkt.

---

[1] *Bain v. Metropolitan Mortgage Group, Inc., et al.*, Case No. 86206-1 (August 16, 2012).

DEFENDANTS NOTICE OF
WITHDRAWAL OF MOTION FOR
SUMMARY JUDGMENT - 1 of 2
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

154) relies upon factual statements or documentary evidence referenced in or attached to the withdrawing motion and declarations in support thereof, Defendant OneWest asks that the court allow Defendant OneWest to continue its reliance upon such documents as they are part of the court record.

DATED this 24th day of August, 2012.

Presented By:

ROUTH CRABTREE OLSEN, P.S.

By: /s/ Heidi E. Buck
Heidi E. Buck, WSBA No. 41769
Attorneys for Defendants OneWest, MERS, and Northwest Trustee Services, Inc.

DEFENDANTS NOTICE OF
WITHDRAWAL OF MOTION FOR
SUMMARY JUDGMENT - 2 of 2
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131