UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHIGNTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>　　　　Defendants. | Case No:  C10-1952 RSL<br><br>**DECLARATION OF SERVICE** |

The undersigned makes the following declaration:

1.　I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent be a witness herein.

2.　That on August 24, 2012, I caused a copy of **Defendants' OneWest, MERS, and Northwest Trustee Services, Inc. Notice of Withdrawal of Motion for Summary Judgent on Claims for DTA Violations, RESPA Violations, FDCPA Violations, CPA Violations, Fraud, Civil Conspiracy Claim, Slander of Title, and Injunction, Defendants' Reply to Plaintiff's**

DECLARATION OF SERVICE - 1

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

**Response to Defendants' Motion for Summary Judgment, and this Declaration of Service** to be served to the following in the manner noted below:

James McDonald, *Pro Se*  
14840 119th PL NE  
Kirkland, WA 98034

[X] US Mail, Postage Prepaid  
[ ] Hand Delivery  
[ ] Overnight Mail  
[ ] Email: james@jamesmcdonald.net

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 24th day of August, 2012.

Tommy Kwong, Paralegal

DECLARATION OF SERVICE - 2

ROUTH CRABTREE OLSEN, P.S.  
13555 SE 36th St., Ste 300  
Bellevue, WA 98006  
Telephone: 425.458.2121  
Facsimile: 425.458.2131