The Honorable Robert S Lasnik

James McDonald
14840 119th PL NE
Kirkland, WA 98034

# UNITED STATES DISTRICT COURT,
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **James McDonald**<br>**Plaintiff**<br>v.<br>**OneWest Bank, FSB,**<br>**Northwest Trustee Services,**<br>**Mortgage Electronic Registration Systems,**<br>**Defendants.** | No. **C10-1952-RSL**<br><br>Motion to Withdraw Previous Partial Motion for Summary Judgment, Docket 103.<br><br>Noting Date: September 19, 2012 |

COMES NOW, Plaintiff James McDonald and respectfully requests the Court allow Plaintiff to withdraw his previous Partial Motion for Summary Judgment, Docket #103. The Court encouraged the parties to reflect on the Washington State Supreme Court's decision on *Bain* and to resubmit their respective Motions for Summary Judgment as a result (Docket #164). Plaintiff has done as suggested and is ready to file a more complete Motion for Summary Judgment.

Dated this 19th day of September, 2012.

/s/ James McDonald -
James McDonald
Pro Se

**Certificate of Service**
I hereby certify that on the 19 day of September, 2012 the foregoing was electronically filed with the Clerk of the Court using the ECF system, which sent notification and therefore served the following:
Heidi Buck
Routh Crabtree Olsen
13555 SE 36th ST Suite 300
Bellevue, WA 98006

/s/ James McDonald -
James McDonald
Pro Se

Motion to Remove Partial Motion for Summary Judgment

1

James McDonald
14840 119th PL NE
Kirkland, WA 98034
(425) 210-0614