The Honorable Robert S Lasnik

James McDonald
14840 119th PL NE
Kirkland, WA 98034

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| James McDonald | No. **C10-1952-RSL** |
|---|---|
| **Plaintiff** v. **OneWest Bank, FSB,** **Northwest Trustee Services,** **Mortgage Electronic Registration Systems,** **Defendants.** | Proposed Order: Motion to Withdraw |

This matter came before the Court upon James McDonald's (PLAINTIFF)'s motion withdraw his Partial Motion for Summary Judgment. The Court considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion that the Plaintiff is allowed withdraw his previous Partial Motion for Summary Judgment and be allowed to file a new Motion for Summary Judgment no later than September 21, 2012.

IT IS SO ORDERED.

Dated this _____ day of _____, 20__

_____
Robert S. Lasnik, United States District Judge

**Presented by:**

**/s/ James McDonald   -**
**James McDonald**
**Pro Se**