The Honorable Robert S Lasnik

James McDonald
14840 119th PL NE
Kirkland, WA 98034

# UNITED STATES DISTRICT COURT,
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| James McDonald | No. **C10-1952-RSL** |
|---|---|
| **Plaintiff** | |
| v. | Motion to File Over-length brief: Motion for Summary Judgment |
| OneWest Bank, FSB,<br>Northwest Trustee Services,<br>Mortgage Electronic Registration Systems,<br>**Defendants.** | Noting Date: September 19, 2012 |

COMES NOW, Plaintiff James McDonald and respectfully requests this Court grant this Motion to file an over-length brief in order to completely brief his Motion for Summary Judgment. The Court is aware that Plaintiff's Second Amended Complaint is 43 pages long. Plaintiff requests an additional 20 pages to the 25 page limit for dispositive motions for a total of 45 pages.

Plaintiff thanks the Court for the kind consideration in this matter.

/s/ James McDonald -
James McDonald
Pro Se

**Certificate of Service**
I hereby certify that on the 19 day of September, 2012 the foregoing was electronically filed with the Clerk of the Court using the ECF system, which sent notification and therefore served the following:
Heidi Buck
Routh Crabtree Olsen
13555 SE 36th ST Suite 300
Bellevue, WA 98006

/s/ James McDonald -
James McDonald
Pro Se

Motion for Over-length brief- MSJ                                1

James McDonald
14840 119th PL NE
Kirkland, WA 98034
(425) 210-0614