The Honorable Robert S Lasnik

James McDonald
14840 119th PL NE
Kirkland, WA 98034

# UNITED STATES DISTRICT COURT,
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **James McDonald**<br>**Plaintiff**<br><br>v.<br><br>**OneWest Bank, FSB,**<br>**Northwest Trustee Services,**<br>**Mortgage Electronic Registration Systems,**<br>**Defendants.** | No. **C10-1952-RSL**<br><br>Proposed Order: Motion to File Over Length Brief |

This matter came before the Court upon James McDonald's (PLAINTIFF)'s motion to file over-length brief. The Court considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion that the Plaintiff is allowed a total of 45 pages to file his Motion for Summary Judgment.

IT IS SO ORDERED.

Dated this _____ day of _____, 20__

_____
Robert S. Lasnik, United States District Judge

**Presented by:**

<u>/s/ James McDonald    -</u>
**James McDonald**
**Pro Se**