UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JAMES MCDONALD,                                 )         No. C10-1952RSL
                                                                  )
                  Plaintiff,                           )
    v.                                                          )         ORDER GRANTING PERMISSION
                                                                  )         TO FILE OVERLENGTH MOTION
ONEWEST BANK, FSB, *et al.*,              )
                                                                  )
                  Defendants.                      )
_____)

       This matter comes before the Court on plaintiff's "Motion to File Over-length brief: Motion for Summary Judgment." Dkt. # 170. The motion is GRANTED. Plaintiff may file a motion that does not exceed forty-five pages. Pursuant to Local Civil Rule 7(f)(4), the opposition brief may be forty-five pages long and the reply brief shall not exceed twenty-two pages.

       Dated this 20th day of September, 2012.

                                           /s/ Robert S. Lasnik
                             Robert S. Lasnik
                             United States District Judge