The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JAMES MCDONALD,

    Plaintiff,

v.

ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,

    Defendants.

No. C10-1952 RSL

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOTE ON MOTION CALENDAR: [October 19, 2012]

**ORAL ARGUMENT REQUESTED**

THIS MATTER came on for consideration this date upon Defendants OneWest Bank, FSB ("OneWest"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and Northwest Trustee Services, Inc.'s ("NWTS") Motion for Summary Judgment. The court considered the Defendants' Motion for Summary Judgment, all documents in response and reply thereto, oral argument, all supporting Declarations and Exhibits attached thereto as well as the records filed herein. Finding that Plaintiff's claims fail as a matter of law as to all Defendants and there is no further basis for the preliminary injunction; now, therefore, it is hereby

//
//
//
//
//

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT – PAGE 1 OF 2
CASE NO. C10-1952 RSL

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  ORDERED that Defendants' Motion for Summary Judgment is granted, in entirety, such
2  that Plaintiff's claims fail as a matter of law and the Preliminary Injunction entered on January
3  25, 2010, is dissolved.
4  IT IS FURTHER ORDERED that pursuant to RCW 61.24.130(3), the court shall set a
5  sale date for the property to be sold, which is not less than forty-five days from entry of this
6  order. Accordingly, the Defendants may proceed with the nonjudicial trustee's sale on or after
7  _____.

8  DONE IN OPEN COURT this _____ day of _____, 2012.

9
10
11
12  _____
    Honorable Judge Robert S. Lasnik
13
14  Presented by:
15
    **ROUTH CRABTREE OLSEN, P.S.**
16
17  _____
18  Heidi E. Buck, WSBA No. 41769
    Of Attorneys for Defendants OneWest
19  Bank, Mortgage Electronic Registration
    Systems, Inc., and Northwest Trustee
20  Services, Inc.
21
22
23
24
25
26

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT – PAGE 2 OF 2
CASE NO. C10-1952 RSL

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131