The Honorable Robert S Lasnik

James McDonald
14840 119th PL NE
Kirkland, WA 98034

# UNITED STATES DISTRICT COURT,
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **James McDonald**<br>　　　　　　　　　　　　**Plaintiff**<br>　　　　v.<br>**OneWest Bank, FSB,**<br>**Northwest Trustee Services,**<br>**Mortgage Electronic Registration Systems,**<br>　　　　　　　　　　　　**Defendants.** | No. **C10-1952-RSL**<br><br>Notice of Appearance |

**PLEASE TAKE NOTICE** that the undersigned counsel, Ha Thu Dao, Esq., hereby enters appearance on behalf of Plaintiff James McDonald effective immediately and requests that all pleadings, motions and correspondence concerning the above-styled case to be served upon her at the address listed herein.

DATED this September 21, 2012.

/s/ Ha Thu Dao
Ha Thu Dao, WSBA 21793
3501 Rucker Ave., Everett, WA 98201
Tel. (727) 269-9334
Fax. (727) 264-2447
E-mail: hadaojd@gmail.com

Notice of Appearance　　　　　1

**HA THU DAO, ESQ.**
3501 RUCKER AVE, EVERETT, WA 98201
Tel. 727-269-9334
Fax 727-264-2447
E-mail: hadaojd@gmail.com