The Honorable Robert S Lasnik

James McDonald
14840 119th PL NE
Kirkland, WA 98034

# UNITED STATES DISTRICT COURT,
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **James McDonald**<br>**Plaintiff**<br>v.<br>**OneWest Bank, FSB,**<br>**Northwest Trustee Services,**<br>**Mortgage Electronic Registration Systems,**<br>**Defendants.** | No. **C10-1952-RSL**<br><br>Proposed Order: Motion for Summary Judgment |

This matter came before the Court upon James McDonald's (PLAINTIFF)'s Motion for Summary Judgment. The Court considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion that the Plaintiff is entitled to Summary Judgment on all counts. The Court will hold an evidentiary hearing to determine damages.

IT IS SO ORDERED.

Dated this _____ day of _____, 20__

_____
Robert S. Lasnik, United States District Judge

**Presented by:**

**/s/ Ha Thu Dao   -**
**Ha Thu Dao**
**Attorney for Plaintiff**

HA THU DAO, ESQ.
3501 RUCKER AVE, EVERETT, WA 98201
Tel. 727-269-9334
Fax 727-264-2447
E-mail: hadaojd@gmail.com

Proposed Order: Plaintiff's Motion for Summary Judgment      1