The Honorable Robert S Lasnik

James McDonald
14840 119th PL NE
Kirkland, WA 98034

# UNITED STATES DISTRICT COURT,
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **James McDonald**<br>    **Plaintiff**<br>         v.<br>**OneWest Bank, FSB,**<br>**Northwest Trustee Services,**<br>**Mortgage Electronic Registration Systems,**<br>    **Defendants.** | No. **C10-1952-RSL**<br><br>Order: Motion to Withdraw |

This matter came before the Court upon James McDonald's (PLAINTIFF)'s motion withdraw his Partial Motion for Summary Judgment. The Court considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion that the Plaintiff is allowed withdraw his previous Partial Motion for Summary Judgment and be allowed to file a new Motion for Summary Judgment no later than September 21, 2012.

IT IS SO ORDERED.

Dated this 21st day of September, 2012.

*/s/ Robert S Lasnik*
Robert S. Lasnik
United States District Judge

**Presented by:**

**/s/ James McDonald   -**
**James McDonald**
**Pro Se**

Order Motion to Withdraw Partial
Motion for Summary Judgment

1

James McDonald
14840 119th PL NE
Kirkland, WA 98034
(425) 210-0614