UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES MCDONALD,

          Plaintiff,

   v.

ONEWEST BANK, FSB, *et al.*,

          Defendants.

Case No. C10-1952RSL

ORDER TO SHOW CAUSE

      This matter comes before the Court *sua sponte*. On September 21, 2012, plaintiff filed a motion for summary judgment which, taken as a whole, exceeds 50 pages in length. (Dkt. # 176). As of this date, a courtesy copy of these documents have not been provided for chambers.

      Plaintiff is hereby ORDERED to show cause, within five days of the date of this Order, why he should not be sanctioned for failure to comply with Local Rule 10(e)(8). Plaintiff shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

      DATED this 27th day of September, 2012.

                                            /s/ Robert S. Lasnik
                                            Robert S. Lasnik
                                            United States District Judge

ORDER TO SHOW CAUSE