Hon. Robert S. Lasnik

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR WESTERN DISTRICT OF WASHINGTON
SEATTLE OFFICE**

| | |
|---|---|
| JAMES MCDONALD,<br><br>               Plaintiff,<br>  vs.<br>ONEWEST BANK, FSB, et. al.<br><br>              Defendants. | CASE NO. 2:10-cv-01952-RSL<br><br>**PLAINTIFF COUNSEL'S DECLARATION IN RESPONSE TO SHOW CAUSE ORDER** |

## I. DECLARATION

   Ha Thu Dao, declares under penalty of perjury that the following statements are true and correct based on her personal knowledge, and are made in response to the Court's Order to Show Cause:

1. My client has requested for me to allow him to deliver the Courtesy Copy of Electronic Filing for Chambers, to the Clerk's Office pursuant to Local Rule 10(e)(8), personally, for his peace of mind that it does get done in a timely manner.

2. Based on the fact that my client had previously been the *pro se* litigant in the case, I allowed him to do so with certain confidence.

3. I learned after the fact that the copy was not delivered within the time allowed by the Rule via the Court's Order to Show Cause of September 27, 2012.

Plaintiff's Motion for Remand - 1

**HA THU DAO, ESQ.**
3501 RUCKER AVE, EVERETT, WA 98201
TEL. 727-269-9334 /FAX. 727-264-2447

4. I was not able to redirect the Courtesy Copy until Saturday morning, September 28, 2012. Said Copy was then delivered to the Court via drop box on Saturday, September 28, 2012, in the morning hours.

5. I apologize to the Court for the oversight and assure the Court that this will not happen again.

Respectfully submitted this 1st day of October, 2012.

/s/ Ha Thu Dao
_____
Ha Thu Dao, WSBA 21793
3501 Rucker Ave, Everett, WA 98201
(727) 269-9334/Fax 727-264-2447
hadaojd@gmail.com
Attorney for Plaintiffs

## CERTIFICATION OF SERVICE

I hereby certify on 10/1/2012, the foregoing document is being served via ___First Class Mail ___Priority Mail, ___Messenger Service ___Facsimile _X_Electronic Mail__X__ECF, upon the following parties:

DATED this 1st day of October, 2012.

/s/ Ha Thu Dao
_____
Ha Thu Dao, WSBA 21793

Counsel for all defendants
Heidi Buck, Esq.
Routh Crabtree Olsen, PS
13555 SE 36th St., Ste 300
Bellevue, WA 98006