UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
JAMES MCDONALD,                     )   Case No. C10-1952RSL
                                    )
                    Plaintiff,      )
        v.                          )
                                    )   ORDER
ONEWEST BANK, FSB, *et al.,*        )
                                    )
                                    )
                    Defendants.     )
_____)

   This matter comes before the Court *sua sponte*. On September 27, 2012, the Court ordered plaintiff to deliver a courtesy copy of documents filed on September 21, 2012. Plaintiff has now filed an explanation of his conduct and provided the necessary documents. The Order to Show Cause (Dkt. # 179) is hereby VACATED.

   DATED this 3rd of October, 2012.

                                    /s/ Robert S. Lasnik
                                    Robert S. Lasnik
                                    United States District Judge

ORDER