1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHIGNTON
AT SEATTLE

9  JAMES MCDONALD,
10              Plaintiff,
11  v.
12  ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE
13  ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB,
14  DOES 1-50,
15              Defendants.

Case No: C10-1952 RSL

**DECLARATION OF SERVICE**

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent be a witness herein.

2. That on October 15, 2012, I caused a copy of **Defendants OneWest, MERS, and NWTS' Response to Plaintiff's Motion for Summary Judgment, and this Declaration of Service** to be served to the following in the manner noted below:

//

//

DECLARATION OF SERVICE - 1

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

| | |
|---|---|
| James McDonald, *Pro Se*<br>14840 119th PL NE<br>Kirkland, WA 98034 | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 15th day of October, 2012.

/s/ Tommy Kwong
Tommy Kwong, Paralegal

DECLARATION OF SERVICE - 2

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131