**The Honorable Robert S Lasnik**
**C10-1952-RSL**

# Exhibit List

Exhibit 1: Notice of Default

Exhibit 2: Beneficiary Declaration/Loss Mitigation Form

Exhibit 3: Foreclosure Transmittal Package

Exhibit 4: Composite of Erica Johnson-Seck

Exhibit 5: Assignment of Deed of Trust

Exhibit 6: MERS Corporate Resolution

Exhibit 7: Appointment of Successor Trustee

Exhibit 8: Notice of Trustee Sale

Exhibit 9: Amended Notice of Trustee Sale

Exhibit 10: Qualified Written Request, Dispute, Debt Validation Demand

Exhibit 11: Stenman Letter

Exhibit 12: Northwest Trustee Services System Notes

Exhibit 13: OneWest response to QWR, Dispute, DVD

Exhibit 14: Composite Declarations of Charles Boyle

Exhibit 15: Deutsche Bank National Trust Company Communication

Exhibit 16: Freddie Mac email communication from Michael Henderson

Exhibit 17: Supplemental Pool Information

Exhibit 18: Declaration of JC San Pedro

Exhibit 19: FCRA Dispute Letter

Exhibit 20: NWTS Response to Interrogatories

Exhibit 21: Custodial Agreement

Exhibit 22: Defendants' Response to First Request for Production

Exhibit 23: Freddie Mac Servicing Guide Ch. 50-2

Exhibit 24: Composite of Public Records

Exhibit 25: Response Request to Produce 3

Motion for Summary Judgment                              1

HA THU DAO, ESQ.
3501 RUCKER AVE, EVERETT, WA 98201
Tel. 727-269-9334
Fax 727-264-2447
E-mail: hadaojd@gmail.com

Exhibit 26: Composite Credit Reporting Agencies Responses

Exhibit 27: Bankruptcy Schedule F

Exhibit 28: RCO Letter to Plaintiff

Exhibit 29: Freddie Mac website

Exhibit 30: Response Request to Produce 2

Motion for Summary Judgment                    2

**HA THU DAO, ESQ.**
3501 RUCKER AVE, EVERETT, WA 98201
Tel. 727-269-9334
Fax 727-264-2447
E-mail: hadaojd@gmail.com