The Honorable Robert S Lasnik

**UNITED STATES DISTRICT COURT,**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| **James McDonald**<br>**Plaintiff**<br>**v.**<br>**OneWest Bank, FSB,**<br>**Northwest Trustee Services,**<br>**Mortgage Electronic Registration Systems,**<br>**Defendants.** | No. **C10-1952-RSL**<br><br>Declaration of Charles Chong in Support of Plaintiff's Motion for Summary Judgment and Response to Defendants 3rd Motion for Summary Judgment |

Charles Chong declares as follows:

1. I was Mr. McDonald's supervisor from May 2005 to February 2007 at Indymac Bank, FSB. I am over the age of 18. I have direct, personal knowledge of the matters referred to herein.

2. I worked closely with Mr. McDonald during my time with Indymac Bank. During that time, I watched him become an outstanding account executive with a deep rooted integrity and the continuous drive to excel and develop a vast array of skill sets.

3. One of the skill sets he honed was his ability to detect fraudulent documentation. He personally reviewed almost every file that was submitted by his clients into the Bellevue, Washington operations center to ensure accuracy and honesty. He developed that skill by learning from the Quality Control employees on how to identify fraudulent documentation. He became very adept in discovering falsified or altered signatures, altered statements and

HA THU DAO, ESQ.
3501 RUCKER AVE, EVERETT, WA 98201
Tel. 727-269-9334
Fax727-264-2447
E-mail: [illegible]@gmail.com

tax returns and a variety of other suspicious factors. He was relentless in pursuing the termination of any loan officer, branch or mortgage broker that submitted fraud to Indymac and personally terminated offenders on a regular basis.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge. This declaration was executed on the 14th day of October, 2012.

**Charles Chong**

HA THU DAO, ESQ.
3501 RUCKER AVE, EVERETT, WA 98201
Tel. 727-269-9334
Fax727-264-2447
[illegible]@gmail.com