The Honorable Robert S Lasnik

# UNITED STATES DISTRICT COURT,
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **James McDonald**<br>    **Plaintiff**<br>              v.<br>**OneWest Bank, FSB,**<br>**Northwest Trustee Services,**<br>**Mortgage Electronic Registration Systems,**<br>    **Defendants.** | No. **C10-1952-RSL**<br><br>Notice of Change of Address |

Please be advised that the office of Attorney for Plaintiff James B McDonald has changed.

The new address is:

787 Maynard Ave. S.

Seattle, WA 98104

The telephone, fax and email for Ha Dao remain unchanged.

/s/ Ha Thu Dao
_____
Ha Thu Dao, WSBA 21793
787 Maynard Ave. S., Seattle, WA 98104
(727) 269-9334/Fax 727-264-2447
hadaojd@gmail.com
Attorney for Plaintiff

Declaration of James McDonald in Support of Plaintiff's Motion for Summary Judgment

1

**HA THU DAO, ESQ.**
787 Maynard Ave. S., Seattle, WA 98104
Tel. 727-269-9334
Fax 727-264-2447
E-mail: hadaojd@gmail.com

Declaration of James McDonald in
Support of Plaintiff's Motion for
Summary Judgment

2

HA THU DAO, ESQ.

787 Maynard Ave. S., Seattle, WA 98104
Tel. 727-269-9334
Fax727-264-2447
E-mail: hadaojd@gmail.com

## **CERTIFICATION OF SERVICE**

I hereby certify on October 30th, 2012, the foregoing document is being served via ___First Class Mail ___Priority Mail, ___Messenger Service ___Facsimile __Electronic Mail__X__ECF,  upon the following parties:

Heidi Buck, Attorney for Defendants
Routh Crabtree Olsen
13555 SE 36th Street, Ste 300, Bellevue WA 98006
425-213-5534/Fax 425-458-2131
hbuck@rcolegal.com

DATED this 30th day of October, 2012.

/s/ Ha Thu Dao
_____
Ha Thu Dao, WSBA 21793
787 Maynard Ave. S., Seattle, WA 98104
(727) 269-9334/Fax 727-264-2447
hadaojd@gmail.com
Attorney for Plaintiff

Declaration of James McDonald in Support of Plaintiff's Motion for Summary Judgment

3

**HA THU DAO, ESQ.**
787 Maynard Ave. S., Seattle, WA 98104
Tel. 727-269-9334
Fax 727-264-2447
E-mail: hadaojd@gmail.com