The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

JAMES MCDONALD,

    Plaintiff,

v.

ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,

    Defendants.

No. C10-1952 RSL

**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Note on Motion Calendar:
November 16, 2012

Pursuant to General Rule (2)(g)(4)(A), Routh Crabtree Olsen, P.S. move that Julie Vacura of Larkins Vacura, L.L.P. be substituted as counsel of record for Defendants OneWest Bank, FS ("OneWest") and Mortgage Electronic Registration Systems, Inc. ("MERS") in place of Heidi Buck Morrison of Routh Crabtree Olsen, P.S., who is requesting to withdraw as counsel for OneWest and MERS in this action. Counsel request that all future notices and correspondence for Defendants OneWest and MERS be directed to:

Julie Vacura
Larkins Vacura LLP
621 SW Morrison Street, Suite 1450
Portland, OR 97205
Tel: 503-222-4424
Fax: 503-827-7600
www.larkinsvacura.com

---

MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL – PAGE 1 OF 2
CASE NO. C10-1952 RSL

ROUTH CRABTREE OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

As required by General Rule 2(g)(4)(A), withdrawing counsel has served this Motion on OneWest and MERS (by email and first class mail) and all counsel who have appeared in this matter (through first class mail, email, and ECF).

Withdrawing counsel has also complied with General Rule 2(g)(4)(B) by advising OneWest and MERS that they are required by law to be represented by an attorney admitted to practice before the United States District Court for the Western District of Washington and that failure to obtain a replacement attorney by the date the withdrawal is effective may result in entry of a default judgment against Defendants OneWest and MERS.

Based on the foregoing, Routh Crabtree Olsen, P.S. respectfully requests that Julie Vacura of Larkins Vacura, L.L.P. be substituted as counsel of record for Defendants OneWest and MERS.

DATED this 31st day of October, 2012.

**ROUTH CRABTREE OLSEN, P.S.**

*[signature]*

Heidi Buck Morrison, WSBA No. 41769

*Withdrawing Attorneys for Defendants OneWest Bank, FSB and Mortgage Electronic Registration Systems, Inc.*

MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL – PAGE 2 OF 2
CASE NO. C10-1952 RSL

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131