The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>        Plaintiff,<br><br>   v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>        Defendants. | No. C10-1952 RSL<br><br>**DECLARATION OF HEIDI BUCK MORRISON IN SUPPORT OF MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>Note on Motion Calendar:<br>November 16, 2012 |

Heidi Buck Morrison declares as follows:

1. I am the attorney of record for Defendants OneWest Bank, FSB ("OneWest"), Mortgage Electronic Registration Systems Inc. ("MERS"), and Northwest Trustee Services, Inc. ("NWTS") herein, am competent to testify, and have personal knowledge of the matters referred to herein.

2. On or about October 31, 2012, I served this Motion on OneWest and MERS by email and first class mail.

3. On or about October 31, 2012, I served this Motion on Ha Dao, counsel for Plaintiff through email, first class mail, and ECF.

4. I have advised OneWest and MERS that they are required by law to be represented by an attorney admitted to practice before the United States District Court for the

---

DECLARATION OF HEIDI BUCK MORRISON IN SUPPORT OF MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL – PAGE 1 OF 2 CASE NO. C10-1952 RSL

ROUTH CRABTREE OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1 | Western District of Washington and that failure to obtain a replacement attorney by the date the
2 | withdrawal is effective may result in entry of a default judgment against Defendants OneWest
3 | and MERS.

*[Signature]*
Heidi Buck Morrison, WSBA 41769

DECLARATION OF HEIDI BUCK MORRISON IN SUPPORT OF MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL – PAGE 2 OF 2 CASE NO. C10-1952 RSL

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131