UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHIGNTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>　　　　Defendants. | Case No:  C10-1952 RSL<br><br>**DECLARATION OF SERVICE** |

The undersigned makes the following declaration:

    1.    I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent be a witness herein.

    2.    That on October 31, 2012, I caused a copy of **Defendants' Motion for Extension of Trial Date, Declaration of Heidi Buck Morrison In Support of Defendants' Motion for Extension of Trial Date, Proposed Order Granting Defendants' Motion for Extension of Time, and this Declaration of Service** to be served to the following in the manner noted below:

DECLARATION OF SERVICE - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

| | | |
|---|---|---|
| 1 | Ha Thu Dao | [X] US Mail, Postage Prepaid |
| 2 | Attorney at Law | [ ] Hand Delivery |
| | 787 Maynard Ave S. | [ ] Overnight Mail |
| 3 | Seattle, WA 98104 | [ ] Fax |
| 4 | Attorney for Plaintiff | |

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 31st day of October, 2012.

Tommy Kwong, Paralegal

DECLARATION OF SERVICE - 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131