The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES MCDONALD,

    Plaintiff,

v.

ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,

    Defendants.

No. C10-1952 RSL

**PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME**

NOTING DATE: October 31, 2012

This matter having come before the Court on Defendants' Motion for an Extension of Trial Date made pursuant to CR 16(m)(2), and the Court having considered the same, it appears to the Court that good cause for the entry of this Order has been shown; now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the trial date is continued to April 1, 2013 and the case management deadlines are amended accordingly.

ORDERED this ____ day of _____, 2012.

_____
THE HONORABLE JUDGE LASNIK

PROPOSED ORDER GRANTING
DEFENDANTS' MOTION FOR EXTENSION
OF TRIAL DATE – PAGE 1 OF 2
CASE NO. C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

**ROUTH CRABTREE OLSEN, P.S.**

_/s/ Heidi Buck Morrison_
Heidi Buck Morrison, WSBA No. 41769
Attorneys for Defendants OneWest,
MERS, and Northwest Trustee
Services, Inc.

PROPOSED ORDER GRANTING
DEFENDANTS' MOTION FOR EXTENSION
OF TRIAL DATE – PAGE 2 OF 2
CASE NO. C10-1952 RSL

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131