The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

JAMES MCDONALD,

    Plaintiff,

v.

ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,

    Defendants.

No. C10-1952 RSL

**DECLARATION OF HEIDI BUCK MORRISON IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TRIAL DATE**

Note on Motion Calendar:
October 31, 2012

Heidi Buck Morrison declares as follows:

    1.    I am the attorney of record for Defendants OneWest Bank, FSB ("OneWest"), Mortgage Electronic Registration Systems Inc. ("MERS"), and Northwest Trustee Services, Inc. ("NWTS") herein, am competent to testify, and have personal knowledge of the matters referred to herein.

    2.    On or about October 31, 2012, I contacted attorney Ha Dao by phone and email in an effort to confer on the accompanying motion. I was unable to reach Ms. Dao to confer.

\\
\\
\\
\\\

---

DECLARATION OF HEIDI BUCK MORRISON IN SUPPORT OF MOTION FOR EXTENSION OF TRIAL DATE – PAGE 1 OF 2 CASE NO. C10-1952 RSL

ROUTH CRABTREE OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.  I will immediately notify the court if Ms. Dao communicates that she wishes to join or oppose this motion.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. This declaration was executed this 31st day of October, 2012, at Bellevue, Washington.

*[signature]*
Heidi Buck Morrison, WSBA 41769

DECLARATION OF HEIDI BUCK MORRISON IN SUPPORT OF MOTION FOR EXTENSION OF TRIAL DATE – PAGE 2 OF 2 CASE NO. C10-1952 RSL

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131