UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
JAMES MCDONALD,                           )    No. C10-1952RSL
                                          )
            Plaintiff,                    )
     v.                                   )    MINUTE ORDER RENOTING
                                          )    MOTION FOR EXTENSION
ONEWEST BANK, FSB, *et al.*,              )
                                          )
            Defendants.                   )
_____)

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

On October 31, 2012, defendants filed a "Motion for Extension of Trial Date" in the above-captioned matter. Dkt. # 191. Pursuant to Local Civil Rule 7(d)(2), motions for relief from a deadline must be noted for consideration no earlier than the second Friday after filing. The Clerk of Court is therefore directed to renote "Defendants' Motion for Extension of Trial Date" on the Court's calendar for Friday, November 9, 2012.

DATED this 1st day of November, 2012.

                                        /s/Kerry Simonds
                                  Deputy Clerk to the
                                  Honorable Robert S. Lasnik, Judge

MINUTE ORDER RENOTING MOTION