UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JAMES MCDONALD,                             )        No. C10-1952RSL
                                            )
                        Plaintiff,          )
           v.                               )        ORDER DENYING
                                            )        MOTION TO WITHDRAW
ONEWEST BANK, FSB, *et al.*,                )
                                            )
                        Defendants.         )
_____)

On October 31, 2012, less than five weeks before the scheduled trial date, attorney Heidi Buck Morrison filed a "Motion for Withdrawal and Substitution of Counsel" in the above-captioned matter. Dkt. # 189. Pursuant to General Rule 2(g)(4)(A), an attorney "will ordinarily be permitted to withdraw until sixty days before the discovery cut off date in a civil case . . . ." Discovery in this matter closed on July 27, 2012. Dkt. # 140. Counsel provides no explanation or justification for her belated withdrawal. Permitting a change of counsel at this late date will undoubtedly impact the trial schedule: defendants have, in fact, filed a motion for an extension of the trial date based in part on new counsel's need to become familiar with the case. Dkt. # 191.

ORDER DENYING
MOTION TO WITHDRAW

The motion to withdraw is DENIED. Heidi Buck Morrison remains counsel of record for all defendants.

Dated this 1st day of November, 2012.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER DENYING
MOTION TO WITHDRAW                -2-