THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES MCDONALD,<br><br>    Plaintiff,<br><br>    v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>    Defendants. | No. 2:10-cv-01952-RSL<br><br>**DEFENDANTS ONEWEST BANK, F.S.B. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S NOTICE OF ASSOCIATION OF COUNSEL** |

TO:          The Clerk of the Court

AND TO:   All Counsel of Record

PLEASE TAKE NOTICE that Julie Vacura and the law firm Larkins Vacura LLP hereby associates as counsel of record for Defendants OneWest Bank, FSB ("OneWest") and Mortgage Electronic Registration Systems, Inc. ("MERS").  Heidi Buck Morrison and the law firm Routh Crabtree Olsen, P.S. will continue to represent OneWest and MERS.  Please serve

//

//

Page 1  –   NOTICE OF ASSOCIATION OF COUNSEL

1

2  all future pleadings on both Julie Vacura of Larkins Vacura LLP and Heidi Buck Morrison of

3  Routh Crabtree Olsen, P.S.

4     Dated November 2, 2012.

5

6     LARKINS VACURA LLP

7     S/ Julie R. Vacura
    _____
    Julie R. Vacura, WSBA # 34588

8     Attorneys for Defendant OneWest Bank, F.S.B.
    and Mortgage Electronic Registration Systems,

9     Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I am employed in Multnomah County, State of Oregon.  I am over the age of 18 and am not a party to the within action; my business address is 621 SW Morrison St., Suite 1450, Portland, Oregon 97205.

On November 2, 2012, I served the following document(s) described as:

**NOTICE OF ASSOCIATION OF COUNSEL**

on the party or parties listed on the following page(s) in the following manner(s):

☐ **BY HAND DELIVERY:**  For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by messenger to the street address(es) indicated on the attached service list.

☐ **BY FEDERAL EXPRESS:**  For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by Federal Express to the street address
(es) indicated on the attached service list.

☒ **BY FIRST-CLASS MAIL:**  For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be deposited in the United States mail at Portland, Oregon, with first-class postage thereon fully prepaid and addressed to the street address(es) indicated on the attached service list.

☐ **BY FACSIMILE:**  For each party, I caused a copy of the document(s) to be sent by facsimile to the facsimile number(s) indicated on the attached service list.  If this action is pending in Oregon state court, then printed confirmation of receipt of the facsimile generated by the transmitting machine is attached hereto.

☐ **BY E-MAIL:**  For each party, I caused a copy of the document(s) to be sent by electronic mail to the e-mail address(es) indicated on the attached service list.  If this action is pending in Oregon state court, then I received confirmation that the e-mail was received.

☒ **BY ECF:**  For each party, I caused a copy of the document(s) to be sent by electronic mail via ECF to the e-mail address(es) indicated on the attached service list.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

/s/ Julie R. Vacura
Julie R. Vacura

Ha Thu Dao
Attorney at Law
787 Maynard Ave S.
Seattle, WA 98104
hadaojd@gmail.com
    Attorney for Plaintiff

Heidi Buck
Routh Crabtree Olsen, PS
13555 SE 36th St., Ste 300
Bellevue, WA 98006
hbuck@rcolegal.com
    Attorney for Defendants

Page 2 – Certificate of Service