UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHIGNTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>　　　　Defendants. | Case No: C10-1952 RSL<br><br>**NOTICE OF APPEARANCE OF CHARLES E. KATZ FOR DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.** |

TO: Ha Thu Dao, Attorneys for Plaintiff;

AND TO: The Clerk of the Court:

PLEASE TAKE NOTICE that Charles E. Katz of Routh Crabtree Olsen, P.S., without waiving defenses of lack of subject matter or personal jurisdiction, improper venue, insufficiency of service of process, or any other valid defense, hereby appears for Defendant Northwest Trustee Services, Inc. in the above-entitled action. You are further notified that service of all pleadings, notices, documents or other papers herein, except original process, shall be served upon said Defendant by service upon the undersigned at:

///

///

NOTICE OF APPEARANCE - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

Charles E. Katz
Routh Crabtree Olsen, P.S.
13555 SE 36th St., Suite 300
Bellevue, Washington 98006
Telephone (425) 586-1940
Facsimile (425) 440-6032

DATED this 5th day of November, 2012.

**ROUTH CRABTREE OLSEN, P.S.**

By: /s/ Charles E. Katz
Charles E. Katz, WSBA No. 40610
Attorneys for Defendant Northwest Trustee Services, Inc.

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

## Declaration of Service

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. That on November 5, 2012, I caused a copy of the **Notice of Appearance of Charles E. Katz for Defendant Northwest Trustee Services, Inc.** to be served to the following in the manner noted below:

| | |
|---|---|
| Ha Thu Dao<br>Grand Central Law, PLLC.<br>787 Maynard Ave S.<br>Seattle, WA 98104<br><br>Attorney for Plaintiff | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 5th day of November, 2012.

_____
Tommy Kwong, Paralegal

NOTICE OF APPEARANCE - 3

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131