1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES MCDONALD,

               Plaintiffs,

     vs.

ONEWEST BANK, FSB, *et al.,*

           Defendants.

NO. C10-1952RSL

MINUTE ORDER

     The following Minute Order is made and entered on the docket at the direction of the

HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

     An evidentiary hearing has been scheduled for **Thursday, January 31, 2013 at 9:00 a.m.** in

courtroom 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

     DATED this 12th day of December, 2012.

/s/Kerry Simonds
by Kerry Simonds, Deputy Clerk
To Robert S.  Lasnik, Judge
206-370-8519

Copy to the Court
and Counsel

MINUTE ORDER