UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JAMES MCDONALD,                           )  No. C10-1952RSL
                                          )
                     Plaintiff,           )
       v.                                 )  ORDER REGARDING MOTION
                                          )  TO SUPPLEMENT SUMMARY
ONEWEST BANK, FSB, *et al.*,              )  JUDGMENT RECORD
                                          )
                     Defendants.          )
_____)

This matter comes before the Court on defendants' "Motion to Supplement Record in Support of Defendants' Motion for Summary Judgment." Dkt. # 204. The Court takes this matter under advisement, but accepts defendants' offer to make Christopher Corcoran, the declarant, available by phone for the evidentiary hearing scheduled for January 31, 2013.

Dated this 7th day of January, 2013.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER REGARDING MOTION TO
SUPPLEMENT SUMMARY JUDGMENT RECORD