The Honorable Robert S Lasnik

# UNITED STATES DISTRICT COURT,
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **James McDonald**<br>**Plaintiff**<br><br>v.<br><br>**OneWest Bank, FSB,**<br>**Northwest Trustee Services,**<br>**Mortgage Electronic Registration Systems,**<br>**Defendants.** | No. **C10-1952-RSL**<br><br>Proposed Order- Motion for Defendants to Identify Witnesses and to Produce Certain Witnesses |

THIS MATTER HAVING COME before the Court upon Plaintiff James McDonald's Motion for Defendants to Identify Witnesses and to Present Certain Witnesses pursuant to this Court's Order of December 6, 2012. The Court, having considered the Motion, court file and records, hereby ORDERED:

1. That the Defendants identify any and all witnesses they intend to present before the Court during the evidentiary hearing of January 31, 2013, no later than Friday, January 25, 2013.

2. That the following individuals be physically present during the hearing and prepared for examination and cross-examination:

    A. Heidi Buck-Morrison

    B. Charles Boyle

    C. Vonnie McElligott

    D. Jeff Stenman

ORDER     1

HA THU DAO, ESQ.
787 Maynard Ave. S., Seattle, WA 98104
Tel. 727-269-9334
Fax 727-264-2447
E-mail: hadaojd@gmail.com

1   E. Erika Johnson-Seck

2   3. That the Defendants produce the original promissory Note at the evidentiary hearing as

3   well as any and all material that conclusively establish how and where the Note has been

4   maintained since the date of execution.

5   Dated this _____ day of _____, 20__

6

7   _____
    ROBERT S. LASNIK, United States District Judge
8

9

10

11

12

13  Presented by:

14  _____

15   Ha Thu Dao, Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

ORDER                                   2

**HA THU DAO, ESQ.**
787 Maynard Ave. S., Seattle, WA 98104
Tel. 727-269-9334
Fax 727-264-2447
E-mail: hadaojd@gmail.com