1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
JAMES MCDONALD,                         )      No. C10-1952RSL
                                        )
                  Plaintiff,            )
         v.                             )      ORDER
                                        )
ONEWEST BANK, FSB, *et al.*,            )
                                        )
                  Defendants.           )
_____)

This matter comes before the Court on "Plaintiff's Motion for Ex Parte Order to Compel Defendants to Identify Witnesses and Documentary Evidence and to Present Certain Witnesses." Dkt. # 212. Defendants shall, no later than 4:30 pm on Friday, January 25, 2013, file and serve a list of all witnesses and exhibits they intend to present at the hearing scheduled for January 31, 2013, including those specifically required by the Court's "Order for Evidentiary Hearing" (Dkt. # 206) and "Order Regarding Motion to Supplement Summary Judgment Record" (Dkt. # 211). Defendants are not, however, obligated to produce at the hearing the individuals identified in plaintiff's ex parte motion unless they are responsive to the issues previously identified by the Court.

Plaintiff's motion is therefore GRANTED in part and DENIED in part.

ORDER

1
2
3
         Dated this 23rd day of January, 2013.

                             /s/ Robert S. Lasnik
4
                             Robert S. Lasnik
                             United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER                          -2-