THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES MCDONALD,<br><br>           Plaintiff,<br><br>     v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>           Defendants. | No.  2:10-cv-01952-RSL<br><br>DEFENDANTS' WITNESS LIST |

Defendants will call the following witnesses at the evidentiary hearing on January 31, 2013:

   1. Charles Boyle, OneWest Bank, FSB ("OneWest"), Vice President Default Litigation:  Mr. Boyle will testify as a corporate representative about issues raised by the Court in its Order for Evidentiary Hearing.

   2. Christopher Corcoran (by telephone), Deutsche Bank National Trust Company ("DBNTC"), Vice President:  Mr. Corcoran will testify about DBNTC's role as custodian of loan documents in this case.

Defendants may call the following witnesses:

1. Heidi Buck Morrison, Counsel for defendants: Ms. Buck Morrison may testify about discovery and other aspects of the litigation background in this case.

2. Amy Kniss, OneWest Bank, FSB, Vice President Correspondence Research (with leave of Court, by telephone): Ms. Kniss may be called to testify regarding aspects of credit bureau reporting and ACDV record retention by OneWest.

3. Rebecca Marks, OneWest Bank, FSB, Manager 1 Default Litigation (with leave of Court, by telephone): Ms. Marks may be called to testify about and explain the content of various documents in the possession of OneWest.

Dated: January 25, 2013.

ROUTH CRABTREE OLSEN, P.S.

s/ Heidi Buck Morrison
Heidi Buck Morrison, WSBA # 41769
Attorneys for Defendants OneWest Bank, F.S.B.,
Mortgage Electronic Registration Systems, Inc.,
and Northwest Trustee Services, Inc.

LARKINS VACURA LLP

s/ Julie R. Vacura
Julie R. Vacura, WSBA # 34588
Attorneys for Defendant OneWest Bank, F.S.B.
and Mortgage Electronic Registration Systems, Inc.

**CERTIFICATE OF SERVICE**

I am employed in Multnomah County, State of Oregon. I am over the age of 18 and am not a party to the within action; my business address is 621 SW Morrison St., Suite 1450, Portland, Oregon 97205.

On January 25, 2013, I served the following document(s) described as:

**DEFENDANTS' WITNESS LIST**

on the party or parties listed on the following page(s) in the following manner(s):

☐ **BY HAND DELIVERY:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by messenger to the street address(es) indicated on the attached service list.

☐ **BY FEDERAL EXPRESS:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by Federal Express to the street address
(es) indicated on the attached service list.

☐ **BY FIRST-CLASS MAIL:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be deposited in the United States mail at Portland, Oregon, with first-class postage thereon fully prepaid and addressed to the street address(es) indicated on the attached service list.

☐ **BY FACSIMILE:** For each party, I caused a copy of the document(s) to be sent by facsimile to the facsimile number(s) indicated on the attached service list. If this action is pending in Oregon state court, then printed confirmation of receipt of the facsimile generated by the transmitting machine is attached hereto.

☐ **BY E-MAIL:** For each party, I caused a copy of the document(s) to be sent by electronic mail to the e-mail address(es) indicated on the attached service list. If this action is pending in Oregon state court, then I received confirmation that the e-mail was received.

☒ **BY ECF:** For each party, I caused a copy of the document(s) to be sent by electronic mail via ECF to the e-mail address(es) indicated on the attached service list.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

/s/ Julie R. Vacura
Julie R. Vacura

Ha Thu Dao
hadaojd@gmail.com
    Attorney for Plaintiff

Page 2 – Certificate of Service