THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES MCDONALD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>　　　　　Defendants. | No.  2:10-cv-01952-RSL<br><br>DEFENDANTS' SECOND SUPPLEMENTAL EXHIBIT LIST |

Defendants may present the following additional document at the evidentiary hearing on January 31, 2013, to address the issues raised in the Court's Order for Evidentiary Hearing (Dkt. No. 206):

//

//

//

//

| Ex. # | Description | Stipulated | Offered | Received |
|---|---|---|---|---|
| A-16 | Excerpts from Freddie Mac Single Family Seller/Servicer Guide and from Servicing Business Asset Purchase Agreement | | | |

Dated: January 31, 2013.

ROUTH CRABTREE OLSEN, P.S.


s/ Heidi E. Buck Morrison
Heidi E. Buck Morrison, WSBA # 41769
Attorneys for Defendants OneWest Bank, F.S.B., Mortgage Electronic Registration Systems, Inc., and Northwest Trustee Services, Inc.


LARKINS VACURA LLP


s/ Julie R. Vacura
Julie R. Vacura, WSBA # 34588
Attorneys for Defendant OneWest Bank, F.S.B. and Mortgage Electronic Registration Systems, Inc.

## CERTIFICATE OF SERVICE

I am employed in Multnomah County, State of Oregon. I am over the age of 18 and am not a party to the within action; my business address is 621 SW Morrison St., Suite 1450, Portland, Oregon 97205.

On January 31, 2013, I served the following document(s) described as:

**DEFENDANTS' SECOND SUPPLEMENTAL EXHIBIT LIST**

on the party or parties listed on the following page(s) in the following manner(s):

☐ **BY HAND DELIVERY:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by messenger to the street address(es) indicated on the attached service list.

☐ **BY FEDERAL EXPRESS:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by Federal Express to the street address
(es) indicated on the attached service list.

☐ **BY FIRST-CLASS MAIL:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be deposited in the United States mail at Portland, Oregon, with first-class postage thereon fully prepaid and addressed to the street address(es) indicated on the attached service list.

☐ **BY FACSIMILE:** For each party, I caused a copy of the document(s) to be sent by facsimile to the facsimile number(s) indicated on the attached service list. If this action is pending in Oregon state court, then printed confirmation of receipt of the facsimile generated by the transmitting machine is attached hereto.

☐ **BY E-MAIL:** For each party, I caused a copy of the document(s) to be sent by electronic mail to the e-mail address(es) indicated on the attached service list. If this action is pending in Oregon state court, then I received confirmation that the e-mail was received.

☒ **BY ECF:** For each party, I caused a copy of the document(s) to be sent by electronic mail via ECF to the e-mail address(es) indicated on the attached service list.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

/s/ Julie R. Vacura
Julie R. Vacura

Ha Thu Dao
hadaojd@gmail.com
    Attorney for Plaintiff

Page 2 – Certificate of Service