UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES MCDONALD,<br><br>              Plaintiff,<br><br>v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>              Defendants. | No. 2:10-cv-01952-RSL<br><br>SUPPLEMENTAL DECLARATION OF CHRISTOPHER P. CORCORAN |

I, Christopher P. Corcoran, declare as follows:

1. I am a Vice President of Deutsche Bank National Trust Company ("DBNTC"). I am familiar with records maintained by DBNTC in the ordinary course of its business. My review of such records provides the basis for my personal knowledge of the facts stated herein. The statements herein are true and correct to the best of my knowledge, and if called as a witness, I could and would testify competently and truthfully thereto.

2. DBNTC serves as custodian of records ("Custodian") pursuant to a Custodial Agreement dated as of May 12, 2009, by and among Federal Home Loan Mortgage

1  Corporation, DBNTC and OneWest Bank, FSB ("OneWest"). (Exhibit A to the Declaration of
2  Christopher Corcoran executed on November 13, 2012.)

3.  DBNTC maintains a proprietary computer system that it uses in its role as Custodian for tracking the chain of custody of mortgage loan records it maintains as Custodian.

4.  Attached as Exhibit 1 hereto is a true and correct copy of DBNTC's Loan Inventory Report from the computer system referenced above, for loan number 125049243 made to one James B. McDonald for property located at 14840 119th Place NE, Kirkland, WA 98034 (the "Subject Loan").

5.  DBNTC received and reviewed the original promissory note for the Subject Loan (the "Original Note") on or about January 16, 2007, as indicated under the heading "Loan File Transactions" on the Complete Loan File Information Sheet (Ex. B. to the Declaration of Christopher P. Corcoran executed on November 13, 2012). As is its business practice, the section of the Loan Inventory Report reflecting Custodian's receipt of the Original Note was populated by Custodian on or about the time it first received the Original Note.

6.  The code "O" in the "Item Status" column of the Loan Inventory Report, adjacent to the entry "Note" in the "Item" column, indicates that the Note received by Custodian was the original note (the "Original Note").

7.  The code "BLK" in the "Item Status" column of the Loan Inventory Report, adjacent to the entry "Endorsement" in the "Item" column, indicates that the Original Note was endorsed in blank at the time DBNTC received it on or about January 16, 2007.

8.  The Complete Loan File Information Sheet (Ex. B to Declaration of Christopher P. Corcoran executed on November 13, 2012) indicates under the heading "Loan File Inventory History" that no changes were made to the "Item Status" of the Original Note at any time while the Loan File was in DBNTC's possession.

9.  The Original Note, endorsed in blank, was maintained by Custodian in a secure file room from the time Custodian received it on or about January 16, 2007, until Custodian

1  sent the Original Note to the servicer, OneWest Bank, FSB, ("Servicer") on or about October 6,
2  2010 at the Servicer's request.
3
4      The foregoing statements are made under penalty of perjury, and I swear under the laws
5  of the United States of America that the foregoing is true and correct and that this declaration
6  was executed on February __5__, 2013 in Santa Ana, California.
7                                                          _____
8                                                          Christopher P. Corcoran

SUPPLEMENTAL DECLARATION OF CHRISTOPHER P.
CORCORAN, 2:10-cv-01952-RSL, page 3

LARKINS VACURA LLP
621 SW Morrison St., Suite 1450
Portland, Oregon 97205
503-222-4424



# Deutsche Bank

## Loan Inventory

| Issue | Delivery Pool | Loan Number | Name | Item | Item Status | Comment | From Assignment | To Assignment |
|---|---|---|---|---|---|---|---|---|
| IN010C | IN070227 | 00000000000125049243 | JAMES B MCDONALD | Borrower's Name | CMP | | | |
| | | | | Borrower's Name #2 | NA | | | |
| | | | | Note Date | CMP | | | |
| | | | | Borrower's Address | CMP | | | |
| | | | | Property City | CMP | | | |
| | | | | Property State | CMP | | | |
| | | | | Property Zip Code | CMP | | | |
| | | | | Original Balance | CMP | | | |
| | | | | Original Note Rate | CMP | | | |
| | | | | first payment due date | CMP | | | |
| | | | | Maturity Date | CMP | | | |
| | | | | Original Scheduled P&I | CMP | | | |
| | | | | Original Term | CMP | | | |
| | | | | Interest-only indicator flag | CMP | | | |
| | | | | Interest-only term | CMP | | | |
| | | | | 1st Rate Adjustment Date | CMP | | | |
| | | | | 1st Payment Change Date | CMP | | | |
| | | | | Adjustment Frequency | CMP | | | |
| | | | | Index Type | CMP | | | |
| | | | | Index Look Back | CMP | | | |
| | | | | Margin | CMP | | | |
| | | | | Note Rate Rounding Code | CMP | | | |
| | | | | 1st Note Rate Change Maxir | CMP | | | |
| | | | | 1st Note Rate Change Minin | CMP | | | |
| | | | | Periodic Rate Cap Up | CMP | | | |
| | | | | Periodic Rate Cap Down | CMP | | | |
| | | | | Life Cap Rate | CMP | | | |
| | | | | Life Floor Rate | CMP | | | |
| | | | | MERS MIN NUM | CMP | | | |
| | | | | Note | O | | | |
| | | | | Power of Attorney | NA | | | |
| | | | | Loan Modification | NA | | | |
| | | | | Mortgage/Deed of Trust | O | MERS | | |
| | | | | Consolidation | NA | | | |
| | | | | Stock Certificate | NA | | | |
| | | | | Stock Power | NA | | | |
| | | | | Loan & Security Agreement | NA | | | |
| | | | | Proprietary Lease/Occupanc | NA | | | |
| | | | | Recognition Agreement | NA | | | |
| | | | | Assignment of Proprietary L | NA | | | |
| | | | | UCC-1 | NA | | | |
| | | | | Assignment for UCC-1 | NA | | | |

Supp. Corcoran Declaration
Exhibit 1, Page 1 of 2

2/1/2013
Pg 1 of 2


Deutsche Bank

Loan Inventory

| Issue | Delivery Pool | Loan Number | Name | Item | Item Status | Comment | From Assignment | To Assignment |
|---|---|---|---|---|---|---|---|---|
| IN010C | IN070227 | 00000000000125049243 | JAMES B MCDONALD | UCC-3 | NA | | | |
| | | | | Endorsement | BLK | | INDYMAC BANK, F.S.B. | BLANK |
| | | | | Intervening Endorsement | NA | | | |
| | | | | Intervening Endorsement | NA | | | |
| | | | | Intervening Endorsement | NA | | | |
| | | | | Intervening Endorsement | NA | | | |
| | | | | Intervening Endorsement | NA | | | |
| | | | | Intervening Endorsement | NA | | | |
| | | | | Assignment | MMA | | | |
| | | | | Intervening Assignment | NA | | | |
| | | | | Intervening Assignment | NA | | | |
| | | | | Intervening Assignment | NA | | | |
| | | | | Intervening Assignment | NA | | | |
| | | | | Intervening Assignment | NA | | | |
| | | | | Title Policy | O | | | |
| | | | | Loan Number | CMP | | | |
| | | | | FNMA or FHLMC INSTRUM | INC | | | |

Loan Count: 1

Supp. Corcoran Declaration
Exhibit 1, Page 2 of 2

2/1/2013
Pg 2 of 2

## CERTIFICATE OF SERVICE

I am employed in Multnomah County, State of Oregon. I am over the age of 18 and am not a party to the within action; my business address is 621 SW Morrison St., Suite 1450, Portland, Oregon 97205.

On February 6, 2013, I served the following document(s) described as:

**SUPPLEMENTAL DECLARATION OF CHRISTOPHER P. CORCORAN**

on the party or parties listed on the following page(s) in the following manner(s):

☐ **BY HAND DELIVERY:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by messenger to the street address(es) indicated on the attached service list.

☐ **BY FEDERAL EXPRESS:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by Federal Express to the street address
(es) indicated on the attached service list.

☐ **BY FIRST-CLASS MAIL:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be deposited in the United States mail at Portland, Oregon, with first-class postage thereon fully prepaid and addressed to the street address(es) indicated on the attached service list.

☐ **BY FACSIMILE:** For each party, I caused a copy of the document(s) to be sent by facsimile to the facsimile number(s) indicated on the attached service list. If this action is pending in Oregon state court, then printed confirmation of receipt of the facsimile generated by the transmitting machine is attached hereto.

☐ **BY E-MAIL:** For each party, I caused a copy of the document(s) to be sent by electronic mail to the e-mail address(es) indicated on the attached service list. If this action is pending in Oregon state court, then I received confirmation that the e-mail was received.

☒ **BY ECF:** For each party, I caused a copy of the document(s) to be sent by electronic mail via ECF to the e-mail address(es) indicated on the attached service list.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

/s/ Julie R. Vacura
Julie R. Vacura

Page 1 – Certificate of Service

Ha Thu Dao
hadaojd@gmail.com
    Attorney for Plaintiff

Page 2 – Certificate of Service