The Honorable Judge Robert S. Lasnik

1

2

3

4

5

6

7

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHIGNTON
## AT SEATTLE

8

9  JAMES MCDONALD,                          )
                                            )   Case No:  C10-1952 RSL
10              Plaintiff,                   )
                                            )   **DEFENDANT NWTS' MOTION TO**
11       v.                                  )   **SUPPLEMENT RECORD IN**
                                            )   **SUPPORT OF DEFENDANT NWTS'**
12  ONEWEST BANK, FSB, NORTHWEST             )   **MOTION FOR SUMMARY**
    TRUSTEE SERVICES, INC., MORTGAGE         )   **JUDGMENT**
13  ELECTRONIC REGISTRATION                  )
    SYSTEMS, INC., INDYMAC BANK FSB,         )
14  DOES 1-50,                               )
                                            )   **NOTE ON MOTION CALENDAR:**
15              Defendants.                   )   **February 22, 2013**
                                            )

16

        Defendant Northwest Trustee Services, Inc. ("NWTS") seeks to supplement the record in

17

support of its Motion for Summary Judgment as to Plaintiff's Second Amended Complaint. *See*

18

Dkt. 172 and 174.

19

        Defendant NWTS recently discovered that while its Motion for Summary Judgment fully

20

briefed the existence of and propriety of the beneficiary declaration it received from OneWest in

21

compliance with RCW 61.24.030(7)(a), in error, a copy of the beneficiary declaration was not

22

provided as an exhibit to the Motion for Summary Judgment. *Id.* However, the beneficiary

23

declaration was provided to Plaintiff during discovery in response to Plaintiff's Third Set of

24

Requests for Production directed to Defendant NWTS. Additionally, a copy of the beneficiary

25

declaration was also provided during the January 31, 2013 evidentiary hearing.[1]

26

---

[1] *See* Hearing Exhibit ("HE") A-15, Tab 18.

NWTS' MOTION TO SUPPLEMENT RECORD IN SUPPORT
OF DEFENDANT NWTS' MOTION FOR SUMMARY
JUDGMENT - 1
CASE NO:  C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1    Defendant NWTS respectfully submits a copy of the beneficiary declaration and

2  authenticating declaration of Jeff Stenman, filed herewith, for the Court's consideration in

3  evaluating the pending Motion for Summary Judgment.

4    DATED this 7th day of February, 2013.

5
                                    **ROUTH CRABTREE OLSEN, P.S.**
6

7                                    /s/ Heidi Buck Morrison
8                                    Heidi Buck Morrison, WSBA No. 41769
9                                    Of Attorneys for Defendant Northwest
                                    Trustee Services, Inc.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NWTS' MOTION TO SUPPLEMENT RECORD IN SUPPORT
OF DEFENDANT NWTS' MOTION FOR SUMMARY
JUDGMENT - 2
CASE NO:  C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131