The Honorable Judge Robert S. Lasnik

1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHIGNTON
# AT SEATTLE

7
8

| | |
|---|---|
| JAMES MCDONALD,<br><br>    Plaintiff,<br><br>v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>    Defendants. | Case No: C10-1952 RSL<br><br>***PROPOSED* ORDER GRANTING DEFENDANT NWTS' MOTION TO SUPPLEMENT RECORD IN SUPPORT OF DEFENDANT NWTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTE ON MOTION CALENDAR:**<br>**February 22, 2013** |

This matter came before the Court on Defendant Northwest Trustee Services, Inc. Motion to Supplement Record in Support of Defendant NWTS' Motion for Summary Judgment. The Court has reviewed the aforementioned Motion as well as the Declaration of Jeff Stenman; now, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Northwest Trustee Services, Inc. Motion to Supplement Record in Support of Defendant NWTS' Motion for Summary Judgment is GRANTED and the record shall be supplemented with the Declaration of Jeff Stenman and attached beneficiary declaration.

//

///

---

*PROPOSED* ORDER GRANTING NWTS' MOTION
TO SUPPLEMENT RECORD IN SUPPORT
OF DEFENDANT NWTS' MOTION FOR SUMMARY
JUDGMENT - 1
CASE NO: C10-1952 RSL

ROUTH CRABTREE OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  ORDERED this _____ day of _____, 2013.

2

3

4                                         _____
                                          Honorable Judge Robert S. Lasnik
5

6  Presented by:

7

8  **ROUTH CRABTREE OLSEN, P.S.**

9  

10 /s/ Heidi Buck Morrison
   Heidi Buck Morrison, WSBA No. 41769
11 Of Attorneys for Defendant Northwest Trustee
   Services, Inc.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PROPOSED ORDER GRANTING NWTS' MOTION
TO SUPPLEMENT RECORD IN SUPPORT
OF DEFENDANT NWTS' MOTION FOR SUMMARY
JUDGMENT - 2
CASE NO: C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131