UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHIGNTON
AT SEATTLE

JAMES MCDONALD,

    Plaintiff,

v.

ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,

    Defendants.

Case No: C10-1952 RSL

**DECLARATION OF SERVICE**

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent be a witness herein.

2. That on February 7, 2013, I caused a copy of **Defendant NWTS' Motion to Supplement Record in Support of Defendant NWTS' Motion for Summary Judgment, [Proposed] Order Granting Defendant NWTS' Motion to Supplement Record in Support of Defendant NWTS' Motion for Summary Judgment, Declaration of Jeff Stenman in Support of Defendant NWTS' Motion to Supplement Record in Support of Defendant**

DECLARATION OF SERVICE - 1

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1 **NWTS' Motion for Summary Judgment, and this Declaration of Service** to be served to the

2 following in the manner noted below:

3
4 Ha Thu Dao                              [X] US Mail, Postage Prepaid
   Attorney at Law                         [ ] Hand Delivery
5  787 Maynard Ave S                       [ ] Overnight Mail
   Seattle, WA 98104                       [ ] Facsimile

6 Attorney for Plaintiff

7

8     I declare under the penalty of perjury under the laws of the State of Washington that the

9 foregoing is true and correct.

10 Signed this 7th day of February, 2013.

11

12
                                    /s/ Tommy Kwong
13                                  Tommy Kwong, Paralegal

DECLARATION OF SERVICE - 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131