The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHIGNTON
### AT SEATTLE

JAMES MCDONALD,                                    )
                                                   )   Case No:  C10-1952 RSL
        Plaintiff,                         )
                                                   )   **DECLARATION OF JEFF STENMAN**
    v.                                       )   **IN SUPPORT OF DEFENDANT**
                                                   )   **NWTS' MOTION TO SUPPLEMENT**
ONEWEST BANK, FSB, NORTHWEST                       )   **RECORD IN SUPPORT OF**
TRUSTEE SERVICES, INC., MORTGAGE                   )   **DEFENDANT NWTS' MOTION FOR**
ELECTRONIC REGISTRATION                            )   **SUMMARY JUDGMENT**
SYSTEMS, INC., INDYMAC BANK FSB,                   )
DOES 1-50,                                         )
                                                   )
        Defendants.                        )
_____)

I, JEFF STENMAN, hereby declare:

1.     I am Vice President of Northwest Trustee Services, Inc. ("NWTS"), defendant herein. This Declaration is made in support of Defendant NWTS' Motion to Supplement Record in Support of Defendant NWTS' Motion for Summary Judgment ("Defendant NWTS' Motion").

2.     I am a citizen of the United States, I am over the age of 18, and I make the following Declaration based upon my own personal knowledge and if called to testify in this action I could and would competently testify thereto.

3.     I have personal knowledge of the procedures governing the creation and maintenance of NWTS' nonjudicial foreclosure files and I am familiar with the record keeping procedures of NWTS as to those records that pertain to the nonjudicial foreclosure proceeding

DECLARATION OF JEFF STENMAN
IN SUPPORT OF NWTS' MOTION TO SUPPLEMENT
RECORD - 1
CASE NO:  C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1   against the property commonly known as 14840 119th PL NE, Kirkland, Washington 98034 (the

2   "Property"), which is owned by James McDonald ("McDonald").

3       4.    I have reviewed the records that pertain to the McDonald foreclosure and as to the

4   following facts, I know them to be true of my own knowledge or I have gained knowledge of

5   them from the business records of NWTS on behalf of NWTS, which records were made at or

6   about the time of the events recorded, and are maintained in the ordinary course of NWTS'

7   business at or near the time of the acts, conditions or events to which they relate.  Any such

8   document was prepared in the ordinary course of business of NWTS by a person who had

9   personal knowledge of the event being recorded and had or has a business duty to record

10  accurately such event.  To the extent NWTS' business records contain documents created by

11  third parties, NWTS relies on the accuracy of such records in conducting its business carrying

12  out nonjudicial foreclosure proceedings.

13      5.    Attached hereto as Exhibit S-1 is a true and correct copy of the beneficiary

14  declaration received by NWTS from OneWest Bank, FSB. The attached beneficiary declaration

15  was received by NWTS from OneWest Bank, FSB on February 1, 2010.

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  ///

DECLARATION OF JEFF STENMAN
IN SUPPORT OF NWTS' MOTION TO SUPPLEMENT
RECORD - 2
CASE NO:  C10-1952 RSL

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

6.     Defendant NWTS provided a copy of the beneficiary declaration to Plaintiff during discovery in response to Plaintiff's Third Set of Requests for Production directed to Defendant NWTS.

I declare under penalty of perjury and the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

SIGNED this _6_ day of February, 2013.

**NORTHWEST TRUSTEE SERVICES, INC.**

Jeff Stenman, Declarant

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

Exhibit S-1

BENEFICIARY DECLARATION
(NOTE HOLDER)
(Executed by Officer of Beneficiary)

Loan No. _____.1244
Property Address: 14840 119th Place Northeast, Kirkland, WA 98034

The undersigned, under penalty of perjury, declares as follows:

**OneWest Bank, FSB** is the actual holder of the promissory note or other obligation evidencing the above-referenced loan or has requisite authority under RCW 62A.3-301 to enforce said obligation.

The trustee may rely upon the truth and accuracy of the averments made in this declaration.

Dated this **27** day of **JAN.** , 20**10** in ____Austin____ , ____Texas____ .

**OneWest Bank, FSB**, beneficiary

By ___Erica A. Johnson-Seck___
Its ___Vice President___

_____ **OR** _____

BENEFICIARY DECLARATION
(NOTE HOLDER)
(Attorney in Fact for Beneficiary)

Loan No. __ 1244

The undersigned, under penalty of perjury, declares as follows:

**OneWest Bank, FSB** is the actual holder of the promissory note or other obligation evidencing the above-referenced loan or has requisite authority under RCW 62A.3-301 to enforce said obligation.

The trustee may rely upon the truth and accuracy of the averments made in this declaration.

Dated this ____ day of _____, 20___ in _____, _____.

**OneWest Bank, FSB**, beneficiary
_____, its Attorney in Fact

By _____
Its _____

NWTS #:7523.21352
Matter name: McDONALD, JAMES B.