**EXHIBIT 1**

Dr. James M. Kelley

Computer Forensic Expert

BP Investigative Agency, LLC

5200 SW Meadows, Ste. 150

Lake Oswego, OR 97035

Office: (503) 726-5954

Fax:    (503) 726-5911

## Curriculum Vitae

Dr. James Kelley has 30 years experience in military and commercial computer systems and has developed, manufactured and sold computers and software around the world.

He is now applying his computer skills to the detection of forgeries committed with highly sophisticated computer programs. It is now possible to exactly copy the shape and ink color of a person's signature and fabricate highly realistic financial documents using high technology computer programs such as Adobe Photoshop, Adobe Illustrator. GIMP, and a host of other new programs that were originally designed for creating photographic portfolios. Traditionally trained forensic analysts usually are not computer experts trained in printer technology and computer photo processing and illustration software. There has been a plethora of computerized forgery in foreclosure cases across the nation and there is an urgent need for this specialization.

Dr. Kelley gives verbal opinions, court qualified opinions and testimony in high technology computer document forgery cases. This is of great benefit to attorneys and their clients.

## Relevant Experience:

Dr. Kelley has experience in the design of airborne radar and Electronic Countermeasures Systems at the following companies:

Raytheon Missile Systems Division Senior where he was Senior Engineer in charge of the computer program development for pulse doppler airborne phased array attack radar. The phased array system was successfully tested at Wright Patterson Air Force base;

Raytheon Electronic Countermeasures Systems where he invented a digital computer capable of collecting, sorting and processing high-density enemy radio emissions for

the Advanced Manned Strategic Aircraft, inter alia. Dr. Kelley worked directly for the chief scientist of Raytheon;

At Litton Systems, Dr. Kelley developed and tested a signal processing method that increased the target detection range of wideband receivers by a factor of 4. This permits early detection of enemy aircraft and ground-based threats by fighter jets;

At Litton Systems Dr. Kelley utilized image processing hardware and developed software as part of an effort to defend helicopters from shoulder launched enemy missiles;

As an Engineering Fellow at Chips and Technologies, Dr. Kelley solved disk controller data separation problems and developed a line of for the PC disk controller for high volume manufacturing in Asia;

Dr. Kelley has developed and applied cryptographic methods and software for password protection of computer programs and storage systems;

Dr. Kelley has three U.S. patents and one patent pending and is currently active in the design of novel cost effective scalable ultra high-speed database and networking architectures;

He has developed methods for determining the authenticity of documents in legal proceedings when the documents are computer generated. He is an experienced in both state and federal court procedures. He works with the traditional forensic examiners when required;

**Education:**

Stanford Executive Institute
Ph.D. University of California, Santa Barbara, Electrical and Computer Engineering
M.S.E.E. University of California, Santa Barbara, Electrical Engineering
B.A. in Mathematics San Jose State University


**Expert Testimony:**

**Jonson, et al v. Northwest Trustee Services, Inc., et al**          **12-cv-00552-RSL**

**Malin v. JP Morgan**                                                **3:11-cv-554**