The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JAMES MCDONALD,

    Plaintiff,

v.

ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,

    Defendants.

No.  C10-1952 RSL

**DECLARATION OF HEIDI BUCK MORRISON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE OF TRIAL TO ALLOW EXAMINATION INSPECTION OF THE ORIGINAL NOTE AND TO ADD EXAMINER AS A WITNESS**

Heidi Buck Morrison declares as follows:

    1.    I am an attorney of record for OneWest Bank, FSB ("OneWest"), defendant herein.

    2.    I am competent to testify, and have personal knowledge of the matters referred to herein.

\\

\\

\\\

DECLARATION OF HEIDI BUCK MORRISON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE OF TRIAL TO ALLOW EXAMINATION INSPECTION OF THE ORIGINAL NOTE AND TO ADD EXAMINER AS A WITNESS
– PAGE 1 OF 2 CASE NO. C10-1952 RSL

ROUTH CRABTREE OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3. On or about July 13, 2011, Plaintiff James McDonald ("McDonald") came to my office to view and inspect the original promissory note evidencing the loan from IndyMac Bank, F.S.B. to McDonald in the amount of $389,481.60 that is the subject of this lawsuit.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. This declaration was executed this 19TH day of February, 2013, at Bellevue, Washington.

*[signature]*
Heidi Buck Morrison, WSBA 41769

DECLARATION OF HEIDI BUCK MORRISON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE OF TRIAL TO ALLOW EXAMINATION INSPECTION OF THE ORIGINAL NOTE AND TO ADD EXAMINER AS A WITNESS
– PAGE 2 OF 2 CASE NO. C10-1952 RSL

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

## CERTIFICATE OF SERVICE

I am employed in Multnomah County, State of Oregon. I am over the age of 18 and am not a party to the within action; my business address is 621 SW Morrison St., Suite 1450, Portland, Oregon 97205.

On February 20, 2013, I served the following document(s) described as:

**DECLARATION OF HEIDI BUCK MORRISON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE OF TRIAL TO ALLOW EXAMINATION/INSPECTION OF THE ORIGINAL NOTE AND TO ADD EXAMINER AS A WITNESS**

on the party or parties listed on the following page(s) in the following manner(s):

☐ **BY HAND DELIVERY:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by messenger to the street address(es) indicated on the attached service list.

☐ **BY FEDERAL EXPRESS:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by Federal Express to the street address
(es) indicated on the attached service list.

☐ **BY FIRST-CLASS MAIL:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be deposited in the United States mail at Portland, Oregon, with first-class postage thereon fully prepaid and addressed to the street address(es) indicated on the attached service list.

☐ **BY FACSIMILE:** For each party, I caused a copy of the document(s) to be sent by facsimile to the facsimile number(s) indicated on the attached service list. If this action is pending in Oregon state court, then printed confirmation of receipt of the facsimile generated by the transmitting machine is attached hereto.

☐ **BY E-MAIL:** For each party, I caused a copy of the document(s) to be sent by electronic mail to the e-mail address(es) indicated on the attached service list. If this action is pending in Oregon state court, then I received confirmation that the e-mail was received.

☒ **BY ECF:** For each party, I caused a copy of the document(s) to be sent by electronic mail via ECF to the e-mail address(es) indicated on the attached service list.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

/s/ Joseph D. Mueller
Joseph D. Mueller

Page 1 – Certificate of Service

Ha Thu Dao
hadaojd@gmail.com
    Attorney for Plaintiff

Page 2 – Certificate of Service