L A R K I N S | V A C U R A

March 1, 2013

VIA ECF

Judge Robert S. Lasnik
United States Courthouse
700 Stewart Street, Suite 15128
Seattle, WA 98101

        Subject: *McDonald v. OneWest Bank, FSB et. al*
                 Case No. 2:10-cv-01952-RSL

Dear Judge Lasnik:

Defendants respectfully request a brief telephone status conference to discuss recent filings and pretrial deadlines in this case.

For example: with his reply brief in support of his motion to postpone the trial and to allow an untimely expert, plaintiff has submitted voluminous declarations and exhibits. Rather than file now a motion to strike or a sur-reply to respond to those exhibits and the new arguments made in the reply brief, defendants believe a telephone status conference would be productive to focus the parties and avoid further inundating the Court.

Defendants are also concerned that plaintiff still has not submitted a Pretrial Statement, even after conferral by defendants and defendants' motion last week raising that concern to the Court. Mindful of the other impending pretrial deadlines, defendants believe a status conference would be helpful to discuss pretrial conduct going forward.

Sincerely,


/s/ Joseph D. Mueller

Joseph D. Mueller
jmueller@larkinsvacura.com

cc:    Ms. Dao
        Ms. Buck Morrison

H:\CL\OneWest Bank\McDonald, James\Word\Judge Lasnik0301.13.docx

## CERTIFICATE OF SERVICE

I am employed in Multnomah County, State of Oregon. I am over the age of 18 and am not a party to the within action; my business address is 621 SW Morrison St., Suite 1450, Portland, Oregon 97205.

On March 1, 2013, I served the following document(s) described as:

**CORRESPONDENCE TO JUDGE LASNIK**

on the party or parties listed on the following page(s) in the following manner(s):

☐ **BY HAND DELIVERY:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by messenger to the street address(es) indicated on the attached service list.

☐ **BY FEDERAL EXPRESS:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be delivered by Federal Express to the street address
(es) indicated on the attached service list.

☐ **BY FIRST-CLASS MAIL:** For each party, I caused a copy of the document(s) to be placed in a sealed envelope and caused such envelope to be deposited in the United States mail at Portland, Oregon, with first-class postage thereon fully prepaid and addressed to the street address(es) indicated on the attached service list.

☐ **BY FACSIMILE:** For each party, I caused a copy of the document(s) to be sent by facsimile to the facsimile number(s) indicated on the attached service list. If this action is pending in Oregon state court, then printed confirmation of receipt of the facsimile generated by the transmitting machine is attached hereto.

☐ **BY E-MAIL:** For each party, I caused a copy of the document(s) to be sent by electronic mail to the e-mail address(es) indicated on the attached service list. If this action is pending in Oregon state court, then I received confirmation that the e-mail was received.

☒ **BY ECF:** For each party, I caused a copy of the document(s) to be sent by electronic mail via ECF to the e-mail address(es) indicated on the attached service list.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

                                                  /s/ Joseph D. Mueller
                                                  Joseph D. Mueller

        Ha Thu Dao
        hadaojd@gmail.com
            Attorney for Plaintiff

Page 2 – Certificate of Service