The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>                Plaintiff,<br><br>   v.<br><br>ONE WEST BANK, FSB, et al.,<br><br>                Defendants. | No. 10-CV-01952-RSL<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

PLEASE TAKE NOTICE that Fred B. Burnside, Davis Wright Tremaine LLP, hereby associates as counsel for defendant Mortgage Electronic Registration Systems, Inc. ("MERS"). You are requested to serve all future papers and pleadings, except original process, upon said additional attorneys at their address below stated.

DATED this 14th day of March, 2013.

                                               Davis Wright Tremaine LLP
                                               Attorneys for Defendant MERS

                                               By  *s/ Fred B. Burnside*
                                                       Fred B. Burnside, WSBA #32491
                                                       1201 Third Avenue, Suite 2200
                                                       Seattle, WA 98101-3045
                                                       Telephone: 205-757-8016
                                                       Fax: 206-757-7016
                                                       E-mail: fredburnside@dwt.com

NOTICE OF ASSOCIATION OF COUNSEL
(10-CV-01952-RSL) — 1
DWT 21384989v1 0096475-000012

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on March 14, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Heidi Buck Morrison**
  hbuck@rcolegal.com,tkwong@rcolegal.com,ecflit@rcolegal.com,kstephan@rcolegal.com,buck4343@gmail.com
- **Ha Thu Dao**
  hadaojd@gmail.com,youremylawyer@gmail.com,haandlinda@gmail.com
- **Charles Elliot Katz**
  ckatz@rcolegal.com,jblack@rcolegal.com,chuckkatz@yahoo.com,ecflit@rcolegal.com
- **James B McDonald**
  james@jamesmcdonald.net
- **Joseph D Mueller**
  jmueller@larkinsvacura.com
- **Julie R. Vacura**
  jvacura@larkinsvacura.com,lsabatini@larkinsvacura.com,wlarkins@larkinsvacura.com,jmueller@larkinsvacura.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  N/A

DATED this 14th day of March, 2013.

> Davis Wright Tremaine LLP
> Attorneys for Defendant MERS
>
> By  *s/ Fred B. Burnside*
> Fred B. Burnside, WSBA #32491
> 1201 Third Avenue, Suite 2200
> Seattle, WA 98101-3045
> Telephone: 205-757-8016
> Fax: 206-757-7016
> E-mail: fredburnside@dwt.com

NOTICE OF ASSOCIATION OF COUNSEL
(10-CV-01952-RSL) — 2
DWT 21384989v1 0096475-000012

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax