UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES MCDONALD,

          Plaintiff,

    v.

ONEWEST BANK, FSB, *et al.*,

          Defendants.

No. C10-1952RSL

ORDER DENYING MOTION TO COMPEL COMPLIANCE WITH PRETRIAL DEADLINES

    This matter comes before the Court on "Defendants' Motion to Set Pretrial Deadline and Compel Compliance with Deadlines." Dkt. # 230. The Court recently reopened discovery and established a new deadline for filing motions in limine. Under the revised schedule and LCR 16(h), plaintiff's pretrial statement will be due on or before July 22, 2013. Defendants' motion to compel is therefore DENIED as moot.

    Dated this 14th day of March, 2013.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO
COMPEL COMPLIANCE