THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES MCDONALD,<br><br>  Plaintiff,<br><br>  v.<br><br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., INDYMAC BANK FSB, DOES 1-50,<br><br>  Defendants. | No. 2:10-cv-01952-RSL<br><br>[PROPOSED] ORDER |

WHEREAS, OneWest Bank, FSB ("OneWest") has moved the Court to allow and schedule expert discovery by OneWest as to the authenticity of the original promissory note at issue in this case,

//

//

//

//

[PROPOSED] ORDER, 2:10-cv-01952-RSL, Page 1

1

2      IT IS ORDERED that OneWest may provide an expert report regarding the authenticity

3 of the promissory note in this case on or before June 17, 2013, and plaintiff may depose that

4 expert, if he chooses, before July 8, 2013.

5

6      DATED this _____ day of _____, 2013.

7

8                              _____
                                Judge Lasnik

9

10 Submitted by:

11 Routh Crabtree Olsen, P.S.

12

13 /s/ Heidi Buck Morrison
Heidi Buck Morrison, WSBA #41769

14 Telephone: 425-458-2121
Attorneys for Defendants OneWest Bank,

15 FSB, Mortgage Electronic Registration
Systems, Inc., and Northwest Trustee

16 Services, Inc.

17

18
Larkins Vacura LLP

19

20 /s/ Julie R. Vacura
Julie R. Vacura, WSBA #34588

21 Joseph D. Mueller, OSB #111780 (*pro hac*

22 *vice*)
Attorneys for Defendants OneWest Bank,

23 FSB and Mortgage Electronic Registration
Systems, Inc.

24

25

26