The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br><br>   Plaintiff,<br><br> v.<br><br>ONE WEST BANK, FSB, et al.,<br><br>   Defendants. | No. 10-CV-01952-RSL<br><br>ORDER GRANTING MOTION FOR RECONSIDERATION |

This matter came before the Court on Defendant Mortgage Electronic Registration Systems, Inc.'s ("MERS") Motion for Reconsideration. The Court having considered the Motion, the Declaration of Fred B. Burnside and its exhibit, Plaintiff's opposition (if any), and all other documents filed in this action,

HEREBY ORDERS that Defendants' Motion for Reconsideration is GRANTED.

DATED this _____ day of _____, 2013.

_____
Honorable Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR RECONSIDERATION
(10-CV-01952-RSL) — 1
DWT 21455642v1 0096475-000012

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Presented by:

Davis Wright Tremaine, LLP
Attorneys for Defendant MERS

   *s/ Fred B. Burnside*
Fred B. Burnside, WSBA #32491
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 757-8257
Fax: (206) 757-7257
fredburnside@dwt.com

ORDER GRANTING MOTION FOR RECONSIDERATION
(10-CV-01952-RSL) — 2
DWT 21455642v1 0096475-000012

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax