UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JAMES MCDONALD,                        )        No. C10-1952RSL
                                       )
                 Plaintiff,            )
        v.                             )        MINUTE ORDER NOTING
                                       )        MOTION ON COURT'S CALENDAR
ONEWEST BANK, FSB, *et al.*,           )
                                       )
                 Defendants.           )
_____)

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

On March 21, 2013, defendant OneWest Bank filed an "Unopposed Motion to Schedule Expert Discovery by OneWest Bank, FSB" (Dkt. # 243) and noted the motion for consideration on March 29, 2013. Even though defendant's motion is titled "unopposed," defendant failed to provide plaintiff's authorization for the motion and failed to properly note the motion as a stipulated motion pursuant to Local Civil Rule 7(d)(1). Motions for discovery, if not stipulated, are properly noted under Local Civil Rule 7(d)(3) for no earlier than the third Friday after filing and service of the motion. The Clerk of Court is directed to note defendant's "Unopposed Motion to Schedule Expert Discovery by OneWest Bank, FSB" (Dkt. # 243) on the Court's calendar for Friday, April 5, 2013. Any opposition shall be filed and served no later than Monday, April 1, 2013. Any reply shall be filed and served no later than Friday, April 5,

MINUTE ORDER

2013.

DATED this 22nd day of March, 2013.

s/ Kerry Simonds
Kerry Simonds, Deputy Clerk to
the Honorable Robert S. Lasnik, Judge

MINUTE ORDER                                              -2-