# APPENDIX B

SUPPLEMENTAL DISCLOSURES
(10-CV-01952-RSL) — 6
DWT 21423433v2 0096475-000012

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

## OneWest Bank, FSB
ORG ID 1008171

## Mortgage Electronic Registration Systems, Inc.
## Certifying Officers
## Effective Date  11/20/09

Friedman, Eric

Jancarz, Kenneth

Parres, John

Stotts, Roger D

Brewton, Connie

Mastro, Karen

Stanford, Mike

Kirkpatrick, Dennis

Spencer, Kelley Cooper

Lerud, Bart

Johnson-Seck, Erica

San Pedro, JC

Williams, Chamagne

Murray, Suchan

Boyle, Charles

Burnett, Brian

Kemp, Kristin

Cotton, Betty

Nix, Sheila

Camarillo, Maria

Cleary, Kira

Bobbitt, Sean

Treichler, Judy

Engel, Claudia

Hunter, Teri

North, Sue

Schneider, Sandy

Williams, Darryl

Peters, Darcy

Meyer, Tim