The Honorable Robert S. Lasnik
Noting Date 4/5/2013

# UNITED STATES DISTRICT COURT,
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JAMES MCDONALD,<br>　　　　　　　　　　　Plaintiff,<br>　　　v.<br>ONEWEST BANK, FSB, NORTHWEST TRUSTEE SERVICES INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.,<br>　　　　　　　　　　　Defendants. | No. C10-1952-RSL<br><br>**COUNSEL'S DECLARATION IN SUPPORT OF RESPONSE TO ONEWEST' MOTION FOR EXPERT DISCOVERY & COUNTER MOTION TO COMPEL** |

The undersigned counsel, declares under penalty of perjury under Washington state laws that the statements made herein are true and correct to the best of her personal knowledge and that she's making them in support of Plaintiff's Response and Counter Motion to OneWest's Motion for Expert Discovery:

1. I began to communicate with Julie Vacura, Esq., and Heidi Buck-Morrison, Esq., concerning the scheduling of witnesses the Plaintiff wishes to depose on March 12, 2013. Since then, I have numerous threads of email on the same subject matter with both counsel.

2. Ms. Vacura initially stated that "We will not make any of these witnesses available because we do not believe the court is allowing discovery to be reopened for any purpose other than expert witnesses on the authenticity of the original note." Thereafter, Ms.

COUNSEL'S DECLARATION IN
SUPPORT OF PLAINTIFF'S
RESPONSE & OBJECTION TO
MOTION TO SUPPLEMENT

1

**HA THU DAO, ESQ.**
787 Maynard Ave S, Seattle WA 98104
727-269-9334/Fax 727-264-2447
hadaojd@gmail.com
youremylawyer@gmail.com

1  Vacura wrote to me: "I have gone back and looked at the court's order again regarding

2  discovery related to the note. I interpret it to allow for discovery of OneWest witnesses that

3  may have knowledge about that issue." Ms. Vacura promised to get back to me in the next

4  several days.

5     3. On March 19, 2013, Ms. Vacura asked me to "provide some detail about what

6  you intend to cover with the proposed witnesses regarding this issue and why you think they

7  have information related to the issue." As to the two witnesses testifying at the evidentiary

8  hearing, Ms. Vacura asked me to "Please identify the topic areas not covered in the hearing

9  related to whether OneWest holds the original note."

10     4. I complied with Ms. Vacura's request fully. On March 26, 2013, I received an

11  email from Ms. Vacura stating that she will make available Chamagne Williams, JC San Pedro

12  and Charles Boyle, but not Rebecca Marks, Erica Johnson-Seck or Suchan Murray. On March

13  27, 2013, Ms. Vacura sent another lengthy email reiterating her objection: "I cannot see how

14  Murray's or Seck's declarations that OneWest held the note on January 27, 2010, with no

15  attestations regarding authenticity, goes to the issue of whether OneWest presented to the

16  Court on January 31, 2013 the original signed note.  Ms. Marks signed verifications that do not

17  relate to the issue of whether OneWest presented the court with an original note.  We continue

18  to decline to present these witnesses." Several more rounds of emails took place but as of

19  today, I have not been able to secure Ms. Vacura's cooperation.

20     5. I sent an email to Ms. Heidi Buck-Morrison on March 13, 2013 concerning

21  Plaintiff's need to depose witnesses who are employed by her law firm and Northwest Trustee

22  Services. Ms. Buck-Morrison simply stated that the "lawyers do not have any personal

23

24

COUNSEL'S DECLARATION IN
SUPPORT OF PLAINTIFF'S
RESPONSE & OBJECTION TO
MOTION TO SUPPLEMENT

2

HA THU DAO, ESQ.

787 Maynard Ave S, Seattle WA 98104
727-269-9334/Fax 727-264-2447
hadaojd@gmail.com
youremylawyer@gmail.com

knowledge." Today, Ms. Buck-Morrison finally advised that "neither Melissa Romeo nor Mark Moburg work at RCW any longer."

6. I have tried my very best to confer with defense counsel in an effort to resolve the discovery issues pursuant to Local Rule 26(f). Regrettably, the issues remain unresolved.

DATED this 1st day of April, 2013.

/s/ Ha Thu Dao
_____
Ha Thu Dao, WSBA 21793
787 Maynard Ave S, Seattle, WA 98104
(727) 269-9334/Fax 727-264-2447
hadaojd@gmail.com
Attorney for Plaintiff

**CERTIFICATION OF SERVICE**

I hereby certify on April 1, 2013, the foregoing document is being served via ___First Class Mail ___Priority Mail, ___Messenger Service ___Facsimile _X_Electronic Mail__X__ECF,  upon the following parties:

Heidi Buck, Attorney for Defendants
Routh Crabtree Olsen
13555 SE 36th Street, Ste 300, Bellevue WA 98006
425-213-5534/Fax 425-458-2131
hbuck@rcolegal.com

Charles Katz, Attorney for Northwest Trustee Services
Routh Crabtree Olsen
13555 SE 36th Street, Ste 300, Bellevue WA 98006
425-586-1940
ckatz@rcolegal.com

Julie Vacura, Attorney for OneWest Bank and MERS
Larkins Vacura
621 S.W. Morrison Street, Suite 1450, Portland, Oregon 97205
503-542-3103
jvacura@larkinsvacura.com

COUNSEL'S DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE & OBJECTION TO MOTION TO SUPPLEMENT

3

HA THU DAO, ESQ.
787 Maynard Ave S, Seattle WA 98104
727-269-9334/Fax 727-264-2447
hadaojd@gmail.com
youremylawyer@gmail.com

1

2   Fred Burnside, Attorney for MERS
    Davis Wright Tremaine LLP
    1201 Third Ave, Suite 2200, Seattle, WA 98101
3   206-622-3150
    fredburnside@dwt.com

4

5

6
                                                    /s/ Ha Thu Dao
7                                                   _____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
    COUNSEL'S DECLARATION IN
    SUPPORT OF PLAINTIFF'S                          **HA THU DAO, ESQ.**
    RESPONSE & OBJECTION TO            4            787 Maynard Ave S, Seattle WA 98104
    MOTION TO SUPPLEMENT                            727-269-9334/Fax 727-264-2447
                                                    hadaojd@gmail.com
                                                    youremylawyer@gmail.com