The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT,
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **James McDonald**<br>　　　　　　　　　　　　**Plaintiff**<br>　　　　v.<br>**OneWest Bank, FSB,**<br>**Northwest Trustee Services,**<br>**Mortgage Electronic Registration Systems,**<br>　　　　　　　　　　　　**Defendants.** | No. **C10-1952-RSL**<br><br>Joint Motion & Stipulation for Disbursement of Funds Held in Court Registry<br>**Noting Date: Same Day** |

　　Plaintiff James McDonald, Defendant OneWest Bank, FSB, Defendant Mortgage Electronic Registration Systems and Defendant Northwest Trustee Services, join in this Motion as they have stipulated to have the funds from the Court registry held under this case be disbursed pursuant to Local Rule AG-GR6(b).

　　The parties reached and executed a settlement agreement on August 28, 2013. It is agreed that the funds held in the Court registry as a result of the Preliminary Injunction (Dkt. #24) should be released to Plaintiff. Wherefore the parties request the Court to order that funds totaling $9,390.24, and any interest accrued, be disbursed by the Court Clerk within 14 days directly to the Plaintiff at his address of 14840 119th PL NE, Kirkland, WA 98034.

Joint Motion to Disburse Funds
from Court Registry

1

HA THU DAO, ESQ.
Grand Central Law PLLC
787 Maynard Ave. S., Seattle, WA 98104
Tel. 727-269-9334
Fax 727-264-2447
E-mail: hadaojd@gmail.com

DATED this 6th day of September, 2013.

/s/ Ha Thu Dao
Ha Thu Dao, Esq.
Attorney for Plaintiff
Grand Central Law PLLC

/s/ Richard Llewelyn Jones
Richard Llewelyn Jones, Esq.
Attorney for Plaintiff

/s/ Heidi Buck Morrison
_____
Heidi Buck Morrison, Esq.
13555 SE 36th Street, Ste 300, Bellevue WA 98006
Attorney for Defendants, RCO Legal

/s/ Julie Vacura
_____
Julie Vacura, Esq.
Larkins Vacura, Attorney for OneWest Bank and MERS
621 S.W. Morrison Street, Suite 1450, Portland, OR 97205

/s/ Fred Burnside
_____
Fred Burnside, Esq.
Davis Wright Tremaine LLP, Attorney for MERS
1201 Third Ave, Suite 2200, Seattle, WA 98101

Joint Motion to Disburse Funds
from Court Registry

2

HA THU DAO, ESQ.
Grand Central Law PLLC
787 Maynard Ave. S., Seattle, WA 98104
Tel. 727-269-9334
Fax 727-264-2447
E-mail: hadaojd@gmail.com

## **CERTIFICATION OF SERVICE**

     I hereby certify on August \_\_\_\_, 2013, the foregoing document is being served via \_\_\_First Class Mail \_\_\_Priority Mail, \_\_\_Messenger Service \_\_\_Facsimile \_\_Electronic Mail\_\_X\_\_ECF, upon the following parties:

Heidi Buck Morrison & Charles Katz, Routh Crabtree Olsen,
13555 SE 36th Street, Ste 300, Bellevue WA 98006, 425-213-5534/Fax 425-458-2131
hbuck@rcolegal.com, ckatz@rcolegal.com

Julie Vacura & Joe Mueller, Larkins Vacura
621 S.W. Morrison Street, Suite 1450, Portland, OR 97205, 503-542-3103
jvacura@larkinsvacura.com, jmueller@larkinsvacura.com

Fred Burnside, Zana Bugaishis, Davis Wright Tremaine LLP
1201 Third Ave, Suite 2200, Seattle, WA 98101, 206-622-3150
fredburnside@dwt.comm , zanabugaighis@dwt.com

                                                     */s/ Ha Thu Dao*
                                                      _____
                                                      Ha Thu Dao

Joint Motion to Disburse Funds
from Court Registry

3

**HA THU DAO, ESQ.**
**Grand Central Law PLLC**
787 Maynard Ave. S., Seattle, WA 98104
Tel. 727-269-9334
Fax727-264-2447
E-mail: hadaojd@gmail.com